IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CAR USA, LLC,<br><br>Defendant | C.A. No. 22-293-JDW |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Stragent, LLC ("Stragent") hereby respectfully move for partial summary judgment dismissing certain defenses pled or asserted by Defendant Volvo Car USA, LLC. In particular, there is no genuine dispute as to any material fact and Stragent is entitled to judgment as a matter of law that VCUSA cannot prove the following defenses as to claim 31 of U.S. Patent No. 9,705,765 as matter of law:

A. Second Affirmative Defense with the exception of obviousness under 35 U.S.C. §103 (D.I. 16 at 14-15);

B. Claim and Issue Preclusion (Third and Fourth Affirmative Defenses (D.I. 16 at 15-17)

C. Inequitable Conduct (Fifth Affirmative Defense, D.I. 16 at 17-28);

D. Sixth Affirmative Defense (Laches, Waiver, Acquiescence, Estoppel, and/or Statute of Limitations) (D.I. 16 at 39);

E. Eighth Affirmative Defense (Failure to State a Claim) (D.I. 16 at 40);

F. Ninth Affirmative Defense (Failure to Join Necessary Party) (D.I. 16 at 40); and

G. Tenth Affirmative Defense (Prosecution History Estoppel and/or Disclaimer) (D.I. 16 at 40-41).

/s/ *George Pazuniak*
George Pazuniak (No. 478)
O'KELLY & O'ROURKE, LLC
824 N. Market St.
Suite 1001A
Wilmington, DE 19801
D: 207-359-8576
gp@del/iplaw.com

*Attorneys for Plaintiff Stragent, LLC*