# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-293-JDW |
| | ) |
| VOLVO CAR USA, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND NO WILLFUL INFRINGEMENT

For the reasons set forth in the Brief in Support, filed concurrently herewith, Defendant Volvo Car USA, LLC ("Volvo") through its attorney of records respectfully requests the Court to grant Defendant's Motion for Summary Judgment of Noninfringement and No Willful Infringement.

Respectfully submitted,

Dated: June 9, 2023

/s/ Stamatios Stamoulis
Stamatios Stamoulis #01790-1999
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Attorney for Defendants*
*Volvo Car USA LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis