# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, | |
| Plaintiff, | Civil Action No. 1:22-cv-293-JDW |
| v. | Hon. Joshua D. Wolson |
| VOLVO CAR USA, LLC, | |
| Defendant. | |

**VOLVO CAR USA, LLC'S SUPPLEMENTAL APPENDIX RE STRAGENT'S MOTIONS TO STRIKE CERTAIN EVIDENCE BY MICHAEL NRANIAN**

**APPX7001-7005**

## TABLE OF CONTENTS

| Document | Appx |
|---|---|
| Excerpt from Exhibit 12 to the Expert Report of Michael Nranian Regarding Invalidity of Patents-In-Suit. | 7001-7005 |

# EXHIBIT 12

| Claims of the '765 Patent | Exemplary Disclosure of *Lohrmann in view of Ueno, Wong, Millsap, Forest, Reinold, and Staiger*, prior art to U.S. Patent No. 9,705,765 |
|---|---|
| | process must then be repeated in reverse by adding back the header information for the various layers of the second network, and eventually putting the message onto the second network's physical link.<br><br>Thus the prior art renders these claim limitations obvious. |
| 12.11 wherein the second interface-related network layer component uses the FlexRay network-related network layer header bits by adding the FlexRay network-related network layer header bits to a data unit including the information, and then the second interface-related data link layer component uses the FlexRay network-related data link layer header bits by adding the FlexRay network-related data link layer header bits to the data unit, before communicating the data unit on a physical link of the FlexRay network; | The '765 patent specification does not define the "a first interface for interfacing with the Controller Area Network, the first interface including a first interface-related data link layer component for using Controller Area Network-related data link layer header bits and a first interface-related network layer component for using Controller Area Network-related network layer header bits; and"<br><br>The '765 patent specification does not define the "a second interface for interfacing with the FlexRay network, the second interface including a second interface-related data link layer component for using FlexRay network-related data link layer header bits and a second interface-related network layer component for using FlexRay network-related network layer header bits;"<br><br>The '765 patent specification does not define the "wherein the second interface-related network layer component uses the FlexRay network-related network layer header bits by adding the FlexRay network-related network layer header bits to a data unit including the information, and then the second interface-related data link layer component uses the FlexRay network-related data link layer header bits by adding the FlexRay network-related data link layer header bits to the data unit, before communicating the data unit on a physical link of the FlexRay network;"<br><br>The '765 patent specification does not define the "wherein the first interface-related data link layer component uses the Controller Area Network-related data link layer header bits by removing the Controller Area Network-related data link layer header bits from another data unit, and the first interface-related network layer component uses the Controller Area Network-related network layer header bits by removing the Controller Area Network-related network layer header bits from the another data unit, where the information is extracted from the another data unit before the sharing."<br><br>The specification merely describes that "each communicated message may be processed at each layer to remove (and use) the associated header information for that level," and that "[t]he remote message communication process (706) has a multi-network access interface (essentially a processing capability that can interpret and apply the header information for a variety of networks) and the bulletin board read/write memory access." |

| Claims of the '765 Patent | Exemplary Disclosure of *Lohrmann in view of Ueno, Wong, Millsap, Forest, Reinold, and Staiger,* prior art to U.S. Patent No. 9,705,765 |
|---|---|
|  | *This discussion and analysis applies to claim elements 12.9, 12.10, 12.11, 12.12 below -* <br><br> Nevertheless, *Lohrmann* alone or in combination with *Millsap* discloses a first and/or second interface for interfacing with the Controller Area Network, the first and/or second interface including a first and/or second interface-related data link layer component for using Controller Area Network-related data link layer header bits and a first and/or second interface-related network layer component for using Controller Area Network-related network layer header bits. <br><br> For example, Lohrmann discloses: <br><br> The functions of a gateway include, inter alia, the provision of services for controlling the system-wide operation of the network. For example, a gateway is responsible for "routing" messages from and to various network segments. ¶4. <br><br> The OSEK standard (for open systems and their interfaces for electronics in motor vehicles) and ISO 15765 have disclosed a control-unit operating system, a network management system and a communications protocol for control units in network systems. The OSEK standard for open architecture is composed of three elements: i) communication for defining the exchange of data in and between control units, ii) a network management system for determining and monitoring configurations, and iii) a definition of the operating system for ECUs (Engine Control Units). Here, the network management system of the OSEK standard makes available the following functionalities for managing networks: initialization of ECU resources, for example network interface, starting of the network, configuration of the network, node monitoring, detection, processing, signaling of states of nodes or network, setting of network and node specific parameters, coordination of global operating modes of the network, diagnostic support etc. ¶5. <br><br> FIG. 1 shows a network 100 for the communication of control units or control unit applications in a means of transportation, particularly a vehicle. The subscribers 21, 31, 41, 51, 33, 43 of such a network 100 exchange data via the network 100. |

| Claims of the '765 Patent | Exemplary Disclosure of *Lohrmann in view of Ueno, Wong, Millsap, Forest, Reinold, and Staiger*, prior art to U.S. Patent No. 9,705,765 |
|---|---|
| | message by "header" bits that contain information about the layer of the network being used to send the message. This is the well-known OSI data communication process. Using this model, each communicated message must be processed at each layer to remove (and use) the associated header information for that level. Once all layers are processed the remaining bots represent the datum or core information carried by the overall message. To communicate between two heterogeneous networks, this process must then be repeated in reverse by adding back the header information for the various layers of the second network, and eventually putting the message onto the second network's physical link.<br><br>Thus the prior art renders these claim limitations obvious. |
| 12.12 wherein the first interface-related data link layer component uses the Controller Area Network-related data link layer header bits by removing the Controller Area Network-related data link layer header bits from another data unit, and the first interface-related network layer component uses the Controller Area Network-related network layer header bits by removing the Controller Area Network-related network layer header | The '765 patent specification does not define the "a first interface for interfacing with the Controller Area Network, the first interface including a first interface-related data link layer component for using Controller Area Network-related data link layer header bits and a first interface-related network layer component for using Controller Area Network-related network layer header bits; and"<br><br>The '765 patent specification does not define the "a second interface for interfacing with the FlexRay network, the second interface including a second interface-related data link layer component for using FlexRay network-related data link layer header bits and a second interface-related network layer component for using FlexRay network-related network layer header bits;"<br><br>The '765 patent specification does not define the "wherein the second interface-related network layer component uses the FlexRay network-related network layer header bits by adding the FlexRay network-related network layer header bits to a data unit including the information, and then the second interface-related data link layer component uses the FlexRay network-related data link layer header bits by adding the FlexRay network-related data link layer header bits to the data unit, before communicating the data unit on a physical link of the FlexRay network;"<br><br>The '765 patent specification does not define the "wherein the first interface-related data link layer component uses the Controller Area Network-related data link layer header bits by removing the Controller Area Network-related data link layer header bits from another data unit, and the first interface-related network layer component uses the Controller Area Network-related network layer header bits by removing the Controller Area Network-related network layer header bits from the another data unit, where the information is extracted from the another data unit before the sharing." |

| Claims of the '765 Patent | Exemplary Disclosure of *Lohrmann in view of Ueno, Wong, Millsap, Forest, Reinold, and Staiger*, prior art to U.S. Patent No. 9,705,765 |
|---|---|
| bits from the another data unit, where the information is extracted from the another data unit before the sharing. | The specification merely describes that "each communicated message may be processed at each layer to remove (and use) the associated header information for that level," and that "[t]he remote message communication process (706) has a multi-network access interface (essentially a processing capability that can interpret and apply the header information for a variety of networks) and the bulletin board read/write memory access." <br><br> *This discussion and analysis applies to claim elements 12.9, 12.10, 12.11, 12.12 below -* <br><br> Nevertheless, *Lohrmann* alone or in combination with *Millsap* discloses a first and/or second interface for interfacing with the Controller Area Network, the first and/or second interface including a first and/or second interface-related data link layer component for using Controller Area Network-related data link layer header bits and a first and/or second interface-related network layer component for using Controller Area Network-related network layer header bits. <br><br> For example, Lohrmann discloses: <br><br> The functions of a gateway include, inter alia, the provision of services for controlling the system-wide operation of the network. For example, a gateway is responsible for "routing" messages from and to various network segments. ¶4. <br><br> The OSEK standard (for open systems and their interfaces for electronics in motor vehicles) and ISO 15765 have disclosed a control-unit operating system, a network management system and a communications protocol for control units in network systems. The OSEK standard for open architecture is composed of three elements: i) communication for defining the exchange of data in and between control units, ii) a network management system for determining and monitoring configurations, and iii) a definition of the operating system for ECUs (Engine Control Units). Here, the network management system of the OSEK standard makes available the following functionalities for managing networks: initialization of ECU resources, for example network interface, starting of the network, configuration of the network, node monitoring, detection, processing, signaling of states of nodes or network, setting of |