**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **STRAGENT, LLC,** | **C.A. No. 22-293-JDW** |
| **Plaintiff,** | |
| **v.** | |
| **VOLVO CAR USA, LLC,** | **FILED UNDER SEAL PURSUANT TO** |
| **Defendant** | **PROTECTIVE ORDER** |

**CORRECTED JOINT APPENDIX**
**ASSOCIATED WITH**
**SUPPLEMENTAL BRIEFING OCTOBER 27, 2023**

**TABLE OF CONTENTS**

| Document | Appx |
|---|---|
| DIM3 -Software Requirement Specification | 7006-7973 |
| Michael Nranian 2nd Supplement To Rebuttal Expert Report | 8009-8032 |
| Eileen Davidson Supplemental Expert Report | 8033-8059 |
| Deposition of Magnus Jakobsson | 8060-8142 |

| | | Document Release Status | |
| --- | --- | --- | --- |
| | | RELEASED | |
| | | Release Date 2018-02-01 | Version |
| | | Document No 31895535 | Revision 005 |
| **Volvo Car Corporation** | | Volume No 01 | Page No 1 (968) |
| COPYRIGHT VOLVO CAR CORPORATION [2010] AND/OR LICENSED TO VOLVO CAR CORPORATION. ALL RIGHTS RESERVED | | | |

| Document Type | Reference No |
| --- | --- |
| **NOTE-SWRS** | |

Document Name
**DIM**
**iCUP19**
**Base Technologies**

Part must comply with VCC Restricted Substance Management Standard (RSMS) VCS 5036,5

# Software Requirement Specification

## DIM

(SWC : DIM 519A Base Technologies / MAIN; 3)

## Base Technologies

Issued/Created in Elektra by (Dept, Name, Phone, Id)

94733, Magnus Jakobsson, 0732717190, mjoha145

Changes since last revision

Added REQPRODs:
114845
114847
114851
114852
130343

Changed REQPRODs:
74128. Revert back to version 1.

EDM-W 2004-10-12

GiS1 Item Number: 10.03
GiS2 Classification: Proprietary

APPX7006

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026074



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| **VOLVO** | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **2 (968)** |

Document Name
**DIM**

# Contents

Contents .................................................................................................................................. 2
0.    Change Log ...................................................................................................................... 11
   0.1    LC ............................................................................................................................. 11
      0.1.1    New objects in this revision ................................................................................ 11
      0.1.2    Updated objects in this revision ......................................................................... 11
      0.1.3    Deleted objects in this revision .......................................................................... 11
   0.2    REQ ......................................................................................................................... 11
      0.2.1    New objects in this revision ................................................................................ 11
      0.2.2    Updated objects in this revision ......................................................................... 11
      0.2.3    Deleted objects in this revision .......................................................................... 11
   0.3    REQPROD ............................................................................................................... 11
      0.3.1    New objects in this revision ................................................................................ 11
      0.3.2    Updated objects in this revision ......................................................................... 13
      0.3.3    Deleted objects in this revision .......................................................................... 13
1.    Introduction ...................................................................................................................... 14
   1.1    What is the purpose of this document? ................................................................... 14
   1.2    Who should read this document? ............................................................................ 14
2.    Terminology ..................................................................................................................... 15
   2.1    Concepts .................................................................................................................. 15
      2.1.1    Identification of requirements ............................................................................. 15
      2.1.2    Sub sections of a requirement ............................................................................ 15
3.    SWC2515671/MAIN;0 : DIM 519A Car Configuration ..................................................... 17
   3.1    Central Car Configuration ....................................................................................... 17
      3.1.1    LC 2515672/-;0 : CarCfgSlave DIM 519A ......................................................... 17
         3.1.1.1    LC 127658/-;7 : CarCfgSlave .................................................................... 17
            3.1.1.1.1    OVERVIEW ..................................................................................... 17
            3.1.1.1.2    FUNCTION DESCRIPTION .............................................................. 19
            3.1.1.1.3    REQUIREMENTS ............................................................................. 25
            3.1.1.1.4    NETWORK SIGNAL REQUIREMENTS ............................................ 29
            3.1.1.1.5    APPENDIX ...................................................................................... 30
   3.2    Overview of Vehicle Configurations and Customer Settings ................................... 38
      3.2.1    LC 2515673/-;0 : Overview of Vehicle Configurations and Customer Settings DIM 519A ........... 38
         3.2.1.1    LC 127661/-;1 : Overview of Vehicle Configurations and Customer Settings ...................... 38
            3.2.1.1.1    INTRODUCTION .............................................................................. 38
            3.2.1.1.2    DEFINITIONS AND ABBREVIATIONS .............................................. 39
            3.2.1.1.3    BACKGROUND ............................................................................... 39
            3.2.1.1.4    VEHICLE CONFIGURATION ............................................................ 41
            3.2.1.1.5    CUSTOMER SETTINGS ................................................................... 43
            3.2.1.1.6    SUMMARY OF CONFIGURATION TYPES ......................................... 44
4.    SWC2515677/MAIN;1 : DIM 519A Communication ......................................................... 46
   4.1    Ethernet Datalink Layer .......................................................................................... 46
      4.1.1    LC 2515852/MAIN;1 : Ethernet Data Link Layer - Generic Requirements DIM 519A ............... 46
         4.1.1.1    LC 1478796/MAIN;5 : Ethernet Data Link Layer - Generic Requirements ............................. 46
            4.1.1.1.1    Overview ......................................................................................... 46
            4.1.1.1.2    Data Link Layer Requirements .......................................................... 50
            4.1.1.1.3    Appendix - LC Change Log ............................................................... 54
   4.2    FlexRay Datalink Layer ........................................................................................... 56
      4.2.1    LC 2515678/-;0 : FlexRay Data Link Layer DIM 519A ........................................ 56
         4.2.1.1    LC 127665/-;8 : FlexRay Data Link Layer .................................................. 56
            4.2.1.1.1    OVERVIEW ..................................................................................... 56
            4.2.1.1.2    Data Link Layer Requirements .......................................................... 59
            4.2.1.1.3    Overview of Flexray schedule change ................................................ 67
   4.3    VCC - Guideline for Safety Related Communication ................................................ 72
      4.3.1    LC 2515684/-;0 : Guideline for Safety Related Communication DIM 519A ............ 72

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7007

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                                    VCNA0026075



| Document Type | | Document Release Status | |
|---|---|---|---|
| **NOTE-SWRS** | | **RELEASED** | |
| Document No | Revision | Volume No | Page No |
| **31895535** | **005** | **01** | **3 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

| | | |
|---|---|---|
| 4.3.1.1 | LC 127667/-;3 : Guideline for Safety Related Communication | 72 |
| 4.3.1.1.1 | Introduction | 72 |
| 4.3.1.1.2 | Terminology | 73 |
| 4.3.1.1.3 | How To Use This Guideline | 74 |
| 4.3.1.1.4 | Method | 74 |
| 4.3.1.1.5 | Communication Related Safety Mechanisms | 77 |
| 4.3.1.1.6 | Appendix A - Examples of Monitored Signal Generation | 82 |
| 4.3.1.1.7 | Appendix B - Examples of CAN Signals Reception | 90 |
| 4.3.1.1.8 | Appendix C - Transient Filter | 91 |
| 4.3.1.1.9 | Appendix D - Handling of Difference in Generation and Consumption Rates | 92 |
| 4.3.1.1.10 | Appendix E - Proposal for Distributed Run-Time Fault Injection | 93 |
| 4.3.1.1.11 | Appendix F - Example of Transmission Manager on Sender ECU | 94 |
| 4.4 | Guideline for quality factor signals | 95 |
| 4.4.1 | LC 2515679/-;0 : Guideline for quality factor signals DIM 519A | 95 |
| 4.4.1.1 | LC 127668/-;0 : Guideline for quality factor signals | 95 |
| 4.4.1.1.1 | Introduction | 95 |
| 4.4.1.1.2 | Terminology | 97 |
| 4.4.1.1.3 | Software Component Recommendations | 97 |
| 4.5 | LIN Datalink Layer | 102 |
| 4.5.1 | LC 2515680/-;0 : LIN Datalink Layer - SW Generic reqs DIM 519A | 102 |
| 4.5.1.1 | LC 133738/-;5 : LIN Datalink Layer - SW Generic reqs | 102 |
| 4.5.1.1.1 | OVERVIEW | 103 |
| 4.5.1.1.2 | REQUIREMENT CONTENT | 104 |
| 4.5.2 | LC 2515681/-;0 : LIN Datalink Layer - SW Master reqs DIM 519A | 111 |
| 4.5.2.1 | LC 133744/-;4 : LIN Datalink Layer - SW Master reqs | 111 |
| 4.5.2.1.1 | REQUIREMENT CONTENT | 111 |
| 4.6 | VCC CoFlexRay | 113 |
| 4.6.1 | LC 2515683/-;1 : VCC - CoFlexRay DIM 519A | 113 |
| 4.6.1.1 | LC 127673/-;9 : VCC - CoFlexRay | 113 |
| 4.6.1.1.1 | OVERVIEW | 113 |
| 4.6.1.1.2 | TRANSPORT AND NETWORK LAYER | 116 |
| 4.6.1.1.3 | REQUIREMENTS | 123 |
| 4.7 | VCC - LIN Transport Layer Specification | 140 |
| 4.7.1 | LC 2515685/-;1 : VCC - LIN Transport Layer Specification DIM 519A | 140 |
| 4.7.1.1 | LC 127676/-;7 : VCC - LIN Transport Layer Specification | 140 |
| 4.7.1.1.1 | Introduction | 140 |
| 4.7.1.1.2 | Requisite documents | 140 |
| 4.7.1.1.3 | External publications | 140 |
| 4.7.1.1.4 | Definitions and Abbreviations | 141 |
| 4.7.1.1.5 | Transport Layer | 141 |
| 4.8 | VCC - IP Command Protocol | 142 |
| 4.8.1 | LC 2515686/MAIN;0 : VCC IP Command Protocol DIM 519A | 142 |
| 4.8.1.1 | LC 1348377/MAIN;3 : VCC IP Command Protocol | 142 |
| 4.8.1.1.1 | Overview | 142 |
| 4.8.1.1.2 | VCC IP COMMAND PROTOCOL | 145 |
| 4.8.1.1.3 | Appendix A | 201 |
| 4.8.1.1.4 | Appendix B | 211 |
| 5. | SWC2515805/MAIN;2 : DIM 519A Data Security | 228 |
| 5.1 | VCC Software Authentication | 228 |
| 5.1.1 | LC 2515824/MAIN;2 : General Software Authentication DIM 519A | 228 |
| 5.1.1.1 | LC 2202076/MAIN;3 : General Software Authentication | 228 |
| 5.1.1.1.1 | Definitions and Abbreviations | 228 |
| 5.1.1.1.2 | Requisite documents | 228 |
| 5.1.1.1.3 | Introduction | 231 |
| 5.1.1.1.4 | System Description | 235 |
| 5.1.1.1.5 | Signing Methods | 256 |
| 5.1.1.1.6 | Appendix | 259 |
| 5.1.1.1.7 | Appendix - Change log | 263 |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

**APPX7008**

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **4 (968)** |

Document Name
**DIM**

5.2    VCC-Certificate Management..................................................................265
  5.2.1    LC 2515878/MAIN;0 : VCC - General Certificate Management DIM 519A ..............266
    5.2.1.1    LC 1492157/MAIN;3 : VCC - General Certificate Management.....................266
      5.2.1.1.1    REQPROD 419591/MAIN;0 : Root of trust .................................266
      5.2.1.1.2    REQPROD 358942/MAIN;1 : Certificate structure......................266
      5.2.1.1.3    Functional requirements..........................................................268
      5.2.1.1.4    REQPROD 357497/MAIN;2 : Access Control to certificate use ...............270
5.3    VCC Security Access Algorithm ..........................................................270
  5.3.1    LC 2515818/MAIN;1 : VCC - Security Access algorithm DIM 519A ...............270
    5.3.1.1    LC 255248/MAIN;8 : VCC - Security Access algorithm ..........................270
      5.3.1.1.1    Introduction............................................................................270
      5.3.1.1.2    Algorithm Description..............................................................271
      5.3.1.1.3    Security Constant ...................................................................274
      5.3.1.1.4    Configuration of the Level of Protection...................................275
      5.3.1.1.5    Random Number Generation ...................................................277
      5.3.1.1.6    Security Levels (Areas)...........................................................277
6.    SWC2515669/MAIN;2 : DIM 519A Diag & ECU Plf - proj reqs ..............................279
6.1    SRD Diagnostics and ECU Platform ...................................................279
  6.1.1    LC 2920349/MAIN;0 : Autosar DIM519A ...............................................279
    6.1.1.1    LC 2796822/MAIN;0 : Autosar .......................................................279
      6.1.1.1.1    REQPROD 353876/MAIN;0 : Autosar version .............................279
      6.1.1.1.2    REQPROD 76543/MAIN;1 : Communication Gateway Processing ...........279
      6.1.1.1.3    REQPROD 76539/MAIN;2 : Communication Stack Processing Period ....................279
      6.1.1.1.4    REQPROD 76542/MAIN;2 : Communication Stack Processing Period Jitter ...........279
      6.1.1.1.5    REQPROD 247653/MAIN;7 : Independent reconfiguration ......................280
  6.1.2    LC 2515670/MAIN;1 : Diagnostics and ECU Platform DIM 519A ...............280
    6.1.2.1    LC 217406/MAIN;48 : Diagnostics and ECU Platform ............................280
      6.1.2.1.1    INTRODUCTION......................................................................280
      6.1.2.1.2    OVERVIEW.............................................................................282
  6.1.3    LC 2920352/MAIN;1 : ECU Addresses DIM 519A ...............................288
    6.1.3.1    LC 2796890/MAIN;3 : ECU Addresses ............................................288
      6.1.3.1.1    REQPROD 342168/MAIN;0 : Domain Master Address ......................288
      6.1.3.1.2    REQPROD 76545/MAIN;32 : ECU Addresses .............................288
  6.1.4    LC 2920353/MAIN;1 : FlexRay Network DIM 519A ...............................303
    6.1.4.1    LC 2796894/MAIN;1 : FlexRay Network ...........................................303
      6.1.4.1.1    REQPROD 442050/MAIN;0 : FlexRay Backbone – FlexRay Frame ID –
          Application Schedule .................................................................303
      6.1.4.1.2    REQPROD 76546/MAIN;5 : FlexRay Backbone – FlexRay Frame ID –
          Bootloader Schedule ................................................................305
      6.1.4.1.3    REQPROD 272953/MAIN;4 : FlexRay Backbone - FlexRay KeySlot parameter
          settings for Application Schedule 1 ...........................................306
      6.1.4.1.4    REQPROD 272954/MAIN;3 : FlexRay Backbone - FlexRay KeySlot parameter
          settings for Bootloader Schedule 1 ...........................................307
      6.1.4.1.5    REQPROD 376497/MAIN;1 : FlexRay Backbone - Protocol relevant node
          parameters WakeupPattern.......................................................308
      6.1.4.1.6    REQPROD 288973/MAIN;1 : FlexRay Backbone - FlexRay Schedule
          Coordinator.............................................................................309
      6.1.4.1.7    REQPROD 169873/MAIN;0 : Missing frame slave – FR.....................309
  6.1.5    LC 2920354/MAIN;0 : Hardware Platform DIM 519A ...........................309
    6.1.5.1    LC 2800243/MAIN;0 : Hardware Platform .......................................309
      6.1.5.1.1    REQPROD 77743/MAIN;2 : Spare Capacity...............................309
  6.1.6    LC 2920355/MAIN;0 : LIN Network DIM 519A ...................................310
    6.1.6.1    LC 2796903/MAIN;0 : LIN Network .................................................310
      6.1.6.1.1    REQPROD 282595/MAIN;0 : LIN ECU Safety margin .....................310
      6.1.6.1.2    REQPROD 76526/MAIN;1 : LIN Master .....................................310
  6.1.7    LC 2920359/MAIN;1 : Software Download DIM 519A .........................310
    6.1.7.1    LC 2800237/MAIN;5 : Software Download ......................................310
      6.1.7.1.1    REQPROD 316711/MAIN;22 : SWDL time in aftermarket...................311

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7009

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| **VOLVO** | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **5 (968)** |

Document Name

**DIM**

|         6.1.7.1.2      REQPROD 76551/MAIN;25 : SWDL time in factory | 313 |
|         6.1.7.1.3      REQPROD 247733/MAIN;4 : Tier1 file deliveries | 315 |
| 7.    SWC2515716/MAIN;2 : DIM 519A Diagnostics | 317 |
|   7.1    VCC - Diagnostic and Bootloader Gateway Specification | 317 |
|     7.1.1    LC 2515725/MAIN;0 : Gateway Generic DIAG DIM 519A | 317 |
|       7.1.1.1    LC 219149/MAIN;5 : Gateway Generic DIAG | 317 |
|         7.1.1.1.1      Routing table | 317 |
|     7.1.2    LC 2515727/-;2 : Gateway Generic DIM 519A | 318 |
|       7.1.2.1    LC 127907/-;8 : Gateway Generic | 318 |
|         7.1.2.1.1      Overview | 318 |
|         7.1.2.1.2      Constraints and Assumptions | 325 |
|         7.1.2.1.3      Gateway description for DIAG and SWDL | 326 |
|         7.1.2.1.4      General In-vehicle gateway requirements | 329 |
|         7.1.2.1.5      General allocation of buffers requirements | 335 |
|         7.1.2.1.6      Parallel physical requests to different ECUs | 338 |
|         7.1.2.1.7      Functional requests to all ECUs | 342 |
|     7.1.3    LC 2515726/MAIN;0 : Gateway Generic Example DIM 519A | 344 |
|       7.1.3.1    LC 1349853/MAIN;0 : Gateway Generic Example | 344 |
|         7.1.3.1.1      Gateway sequence diagrams | 344 |
|     7.1.4    LC 2515724/MAIN;1 : Gateway Generic SWDL DIM 519A | 347 |
|       7.1.4.1    LC 219156/MAIN;5 : Gateway Generic SWDL | 347 |
|         7.1.4.1.1      Routing table | 347 |
|         7.1.4.1.2      Queued physical requests to one ECU | 348 |
|         7.1.4.1.3      Gateway sequence diagrams | 351 |
|     7.1.5    LC 2515722/MAIN;0 : Gateway connected to FlexRay DIM 519A | 352 |
|       7.1.5.1    LC 1336263/MAIN;1 : Gateway connected to FlexRay | 352 |
|         7.1.5.1.1      FlexRay diagnostic frame format | 352 |
|   7.2    VCC - General Diagnostic Guideline | 355 |
|     7.2.1    LC 2515719/-;0 : VCC - General Diagnostic Guideline  DIM 519A | 355 |
|       7.2.1.1    LC 162583/-;3 : VCC - General Diagnostic Guideline | 355 |
|   7.3    VCC - UDS Data | 355 |
|     7.3.1    LC 2515728/-;2 : VCC - UDS Data DIM 519A | 355 |
|       7.3.1.1    LC 127693/-;26 : VCC - UDS Data | 355 |
|         7.3.1.1.1      OVERVIEW | 356 |
|         7.3.1.1.2      DIAGNOSTIC DATA | 359 |
|         7.3.1.1.3      REQUIREMENTS | 417 |
|         7.3.1.1.4      APPENDIX | 515 |
|   7.4    VCC - UDS Services | 516 |
|     7.4.1    LC 2515729/-;2 : VCC - UDS Services DIM 519A | 516 |
|       7.4.1.1    LC 127899/-;16 : VCC - UDS Services | 516 |
|         7.4.1.1.1      Introduction | 516 |
|         7.4.1.1.2      Overview | 519 |
|         7.4.1.1.3      Diagnostic message addressing | 519 |
|         7.4.1.1.4      Diagnostic service requirements | 525 |
|         7.4.1.1.5      Requirements | 542 |
|         7.4.1.1.6      Appendix | 591 |
|   7.5    VCC UDSonFR | 605 |
|     7.5.1    LC 2515737/-;1 : VCC - UDSonFR - FlexRay ECU reqs DIM 519A | 605 |
|       7.5.1.1    LC 149823/-;2 : VCC - UDSonFR - FlexRay ECU reqs | 605 |
|         7.5.1.1.1      Requirement | 605 |
|     7.5.2    LC 2515746/MAIN;1 : VCC - UDSonFR - Frame Conf Slave DIM 519A | 606 |
|       7.5.2.1    LC 181690/MAIN;3 : VCC - UDSonFR - Frame Conf Slave | 606 |
|         7.5.2.1.1      Requirements | 606 |
|     7.5.3    LC 2515738/-;2 : VCC - UDSonFR - Generic reqs DIM 519A | 606 |
|       7.5.3.1    LC 127691/-;7 : VCC - UDSonFR - Generic reqs | 606 |
|         7.5.3.1.1      Overview | 606 |
|         7.5.3.1.2      Unified diagnostic services implementation | 611 |
|         7.5.3.1.3      Application layer | 616 |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

**APPX7010**

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026078



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **6 (968)** |

Document Name
**DIM**

| | | |
|---|---|---|
| 7.5.3.1.4 | Session Layer | 617 |
| 7.5.3.1.5 | Transport-Network layer | 617 |
| 7.5.3.1.6 | Data link layer | 617 |
| 7.5.3.1.7 | Physical layer | 622 |
| 7.5.3.1.8 | Requirements | 622 |
| 7.5.3.1.9 | Appendix | 628 |
| 7.5.4 | LC 2515743/MAIN;1 : VCC - UDSonFR - Network ECU DIM 519A | 629 |
| 7.5.4.1 | LC 181686/MAIN;2 : VCC - UDSonFR - Network ECU | 629 |
| 7.5.4.1.1 | Requirements | 629 |
| 7.5.5 | LC 2515747/MAIN;2 : VCC - UDSonFR - Slave Frame Miss DIM 519A | 631 |
| 7.5.5.1 | LC 181684/MAIN;6 : VCC - UDSonFR - Slave Frame Miss | 631 |
| 7.5.5.1.1 | Requirements | 631 |
| 7.6 | VCC  UDSonLIN | 632 |
| 7.6.1 | LC 3098024/MAIN;0 : VCC - UDSonLIN - Generic DIM 519A | 632 |
| 7.6.1.1 | LC 185939/MAIN;10 : VCC – UDSonLIN - Generic | 632 |
| 7.6.1.1.1 | Introduction | 632 |
| 7.6.1.1.2 | Overview | 634 |
| 7.6.2 | LC 2515735/MAIN;2 : VCC - UDSonLIN - Generic LIN master DIM 519A | 635 |
| 7.6.2.1 | LC 254582/MAIN;4 : VCC - UDSonLIN - Generic LIN master | 635 |
| 7.6.2.1.1 | Unified diagnostic services implementation | 635 |
| 7.7 | VCC - UDS Session | 640 |
| 7.7.1 | LC 2515732/-;1 : VCC UDS Session ECU reqs DIM 519A | 640 |
| 7.7.1.1 | LC 127902/-;7 : VCC UDS Session ECU reqs | 640 |
| 7.7.1.1.1 | Timing parameters | 640 |
| 7.7.1.1.2 | Timing handling during communication | 641 |
| 7.7.1.1.3 | Appendix | 644 |
| 7.7.2 | LC 2515733/MAIN;1 : VCC UDS Session generic reqs DIM 519A | 650 |
| 7.7.2.1 | LC 1281411/MAIN;2 : VCC UDS Session generic reqs | 650 |
| 7.7.2.1.1 | Overview | 650 |
| 7.7.2.1.2 | Message timing definition | 653 |
| 8. | SWC2515754/MAIN;2 : DIM 519A Software Download | 655 |
| 8.1 | VCC - Bootloader  UDSonFR | 655 |
| 8.1.1 | LC 2515763/-;0 : BL - UDSonFR - FlexRay ECU reqs DIM 519A | 655 |
| 8.1.1.1 | LC 149805/-;6 : BL - UDSonFR - FlexRay ECU reqs | 655 |
| 8.1.1.1.1 | ECU program mode | 655 |
| 8.1.1.1.2 | Requirement content | 662 |
| 8.1.2 | LC 2515764/-;0 : BL - UDSonFR - Generic reqs DIM 519A | 667 |
| 8.1.2.1 | LC 127981/-;5 : BL - UDSonFR - Generic reqs | 667 |
| 8.1.2.1.1 | Overview | 667 |
| 8.1.2.1.2 | Unified diagnostic services implementation requirements | 671 |
| 8.1.2.1.3 | Application Layer | 673 |
| 8.1.2.1.4 | Session Layer | 673 |
| 8.1.2.1.5 | Transport-Network Layer | 673 |
| 8.1.2.1.6 | Data Link Layer | 674 |
| 8.1.2.1.7 | Physical Layer | 679 |
| 8.1.2.1.8 | Requirement Content | 679 |
| 8.1.2.1.9 | Appendix | 689 |
| 8.2 | Data Compression and Encryption Specification | 692 |
| 8.2.1 | LC 2515760/-;0 : Data Compression & Encryption Specification DIM 519A | 693 |
| 8.2.1.1 | LC 127958/-;2 : Data Compression & Encryption Specification | 693 |
| 8.2.1.1.1 | Overview | 693 |
| 8.2.1.1.2 | Software Compression | 693 |
| 8.2.1.1.3 | Data Encryption | 694 |
| 8.2.1.1.4 | Software Component Requirements | 694 |
| 8.2.1.1.5 | Appendix | 695 |
| 8.3 | Delta Encoding | 733 |
| 8.3.1 | LC 2515782/MAIN;0 : Delta generation DIM 519A | 733 |
| 8.3.1.1 | LC 2080557/MAIN;3 : Delta generation | 733 |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7011



| | Document Type **NOTE-SWRS** | | Document Release Status **RELEASED** | |
|---|---|---|---|---|
| **Volvo Car Corporation** | Document No **31895535** | Revision **005** | Volume No **01** | Page No **7 (968)** |

Document Name
**DIM**

| | | |
|---|---|---|
| 8.3.1.1.1 | REQPROD 407512/MAIN;1 : Delta file structure | 734 |
| 8.3.1.1.2 | REQPROD 400792/MAIN;1 : Compression | 735 |
| 8.3.1.1.3 | REQPROD 413074/MAIN;0 : Delta installation RAM buffer size | 735 |
| 8.3.1.1.4 | REQPROD 400819/MAIN;2 : Delta file version info | 736 |
| 8.3.1.1.5 | REQPROD 400851/MAIN;2 : Compatibility between versions | 736 |
| 8.3.1.1.6 | REQPROD 403939/MAIN;3 : Delta file name | 737 |
| 8.3.1.1.7 | REQPROD 400689/MAIN;1 : Data file type | 737 |
| 8.3.1.1.8 | REQPROD 400794/MAIN;1 : Delta installation time | 738 |
| 8.3.1.1.9 | REQPROD 400795/MAIN;1 : Delta file size | 738 |
| 8.3.1.1.10 | REQPROD 409691/MAIN;0 : Delta file distribution | 738 |
| 8.3.1.1.11 | REQPROD 400796/MAIN;1 : Delta file release information | 739 |
| 8.3.1.1.12 | REQPROD 417656/MAIN;0 : New and obsolete data info | 739 |
| 8.3.2 | LC 2515776/MAIN;0 : Delta installation DIM 519A | 739 |
| 8.3.2.1 | LC 2080562/MAIN;6 : Delta installation | 739 |
| 8.3.2.1.1 | REQPROD 400893/MAIN;1 : Streamed installation | 739 |
| 8.3.2.1.2 | REQPROD 400913/MAIN;1 : Data decompression | 739 |
| 8.3.2.1.3 | REQPROD 400914/MAIN;1 : Data decoding | 740 |
| 8.3.2.1.4 | REQPROD 400883/MAIN;1 : Delta installation data | 740 |
| 8.3.2.1.5 | REQPROD 400885/MAIN;2 : Delta installation memory segment | 740 |
| 8.3.2.1.6 | REQPROD 420311/MAIN;0 : Target sector erase check | 741 |
| 8.3.2.1.7 | REQPROD 400889/MAIN;1 : Delta memory segment size | 742 |
| 8.3.2.1.8 | REQPROD 400890/MAIN;1 : Delta installation RAM usage | 742 |
| 8.3.2.1.9 | REQPROD 400877/MAIN;2 : Delta SWDL in normal operational mode | 742 |
| 8.3.2.1.10 | REQPROD 400876/MAIN;1 : Delta SWDL in program mode | 742 |
| 8.3.2.1.11 | REQPROD 400916/MAIN;1 : Software consistency check | 742 |
| 8.3.2.1.12 | REQPROD 416292/MAIN;2 : Obsolete data removal | 743 |
| 8.3.2.1.13 | Error Handling | 743 |
| 8.3.3 | LC 2515775/MAIN;0 : Extended information DIM 519A | 746 |
| 8.3.3.1 | LC 2222459/MAIN;2 : Extended information | 746 |
| 8.3.3.1.1 | Appendix | 746 |
| 8.3.4 | LC 2515783/MAIN;1 : Introduction DIM 519A | 747 |
| 8.3.4.1 | LC 2079571/MAIN;2 : Delta Encoding Introduction | 747 |
| 8.3.4.1.1 | Introduction | 747 |
| 8.3.5 | LC 2515777/MAIN;0 : Vehicle Service Delivery Platform DIM 519A | 750 |
| 8.3.5.1 | LC 2103736/MAIN;3 : Vehicle Service Delivery Platform | 750 |
| 8.3.5.1.1 | Vehicle Service Delivery Platform | 751 |
| 8.3.6 | LC 2515781/MAIN;1 : Vehicle Software Configuration DIM 519A | 751 |
| 8.3.6.1 | LC 2080563/MAIN;3 : Vehicle Software Configuration | 751 |
| 8.3.6.1.1 | Delta File Handling | 751 |
| 8.3.7 | LC 2515780/MAIN;0 : Workshop System DIM 519A | 752 |
| 8.3.7.1 | LC 2080564/MAIN;1 : Workshop System | 752 |
| 8.3.7.1.1 | Tester Application | 752 |
| 8.3.7.1.2 | Software Update Request | 752 |
| 8.4 | VCC - General Software Download | 752 |
| 8.4.1 | LC 2515769/-;2 : General Bootloader requirements DIM 519A | 752 |
| 8.4.1.1 | LC 127962/-;13 : General Bootloader requirements | 752 |
| 8.4.1.1.1 | Target | 752 |
| 8.4.1.1.2 | Power consumption | 753 |
| 8.4.1.1.3 | Internal data transfer speed | 753 |
| 8.4.1.1.4 | Calibration and customer data | 753 |
| 8.4.1.1.5 | Two level bootloader | 754 |
| 8.4.1.1.6 | Additional bootloader requirements for secondary processors | 758 |
| 8.4.1.1.7 | Additional bootloader requirements for multiple networks | 759 |
| 8.4.1.1.8 | Additional bootloader requirements for private ECU | 760 |
| 8.4.1.1.9 | Data compression and encryption | 760 |
| 8.4.1.1.10 | Delta encoding | 760 |
| 8.4.1.1.11 | ECU program mode | 761 |
| 8.4.1.1.12 | Enter the bootloader (PBL) from the application | 764 |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7012

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY



| | | Document Type | | Document Release Status | |
|---|---|---|---|---|---|
| | | **NOTE-SWRS** | | **RELEASED** | |
| | | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | | **31895535** | **005** | **01** | **8 (968)** |

Document Name
**DIM**

| | | | |
|---|---|---|---|
| | 8.4.1.1.13 | Time window for PROG detection | 766 |
| | 8.4.1.1.14 | Software Authentication | 767 |
| | 8.4.1.1.15 | Validation of ECU software(s) - Complete and Compatible | 802 |
| | 8.4.1.1.16 | File download order | 809 |
| | 8.4.1.1.17 | Separate memory sectors | 810 |
| | 8.4.1.1.18 | Writing of received data to non-volatile memory | 811 |
| | 8.4.1.1.19 | Pre-calculated hash | 812 |
| | 8.4.1.1.20 | Appendix | 814 |
| 8.4.2 | | LC 2515770/MAIN;0 : Generic SWDL DIM 519A | 819 |
| 8.4.2.1 | | LC 375212/MAIN;3 : Generic SWDL | 819 |
| | 8.4.2.1.1 | Introduction | 819 |
| | 8.4.2.1.2 | What is the purpose of this document | 820 |
| | 8.4.2.1.3 | Overview | 820 |
| | 8.4.2.1.4 | Requisite documents | 821 |
| | 8.4.2.1.5 | Definitions and Abbreviations | 824 |
| 8.5 | | VCC - Bootloader UDSonLIN | 825 |
| 8.5.1 | | LC 2515766/-;1 : VCC - Bootloader - UDSonLIN - Generic DIM 519A | 825 |
| 8.5.1.1 | | LC 127987/-;6 : VCC - Bootloader - UDSonLIN - Generic | 825 |
| | 8.5.1.1.1 | Introduction | 825 |
| | 8.5.1.1.2 | Overview | 828 |
| 8.6 | | Versatile Binary Format Specification | 829 |
| 8.6.1 | | LC 2515771/-;1 : Versatile Binary Format Specification DIM 519A | 829 |
| 8.6.1.1 | | LC 127961/-;7 : Versatile Binary Format Specification | 829 |
| | 8.6.1.1.1 | Overview | 829 |
| | 8.6.1.1.2 | Versatile Binary Format (VBF) | 829 |
| | 8.6.1.1.3 | Notation and lexical elements | 831 |
| | 8.6.1.1.4 | Overview of the VBF file | 835 |
| | 8.6.1.1.5 | Appendix A | 858 |
| | 8.6.1.1.6 | Appendix B | 860 |
| 9. | | SWC2515785/MAIN;1 : DIM 519A Software Platform | 863 |
| 9.1 | | Autosar Network Management - Additional Requirements | 863 |
| 9.1.1 | | LC 2515795/-;0 : AutoSar NM - CAN & FlexRay additional reqs DIM 519A | 863 |
| 9.1.1.1 | | LC 149359/-;11 : AutoSar NM - CAN & FlexRay additional reqs | 863 |
| | 9.1.1.1.1 | REQPROD 52248/-;2 : Network management state history buffers | 863 |
| | 9.1.1.1.2 | REQPROD 52262/-;3 : Storage and clearing of network management state history buffers | 864 |
| | 9.1.1.1.3 | REQPROD 339314/MAIN;1 : Minimum number of write events of history buffer | 864 |
| 9.1.2 | | LC 2515796/-;0 : AutoSar NM - FlexRay reqs DIM 519A | 865 |
| 9.1.2.1 | | LC 127952/-;11 : AutoSar NM - FlexRay reqs | 865 |
| | 9.1.2.1.1 | Timing requirements | 865 |
| | 9.1.2.1.2 | Diagnostics | 867 |
| 9.1.3 | | LC 2515792/-;0 : AutoSar NM - FlexRay wake up reqs DIM 519A | 869 |
| 9.1.3.1 | | LC 163906/-;8 : AutoSar NM - FlexRay wake up reqs | 869 |
| | 9.1.3.1.1 | REQPROD 64411/-;2 : Definition of TFREventToNetworkWakeUp | 869 |
| | 9.1.3.1.2 | REQPROD 69331/-;2 : Definition of TFREventWakeToAppSynchronized | 869 |
| | 9.1.3.1.3 | Microcontroller is powered in sleep | 870 |
| | 9.1.3.1.4 | Microcontroller is unpowered in sleep | 871 |
| 9.1.4 | | LC 2515799/-;0 : AutoSar NM - Generic reqs DIM 519A | 872 |
| 9.1.4.1 | | LC 127947/-;12 : AutoSar NM - Generic reqs | 872 |
| | 9.1.4.1.1 | OVERVIEW | 872 |
| | 9.1.4.1.2 | REQUIREMENT CONTENT | 876 |
| 9.1.5 | | LC 2515791/MAIN;0 : AutoSar NM - Internal VCC reqs DIM 519A | 878 |
| 9.1.5.1 | | LC 745137/MAIN;1 : AutoSar NM - Internal VCC reqs | 878 |
| | 9.1.5.1.1 | REQPROD 236693/MAIN;0 : PDUs for application signals shall be grouped per network | 878 |
| | 9.1.5.1.2 | REQPROD 130343/MAIN;1 : Handling of VFC requests during total or partial loss of communication | 879 |
| 9.2 | | Autosar Configuration | 879 |

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7013

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026081



| | Document Type **NOTE-SWRS** | | Document Release Status **RELEASED** | |
|---|---|---|---|---|
| | Document No **31895535** | Revision **005** | Volume No **01** | Page No **9 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

| | | |
|---|---|---|
| 9.2.1 | LC 2515788/-;1 : Autosar Configuration DIM 519A | 879 |
| 9.2.1.1 | LC 133823/-;17 : Autosar Configuration | 879 |
| 9.2.1.1.1 | OVERVIEW | 879 |
| 9.2.1.1.2 | AUTOSAR CONFIGURATION REQUIREMENTS | 881 |
| 9.2.1.1.3 | E2E PROTECTION CONCEPT | 886 |
| 9.2.1.1.4 | POSTBUILD CONCEPT | 891 |
| 9.2.1.1.5 | TIME SYNCHRONIZATION CONCEPT | 897 |
| 9.3 | VCC - Autosar BSW Tier1 to Tier2 Requirements | 899 |
| 9.3.1 | LC 2515803/MAIN;0 : VCC - Autosar BSW - Tier1 to Tier2 Requirements DIM 519A | 899 |
| 9.3.1.1 | LC 335532/MAIN;3 : VCC - Autosar BSW - Tier1 to Tier2 Requirements | 899 |
| 9.3.1.1.1 | REQPROD 362336/MAIN;0 : Needed Tier1 requirements on Tier2 for AUTOSAR Diagnostic BSW | 899 |
| 9.4 | VCC - Autosar Diagnostic Guideline | 900 |
| 9.4.1 | LC 2515804/-;0 : VCC AUTOSAR Diagnostic Guideline DIM 519A | 900 |
| 9.4.1.1 | LC 133827/-;5 : VCC AUTOSAR Diagnostic Guideline | 900 |
| 9.4.1.1.1 | REQPROD 362337/MAIN;0 : AUTOSAR Diagnostic BSW configuration | 900 |
| 10. | LVDS Datalink Layer | 903 |
| 10.1.1.1 | LC 1340856/MAIN;2 : LVDS Datalink Layer - Generic reqs | 903 |
| 10.1.1.1.1 | Purpose of this document | 903 |
| 10.1.1.1.2 | Qualifications Methods | 903 |
| 10.1.1.1.3 | Definitions | 903 |
| 10.1.1.1.4 | Abbreviations | 904 |
| 10.1.1.1.5 | Requisite documents | 904 |
| 10.1.1.1.6 | Overview on requirements from Diagnostics & ECU Platform | 906 |
| 10.1.1.1.7 | Software Component Description | 912 |
| 10.1.1.1.8 | Software Component Requirements | 920 |
| 10.1.1.1.9 | ECU (Computer) Resource Requirements | 944 |
| 10.1.1.1.10 | Hardware resource utilization requirements | 953 |
| 10.1.1.1.11 | REQPROD 390131/MAIN;1 : VerifyLinkCommunication - RunPRBSTestTransceiver routine | 955 |
| 10.1.1.1.12 | REQPROD 390132/MAIN;1 : VerifyLinkCommunication - RunPRBSTestTransceiver routine type | 955 |
| 10.1.1.1.13 | REQPROD 390133/MAIN;1 : Access to VerifyLinkCommunication - RunPRBSTestTransceiver routine | 955 |
| 10.1.1.1.14 | REQPROD 390134/MAIN;1 : VerifyLinkCommunication - RunPRBSTestReceiver routine | 955 |
| 10.1.1.1.15 | REQPROD 390135/MAIN;1 : VerifyLinkCommunication - RunPRBSTestReceiver routine type | 956 |
| 10.1.1.1.16 | REQPROD 390136/MAIN;1 : Access to VerifyLinkCommunication - RunPRBSTestReceiver routine | 956 |
| 10.1.1.1.17 | REQPROD 390137/MAIN;1 : VerifyLinkCommunication - SetPreemphasisParameters routine | 956 |
| 10.1.1.1.18 | REQPROD 390138/MAIN;1 : VerifyLinkCommunication - SetPreemphasisParameters routine type | 956 |
| 10.1.1.1.19 | REQPROD 390139/MAIN;1 : Access to VerifyLinkCommunication - SetPreemphasisParameters routine | 957 |
| 11. | LC 1973655/LVDS;1 : VCC - UDSonLVDS - Generic instance | 958 |
| 11.1 | LC 185939/LVDS;1 : VCC - UDSonLVDS - Generic | 958 |
| 11.1.1 | Introduction | 958 |
| 11.1.1.1 | Requisite documents | 959 |
| 11.1.1.2 | External publications | 960 |
| 11.1.1.3 | Definitions and Abbreviations | 960 |
| 11.1.2 | Overview | 961 |
| 11.1.3 | Unified diagnostic services implementation | 963 |
| 11.1.3.1 | Mandatory LIN services and data records | 963 |
| 11.1.3.2 | Diagnostic Services | 964 |
| 11.1.3.2.1 | REQPROD 77366/MAIN;1 : Diagnostic services | 964 |
| 11.1.3.2.2 | LIN slave start of operation cycle time | 964 |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7014

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026082



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **10 (968)** |

Document Name
## DIM

| | | |
|---|---|---|
| 11.1.3.3 | Diagnostic Data .................................................................................................. | 965 |
| 11.1.3.3.1 | REQPROD 77376/MAIN;1 : Diagnostic data ...................................................... | 965 |
| 11.1.3.4 | LVDS Diagnostic Trouble Code Data.................................................................. | 965 |
| 11.1.3.4.1 | REQPROD 387973/MAIN;1 : LVDS Chipset Internal Error ................................... | 965 |
| 11.1.3.4.2 | REQPROD 387975/MAIN;1 : LVDS Video Frame Alignment Loss .......................... | 966 |
| 11.1.3.4.3 | REQPROD 387977/MAIN;1 : Lock PLL Failure.................................................... | 966 |
| 11.1.3.4.4 | REQPROD 387980/MAIN;1 : Stream Clock Sync Failure ...................................... | 966 |
| 11.1.3.4.5 | REQPROD 387981/MAIN;1 : Active Mode Received Input Failure .......................... | 967 |
| 11.1.3.4.6 | REQPROD 387983/MAIN;1 : Video Display Internal Error .................................... | 967 |
| 11.1.3.4.7 | REQPROD 390140/MAIN;1 : VerifyLinkCommunication - SetEqualizationParameters routine ............................................................... | 967 |
| 11.1.3.4.8 | REQPROD 390141/MAIN;1 : VerifyLinkCommunication - SetEqualizationParameters routine type.................................................... | 967 |
| 11.1.3.4.9 | REQPROD 390142/MAIN;1 : Access to VerifyLinkCommunication - SetEqualizationParameters routine ................................................................ | 968 |
| 11.1.3.4.10 | Data link layer and Network layer .................................................................... | 968 |
| 11.1.3.4.11 | Physical layer................................................................................................ | 968 |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7015

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| **VOLVO** | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **11 (968)** |

Document Name
**DIM**

# 0. Change Log

## 0.1 LC

### 0.1.1 New objects in this revision

| | |
|---|---|
| LC 1340856/MAIN;2 : LVDS Datalink Layer - Generic reqs | |
| LC 1973655/LVDS;1 : VCC - UDSonLVDS - Generic instance | |

### 0.1.2 Updated objects in this revision

### 0.1.3 Deleted objects in this revision

## 0.2 REQ

### 0.2.1 New objects in this revision

### 0.2.2 Updated objects in this revision

### 0.2.3 Deleted objects in this revision

## 0.3 REQPROD

### 0.3.1 New objects in this revision

| | |
|---|---|
| REQPROD 361999 : 0 : Serializer communication diagnostics (4wire) | |
| REQPROD 362001 : 0 : Deserializer communication diagnostics (4wire) | |
| REQPROD 362003 : 0 : LVDS Control channel over Ethernet | |
| REQPROD 362008 : 0 : LVDS Built-in Self-Test | |
| REQPROD 362009 : 0 : LVDS Video throughput | |
| REQPROD 362010 : 0 : LVDS Signal Quality Evaluation | |
| REQPROD 362011 : 0 : LVDS Pre-Emphasis | |
| REQPROD 362012 : 0 : LVDS Channel equalizing | |
| REQPROD 362001 : 0 : Deserializer communication diagnostics (4wire) | |
| REQPROD 362003 : 0 : LVDS Control channel over Ethernet | |
| REQPROD 362008 : 0 : LVDS Built-in Self-Test | |
| REQPROD 362009 : 0 : LVDS Video throughput | |
| REQPROD 362010 : 0 : LVDS Signal Quality Evaluation | |
| REQPROD 362011 : 0 : LVDS Pre-Emphasis | |
| REQPROD 362012 : 0 : LVDS Channel equalizing | |
| REQPROD 362015 : 0 : LVDS Integrated high-speed data link | |
| REQPROD 362016 : 0 : LVDS Line diagnostics | |
| REQPROD 362018 : 0 : Local Config File LVDS Transceiver | |
| REQPROD 362037 : 0 : Local Config File LVDS Receiver | |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7016



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **115 (968)** |

Document Name
**DIM**

| Definition | Description |
|---|---|
| Tester | A system that controls functions such as test, inspection, monitoring, or diagnosis of an on-vehicle electronic control unit and may be dedicated to a specific type of operators (e.g. a scan tool dedicated to garage mechanics or a test tool dedicated to assembly plant agents). The tester is also referenced as the client. |
| Up stream | Diagnostic message communication in the direction from server to client is regarded as an up stream communication. |

Note: *Additional definitions to terminology within this document can be found in ISO 10681-2.*

| Abbreviations | Stands for | Description |
|---|---|---|
| MFDS | Maximum Frame Data Size | See *Definitions - VCC - CoFlexRay.* |

Note: *Additional abbreviations within this document can be found in ISO 10681-2.*

#### 4.6.1.1.1.5   Introduction

This specification is applicable for diagnostic messages in both software download (i.e. when in programming session) and in application (i.e. when in other sessions than programming session). Furthermore, this specification is applicable for both FlexRay Schedule Coordinator and FlexRay ECUs according to Figure below.

All diagnostic messages on FlexRay shall be sent and received according to the documents referenced in section *Requisite documents* and this specification.

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7120

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026188

| VOLVO | Document Type | Document Release Status | | |
|---|---|---|---|---|
| | NOTE-SWRS | RELEASED | | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | 31895535 | 005 | 01 | 116 (968) |
| Document Name | | | | |
| DIM | | | | |



**Example of the vehicle network topology**

## 4.6.1.1.2   TRANSPORT AND NETWORK LAYER

The transport/network layer required by this document shall be compliant to *Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2* with the restrictions/additions as defined by the following sub-sections.
Abbreviations and definitions within this section can be found in *Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2*.

### 4.6.1.1.2.1   Communication Layer Protocol

#### 4.6.1.1.2.1.1   Protocol functions

All messages shall be transmitted as unacknowledged messages. Acknowledged messages shall be supported but not used. I.e. the sender shall not use and the receiver shall accept the acknowledged messages.

All messages shall be transmitted with a known message length. Unknown message length shall not be supported, i.e. any message received with unknown message Length shall be ignored.

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7121

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| (VOLVO logo) | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **117 (968)** |

Document Name
**DIM**

This section has resulted in the following requirements:

- REQPROD 60156          Unacknowledge messages - used
- REQPROD 60159          Acknowledge messages - supported
- REQPROD 60162          Known (ML) Message Length - used
- REQPROD 60164          Unknown (ML) Message Length – not supported

### 4.6.1.1.2.1.2    Unsegmented and Segmented Transmission

An unsegmented message is transmitted if the message length is lower than or equal to MFDS for STF C_PDU. A segmented transmission is performed when the message length is greater than the MFDS for STF C_PDU.

In order to enhance transmission performance for segmented messages, dynamic frame length (or dynamic data transfer) is not allowed for C_PDUs STF and CF1/CF2. This means that these C_PDUs shall be filled with message data equaling MFDS.

The only exception to this requirement is at the end of a segmented message. The last CF1/CF2 C_PDU may contain message data which equals MFDS -1 when the remaining message data length to be transmitted is greater than MFDS of LF C_PDU and lower than the MFDS of CF1/CF2 C_PDU.

This section has resulted in the following requirements:

- REQPROD 60166    Message length break point for unsegmented/segmented messages
- REQPROD 60167    Dynamic frame length for segmented message

### 4.6.1.1.2.1.3    Protocol control information (C_PCI)

The following sub-sections detail the valid usage of the FlowControl (FC) parameters.

### 4.6.1.1.2.1.3.1    FlowStatus (FS) parameters

All defined FlowStatus (FS) parameters in *Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2* shall be supported but only following shall be used: ContinueToSend, Wait, Abort and Overflow. In programming session, the server may use FC.Wait if it receives a request to be queued in server, when it is processing a previously received request. A gateway ECU may use FC.Wait in any situation and session when it does not have enough buffers available for receiving the complete message.

This section has resulted in the following requirements:

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                    VCNA0026190

| | | Document Type | | Document Release Status | |
|---|---|---|---|---|---|
| VOLVO | | **NOTE-SWRS** | | **RELEASED** | |
| | | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | | **31895535** | **005** | **01** | **118 (968)** |

Document Name
**DIM**

---

- REQPROD 60172      FlowStatus (FS) parameter
- REQPROD 116701      FlowControl Wait usage

### 4.6.1.1.2.1.3.2  Maximum number of FC.Wait frame transmissions (C_WFTmax)

The C_WFTmax counter shall be set to 255.

Note that if an ECU needs to send consecutive FlowControl (FC) C_PDUs with FlowStatus = Wait, then FC.Wait C_PDU shall be sent with periodicity equaling C_Br according to Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2. See sections Timing parameters in programming session and Timing parameters in non-programming sessions in this specification for the required FC.Wait transmission period.

This section has resulted in the following requirements:

- REQPROD 60177      C_WFTmax

### 4.6.1.1.2.1.3.3  Bandwidth Control (BC) parameter

The bandwidth control mechanism shall not be used. Consequently, BC parameter shall be set to zero (0). The control of the transfer capability shall only be done with the BufferSize (BfS) parameter.

This section has resulted in the following requirements:

- REQPROD 60179      Bandwidth Control (BC) parameter

### 4.6.1.1.2.1.3.4  BufferSize (BfS) parameter

The primary use of the BufferSize shall be to restrict the amount of data the sender transmits with Consequent Frames, before the receiver authorizes continued message transmission. The sender shall not influence the BfS parameter so that a lower amount of data is transmitted than the given BufferSize from the receiver, except for when the end of the message is reached.
In all sessions the receiver of a message shall set BfS parameter so that only one FlowControl is used for a certain number of bytes of the message. If the message is longer than this, the receiver will send a Flow Control after each chunk of bytes of the message.
If a message is shorter than this is to be received then it is allowed to adapt BfS to indicate a lower value, but the BfS value must be large enough to receive the complete message with only one FlowControl sent by receiver. Using a smaller value for a shorter message allows for more efficient memory usage, especially for gateway ECU where RAM buffers are shared. The minimum number of bytes per each Flow Control depends on the session and whether it is a request or a response.
This section has resulted in the following requirements:

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY      VCNA0026191



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **119 (968)** |

Document Name

**DIM**

---

- REQPROD 60181      BufferSize (BfS) parameter – sender influence
- REQPROD 60182      Minimum BufferSize (BfS) in programming session server side
- REQPROD 60183      Minimum BufferSize (BfS) in programming session client side
- REQPROD 60184      Minimum BufferSize (BfS) in non-programming sessions server
  side
- REQPROD 60186      Minimum BufferSize (BfS) in non-programming sessions client
  side

### 4.6.1.1.2.2 Communication layer timing parameters

The communication layer timing parameter values, timeout and performance requirement values are defined in Table in *Timing parameters in programming session* and Table in *Timing parameters in non-programming sessions* below when in programming session and when in non-programming sessions respectively. The timeout and performance requirement values can vary between down and up stream messages.

#### 4.6.1.1.2.2.1 Timing parameters in programming session

When the NetworkStatus parameter equals Boot according to *LC : FlexRay Data Link Layer* then table below shall apply. The duration of a FlexRay cycle (gdCycle) is defined in *LC : FlexRay Data Link Layer*.

| Timing Parameter | Description | Timeout (ms) | Performance requirement (ms) |
|---|---|---|---|
| C_As | Time for transmission of the FlexRay frame (any C_PDU) on the sender side. | Timeout = cycle time * 200 | N/A |
| C_Ar | Time for transmission of the FlexRay frame (any C_PDU) on the receiver side. | Timeout = cycle time * 200 | N/A |
| C_Bs | Time until reception of the next FlowControl C_PDU. | Timeout = cycle time * 200 | N/A |
| C_Br | Time until transmission of the next FlowControl_CTS, ABT and OVFLW C_PDU | N/A | Maximum = cycle time * 3. See Note 1. |
| | Time until transmission of the next FlowControl_Wait C_PDU | N/A | Maximum = cycle time * (50 ± 1). See Note 2. |
| C_Cs | Time from FlowControl C_PDU until transmission of the next ConsecutiveFrame C_PDU/LastFrame C_PDU | N/A | Maximum = cycle time * 3 |
| | Time from ConsecutiveFrame C_PDU until transmission of the next ConsecutiveFrame C_PDU/LastFrame C_PDU | N/A | **Downstream:** Maximum = cycle time * 1<br><br>**Upstream FlexRay ECU:** Maximum = cycle time * 2 |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7124

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026192

| | | | | |
|---|---|---|---|---|

**Volvo Car Corporation**

| Document Type | | Document Release Status | |
|---|---|---|---|
| NOTE-SWRS | | RELEASED | |

| Document No | Revision | Volume No | Page No |
|---|---|---|---|
| 31895535 | 005 | 01 | 120 (968) |

Document Name

**DIM**

| | | | |
|---|---|---|---|
| | | | **Upstream FlexRay Gateway:** Maximum = cycle time * 2. See Note 3. |
| C_Cr | Time until reception of the next ConsecutiveFrame C_PDU | Timeout = cycle time * 200 | N/A |

Timing parameters in programming session

**Note 1:** For a FlexRay Gateway: If all receive buffers are used by other messages and a new message is received then the STF C_PDU is stored and FC.Wait is transmitted periodically until a receive buffer is released. From this point of the receive buffer release, measured from the LF C_PDU of this other message, the receiving ECU has to transmit FC.CTS C_PDU within C_Br.

**Note 2:** The FC.Wait C_PDU transmission shall be delay to the latest point of the performance requirement C_Br. This means that the first FC.Wait C_PDU after STF or CFEOB C_PDUs will be transmitted C_Br after these C_PDUs. The transmission period between consecutive FC.Wait C_PDUs equals also C_Br.

**Note 3:** The FlexRay gateway is on the server side of the FlexRay network, which typically is a FlexRay - CAN gateway.

This section has resulted in the following requirements:

- REQPROD 60207  C_As timeout in programming session
- REQPROD 60209  C_Ar timeout in programming session
- REQPROD 60211  C_Bs timeout in programming session
- REQPROD 60213  C_Br in programming session for FC.CTS, ABT and OVFLW
- REQPROD 60236  C_Br in programming session for FC.WAIT
- REQPROD 60238  C_Cs in programming session between FC and CF frames
- REQPROD 60262  C_Cs in program session between CF frames (Down stream)
- REQPROD 60446  C_Cs in program session between CF frames (Up stream - ECU)
- REQPROD 60447  C_Cs in program session between CF frames (Up stream - Gateway)
- REQPROD 60448  C_Cr timeout in programming session

#### 4.6.1.1.2.2.2   Timing parameters in non-programming sessions

When the NetworkStatus parameter equals Normal according to *LC : FlexRay Data Link Layer* (i.e. when in non-programming session) then the table below shall apply. The duration of a FlexRay cycle (gdCycle) is defined in *LC : FlexRay Data Link Layer*.

| Timing Parameter | Description | Timeout (ms) | Performance requirement (ms) |
|---|---|---|---|
| | | | |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7125

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026193



| Document Type **NOTE-SWRS** | | Document Release Status **RELEASED** | |
|---|---|---|---|
| Document No **31895535** | Revision **005** | Volume No **01** | Page No **121 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

| | | | |
|---|---|---|---|
| C_As | Time for transmission of the FlexRay frame (any C_PDU) on the sender side. | Timeout = cycle time * 200 | N/A |
| C_Ar | Time for transmission of the FlexRay frame (any C_PDU) on the receiver side. | Timeout = cycle time * 200 | N/A |
| C_Bs | Time until reception of the next FlowControl C_PDU. | Timeout = cycle time * 200 | N/A |
| C_Br | Time until transmission of the next FlowControl_CTS, ABT and OVFLW C_PDU | N/A | Maximum = cycle time * 4 |
| | Time until transmission of the next FlowControl_Wait C_PDU | N/A | Maximum = cycle time * (50 +- 1) |
| C_Cs | Time from FlowControl C_PDU until transmission of the next ConsecutiveFrame C_PDU / LastFrame C_PDU | N/A | Maximum = cycle time * 4 |
| | Time from ConsecutiveFrame C_PDU until transmission of the next ConsecutiveFrame C_PDU / LastFrame C_PDU | N/A | **FlexRay ECU which is not a gateway** : Maximum = cycle time * 4  **FlexRay gateway**: Maximum = cycle time * 8 |
| C_Cr | Time until reception of the next ConsecutiveFrame C_PDU / LastFrame C_PDU | Timeout = ((FlexRay Consecutive Frame payload / CAN Consecutive Frame payload * CAN N_Cr timeout) See Note 4. | N/A |

Timing parameters in non-programming session.

**Note 4:** Non-programming session: main dimensioning use case is large message upstream from CAN to FlexRay, where the gateway collect several CAN consecutive frames to fill up a FlexRay consecutive frames. Harmonizing worst case transmission time without receiver timeout for a complete message on CAN and FlexRay. Example: C_Cr timeout = ((FlexRay Consecutive Frame payload, e.g. 26 bytes / CAN Consecutive Frame payload, e.g. 7 bytes) * CAN N_Cr timeout e.g. 1.0s). 26/7 rounds off to 4, then multiplied by CAN N_Cr result in C_Cr = 4.0s.

This section has resulted in the following requirements:
- REQPROD 60461      C_As timeout in non-programming session
- REQPROD 60462      C_Ar timeout in non-programming session
- REQPROD 60463      C_Bs timeout in non-programming session
- REQPROD 60464      C_Br in non-programming session for FC.CTS, ABT and OVFLW
- REQPROD 60511      C_Br in non-programming session for FC.WAIT
- REQPROD 60513      C_Cs in non-programming session between FC and CF frames
- REQPROD 60515      C_Cs in non-program session between CF frames (Down stream)
- REQPROD 60516      C_Cs in non-program session between CF frames (Up stream-ECU)
- REQPROD 60519      C_Cs in non-program session between CF frames (Up stream-Gateway)
- REQPROD 60522      C_Cr timeout in non-programming session

### 4.6.1.1.2.3   Interleaving of messages

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7126

                    VCNA0026194



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **122 (968)** |

Document Name
**DIM**

#### 4.6.1.1.2.3.1   Duplex

In programming session, all ECUs of a FlexRay network, both FlexRay ECUs and FlexRay Schedule Coordinator, shall comply with full-duplex behaviour, which specifies the concurrency of transmission and reception of the channel and the behaviour of unexpected arrival of C_PDUs. In all other sessions half duplex shall be supported.

This section has resulted in the following requirements:

- REQPROD 60527          Duplex communcation

### 4.6.1.1.2.4   Data link layer usage

#### 4.6.1.1.2.4.1   Hardware Address filtering within dynamic segment

To utilize hardware filtering all physically addressed request/response frames shall have the Payload Preamble Indicator (PPI) set. Functionally addressed requests shall not have the PPI set.

This section has resulted in the following requirements:

- REQPROD 60533          Payload Preamble Indicator (PPI) – Physically addressing
- REQPROD 60537          Payload Preamble Indicator (PPI) – Functionally addressing

#### 4.6.1.1.2.4.2   Multiple C_PDU to single frame (L_PDU) mapping

Only one C_PDU shall be mapped into a single L-PDU. This restriction enables hardware filtering on the C_TA field when PPI flag is set.

This section has resulted in the following requirements:

- REQPROD 60541          One (1) C_PDU per frame

#### 4.6.1.1.2.4.3   Use data frame by frame

#### 4.6.1.1.2.4.3.1   REQ 128922/MAIN;2  : Forward C_Data from each C_PDU to upper layers

While receiving a segmented request for TransferData 0x36 the transport protocol shall send all N_Data from each N_PDU immediately to upper layers that contain the flash programming functions (optional for all other services). The ECU must not start flashing the TransferData block after the complete TransferData block has been received. If the C_Data (transferRequestParameterRecord) is compressed, all C_Data from each C_PDU shall be sent to the layer where decompression is performed, and that layer shall in turn send data as soon as it is decompressed to upper layers that contain the flash programming functions.

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7127

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                    VCNA0026195



| Document Type | | Document Release Status | |
|---|---|---|---|
| **NOTE-SWRS** | | **RELEASED** | |
| Document No | Revision | Volume No | Page No |
| **31895535** | **005** | **01** | **123 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

This contradicts normal specified transport layer behaviour since it states that the transport layer shall only send complete messages to upper layers. This decrease the time it takes to perform TransferData by writing frame by frame to flash memory. The ECU shall be able to write the data while receiving new data and therefore the ECU will not need to write as much data at the last message and thus the P4 time will be shorter leading to shorter SWDL time.

## 4.6.1.1.3 REQUIREMENTS

This section lists all requirements that are motivated in the previous sections of this document.

### 4.6.1.1.3.1 REQPROD 60148/MAIN;1 : Transport and Network layer

| Attribute name | Attribute value |
|---|---|
| Purpose | Reference the transport/network layer standard. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
The transport/network layer required by this document shall be compliant to *Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2, CoFlexRay — Part 2: Communication layer services - External publications* with the restrictions/additions as defined by this document.

### 4.6.1.1.3.2 Requirements from Protocol functions

#### 4.6.1.1.3.2.1 REQPROD 60156/MAIN;1 : Unacknowledge messages - used

| Attribute name | Attribute value |
|---|---|
| Purpose | Acknowledgement of a diagnostic request and possible retransmission of a message is performed on UDS application layer level. |
| Source | |
| Verification method | Test |

**Req:**
All messages shall be transmitted as unacknowledged messages.

#### 4.6.1.1.3.2.2 REQPROD 60162/MAIN;1 : Known (ML) Message Length - used

| Attribute name | Attribute value |
|---|---|
| Purpose | In all diagnostic messages the message length is defined which motivates the use of known message length. |
| Source | |
| Verification method | Test |

**Req:**
All messages shall be transmitted with a known message length.

#### 4.6.1.1.3.2.3 REQPROD 60164/MAIN;1 : Unknown (ML) Message Length - not supported

| Attribute name | Attribute value |
|---|---|
| Purpose | In all diagnostic messages the message length is |

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY
VCNA0026196



| Document Type | | Document Release Status | |
|---|---|---|---|
| **NOTE-SWRS** | | **RELEASED** | |
| Document No | Revision | Volume No | Page No |
| **31895535** | **005** | **01** | **124 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

|  |  |
|---|---|
|  | defined and there is no need to support unknown message length. |
| Source |  |
| Verification method | Test - Use VCC Test Description |

**Req:**
Unknown message length shall not be supported, i.e. any message received with unknown message length shall be ignored.

### 4.6.1.1.3.3    Segmented Unsegmented transmission

#### 4.6.1.1.3.3.1    REQPROD 60166/MAIN;1 : Message length break point for unsegmented_segmented messages

| Attribute name | Attribute value |
|---|---|
| Purpose | To define the maximum size of an unsegmented message and the minimum size of a segmented message. |
| Source |  |
| Verification method | Test - Use VCC Test Description |

**Req:**
An unsegmented message shall be transmitted if the message length is lower than or equal to MFDS for STF C_PDU. A segmented transmission shall be performed when the message length is greater than the MFDS for STF C_PDU.

#### 4.6.1.1.3.3.2    REQPROD 60167/MAIN;1 : Dynamic frame length for segmented message

| Attribute name | Attribute value |
|---|---|
| Purpose | To define the maximum size of an unsegmented message and the minimum size of a segmented message. |
| Source |  |
| Verification method | Test - Use VCC Test Description |

**Req:**
Dynamic frame length for a segmented message (or dynamic data transfer) is not allowed, see *Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2, CoFlexRay — Part 2: Communication layer services - External publications* section 7.3.

### 4.6.1.1.3.4    FlowStatus (FS) parameters

#### 4.6.1.1.3.4.1    REQPROD 116701/MAIN;3 : FlowControl Wait usage

| Attribute name | Attribute value |
|---|---|
| Purpose | Use FC.Wait to halt message reception in appropriate situations. |
| Source |  |
| Verification method | Test - Use VCC Test Description |

**Req:**
Non-gateway server:
In programming session, the server may use FC.Wait if it receives a request when it is processing a previously received request. In all other situations in all sessions usage of FC.Wait is not allowed.

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7129

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026197



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **125 (968)** |

Document Name
**DIM**

Gateway ECU:
The gateway ECU shall use FC.Wait if it receives a message when buffers are not available for receiving the complete message. This applies to server side and client side.

#### 4.6.1.1.3.4.2 REQPROD 60172/MAIN;1 : FlowStatus (FS) parameter

| Attribute name | Attribute value |
|---|---|
| Purpose | For robustness reasons and future needs all defined FS shall be supported. If one ECU uses the FS value Acknowledge/Retry, used for acknowledged messages, then the communication within the network should continue without disturbance. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
All defined FlowStatus (FS) parameters in *Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2, CoFlexRay — Part 2: Communication layer services - External publications* shall be supported but only following shall be used: ContinueToSend, Wait, Abort and Overflow.

#### 4.6.1.1.3.5 Maximum number of FC.Wait frame transmissions (C_WFTmax)

#### 4.6.1.1.3.5.1 REQPROD 60177/MAIN;1 : C_WFTmax

| Attribute name | Attribute value |
|---|---|
| Purpose | The WAIT mechanism will aid the following dimensioning use cases: <br><br>- Down stream: Two queued messages are sent to an ECU and the time from the first request received until the final response sent of the first request. <br>- Up stream: Functional address request with unsuppressed response result in a many responses which may need to wait. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
The C_WFTmax counter shall be set to 255

#### 4.6.1.1.3.6 Bandwidth Control (BC) parameter

#### 4.6.1.1.3.6.1 REQPROD 60179/MAIN;2 : Bandwidth Control (BC) parameter

| Attribute name | Attribute value |
|---|---|
| Purpose | BC shall be supported for robustness reasons and for future needs. If one ECU incorrectly uses the BC mechanism then the communication within the network continue without disturbance. No bandwidth control mechanism is required. The control of the transfer capability should be done with the BufferSize (BfS) parameter. |
| Source | |
| Verification method | Test - Use VCC Test Description |

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY VCNA0026198



| Document Type | | Document Release Status | |
|---|---|---|---|
| **NOTE-SWRS** | | **RELEASED** | |
| Document No | Revision | Volume No | Page No |
| **31895535** | **005** | **01** | **126 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

**Req:**
The bandwidth control mechanism shall be supported but not used. Consequently, BC parameter shall be set to zero (0).

Note: If the BC parameter not is equal to zero (0) then the sender of the message shall use the bandwidth control mechanism defined in *Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2, CoFlexRay — Part 2: Communication layer services - External publications*.

### 4.6.1.1.3.7    BufferSize (BfS) parameter

#### 4.6.1.1.3.7.1    REQPROD 60181/MAIN;1 : Buffersize (BfS) parameter - sender influence

| Attribute name | Attribute value |
|---|---|
| Purpose | The primary use of the BufferSize is to restrict the amount of data that the receiver allows the sender to transmit with ConsequetiveFrames, before the receiver authorizes a new ContinueToSend (CTS) of the transmission. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
The sender shall not influence the BufferSize so that a lower amount of data is transmitted than the given BufferSize, except for when the end of the message is reached.

#### 4.6.1.1.3.7.2    REQPROD 60182/MAIN;3 : Minimum Buffersize (BfS) in programming session server side

| Attribute name | Attribute value |
|---|---|
| Purpose | To harmonize the maximum messages length on different networks and to reduce gateway buffer size. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
**For servers and gateway ECUs:**
In programming session the receiver of a downstream message must respond with a BfS value such that there are never more than one FC C_PDUs per 4095 bytes of data (including the first FC C_PDU) when buffer resources makes 4095 bytes available.

**Additional for gateway ECU:**
In programming session, if available RAM buffer is less than the length of the message, then BfS value must be so large that all available RAM buffer is used to receive as much as possible of the message, per each FC C_PDU.
If available RAM buffer can hold the complete message, it is mandatory to use the smallest RAM buffer available that can hold the complete message. If the server can receive a complete message of 65535 bytes with only one FC C_PDUs, then BfS parameter shall be set to 0x0000.

**Note for servers and gateway ECUs:**
It is important to understand the difference of BfS value and requirements for RAM buffer sizes which may be

EDM-W 2004-10-12

GIS1 Item Number: 10 03
GIS2 Classification: Proprietary

APPX7131

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026199

| VOLVO | Document Type **NOTE-SWRS** | | Document Release Status **RELEASED** | |
|---|---|---|---|---|
| | Document No **31895535** | Revision **005** | Volume No **01** | Page No **127 (968)** |
| **Volvo Car Corporation** | | | | |

Document Name
**DIM**

shared between networks.
a. Example: receiving a message with total length of 4095 bytes, FPL parameter is 246 in STF C_PDU. BfS parameter in FC C_PDU must be at least 4095-246=3849 if RAM buffer is available.
b. Example: receiving a message with total length of 1000 bytes, FPL parameter is 246 in STF C_PDU. BfS parameter in FC C_PDU must be at least 1000-246=754 if RAM buffer is available.

**Note for gateway ECU:**

c. Minimum RAM for request buffers in gateway requirements may require RAM buffer size to be larger than the value implied by the BfS parameter in this requirement.
d. Example: Assume FPL parameter is 246 in STF C_PDU. A gateway ECU is required to have total 4kB RAM buffer, it receives a 1kB message A, respond BfS=3849, then 3kB buffer is free. Another message B arrives which is 4kB. The gateway ECU must respond with BfS=3kB-246=2826 initially, and later try to receive the remaining 1kB.

### 4.6.1.1.3.7.3    REQPROD 60183/MAIN;3 : Minimum BufferSize (BfS) in programming session client side

| Attribute name | Attribute value |
|---|---|
| Purpose | For upstream messages 1kB is considered to be adequate for most response messages. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
**For ECU gatewaying responses from FlexRay to another network:**
In programming session the receiver of an upstream message must respond with a BfS value such that there are never more than one FC C_PDUs per 1024 bytes of data (including the first FC C_PDU) when buffer resources makes 1024 bytes available.
In programming session, if available RAM buffer is less than the length of the message, then BfS value must be so large that all available RAM buffer is used to receive as much as possible of the message, per each FC C_PDU.
It is mandatory to use the smallest RAM buffer available that can hold the complete message. If the server can receive a complete message of 65535 bytes with only one FC C_PDUs, then BfS parameter shall be set to 0x0000.

**Note:**
It is important to understand the difference of BfS value and requirements for total RAM buffer sizes which may be shared between networks. Minimum RAM for request buffers in qateway requirements may require RAM buffer size to be larger than the value implied by the BfS parameter in this requirement.
a. Example: receiving a message with total length of 1024 bytes, FPL parameter is 24 in STF C_PDU. BfS parameter in FC C_PDU must be at least 1024-14=1000.
b. Example: receiving a message with total length of 200 bytes, FPL parameter is 24 in STF C_PDU. BfS parameter in FC C_PDU must be at least 200-14=176.
c. Example: Assume FPL parameter is 24 in STF C_PDU. A gateway ECU is required to have total 4kB RAM buffer, it receives three 1kB messages A, B and C, and responds BfS=1024-24=1000 for all of them, then 1kB

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026200

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| VOLVO | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **128 (968)** |
| Document Name | | | | |
| **DIM** | | | | |

buffer is free. Another message D arrives which is 2kB, the gateway must resond with BfS=1kB-24=1000 initially, and later try to receive the remaining 1kB.

d. This requirement normally only applies only to the ECU that is a FlexRay Schedule Coordinator.

### 4.6.1.1.3.7.4   REQPROD 60184/MAIN;3 : Minimum BufferSize (BfS) in non-programming sessions server side

| Attribute name | Attribute value |
|---|---|
| Purpose | A minimum buffer size of 200 bytes is considered to be adequate for most messages in non-programming sessions. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
**For servers and gateway ECUs:**
In non-programming session the receiver of a downstream message must respond with a BfS value such that there are never more than one FC C_PDUs per 200 bytes of data (including the first FC C_PDU) when buffer resources makes 200 bytes available.

**Additional for gateway ECU:**
In non-programming session, if available RAM buffer is less than the length of the message, then BfS value must be so large that all available RAM buffer is used to receive as much as possible of the message, per each FC C_PDU.
If available RAM buffer can hold the complete message, it is mandatory to use the smallest RAM buffer available that can hold the complete message. If the server can receive a complete message of 65535 bytes with only one FC C_PDUs, then BfS parameter shall be set to 0x0000.

**Note for servers and gateway ECUs:**
It is important to understand the difference of BfS value and requirements for RAM buffer sizes which may be shared between networks.
a. Example: receiving a message with total length of 200 bytes, FPL parameter is 14 in STF C_PDU. BfS parameter in FC C_PDU must be at least 200-14=186.
b. Example: receiving a message with total length of 100 bytes, FPL parameter is 14 in STF C_PDU. BfS parameter in FC C_PDU must be at least 100-14=86.
**Note for gateway ECU:**
c. Minimum RAM for request buffers in gateway requirements may require RAM buffer size to be larger than the value implied by the BfS parameter in this requirement.
d. Example: FPL parameter is 14 in STF C_PDU. A gateway ECU is required to have total 4kB RAM buffer, it receives twenty 200 byte messages, respond BfS=186 for all of them, then 95 bytes buffer is free. Another message arrives which is 200 byte. The gateway ECU must respond with BfS=95-14=81 bytes initially, and later try to receive the remaining 105 bytes.

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026201

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| (Volvo logo) | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **129 (968)** |

Document Name
**DIM**

### 4.6.1.1.3.7.5   REQPROD 60186/MAIN;3 : Minimum BufferSize (BfS) in non-programming sessions client side

| Attribute name | Attribute value |
|---|---|
| Purpose | A minimum buffer size of 200 bytes is considered to be adequate for most messages in non-programming sessions. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
**For ECU gatewaying responses from FlexRay to another network:**
In non-programming session the receiver of a upstream message must respond with a BfS value such that there are never more than one FC C_PDUs per 4095 bytes of data (including the first FC C_PDU) when buffer resources makes 4095 bytes available.
In non-programming session, if available RAM buffer is less than the length of the message, then BfS value must be so large that all available RAM buffer is used to receive as much as possible of the message, per each FC C_PDU.
It is mandatory to use the smallest RAM buffer available that can hold the complete message. If the server can receive a complete message of 65535 bytes with only one FC C_PDUs, then BfS parameter shall be set to 0x0000.

**Note:**
It is important to understand the difference of BfS value and requirements for total RAM buffer sizes which may be shared between networks. Minimum RAM for request buffers in gateway requirements may require RAM buffer size to be larger than the value implied by the BfS parameter in this requirement.
a. Example: receiving a message with total length of 4095 bytes, FPL parameter is 24 in STF C_PDU. BfS parameter in FC C_PDU must be at least 4095-24=4071.
b. Example: receiving a message with total length of 100 bytes, FPL parameter is 24 in STF C_PDU. BfS parameter in FC C_PDU must be at least 100-24=76.
c. Example: Assume FPL parameter is 24 in STF C_PDU. A gateway ECU is required to have total 4kB RAM buffer, it receives three 1kB messages A, B and C, and responds BfS=1024-24=1000 for all of them, then 1kB buffer is free. Another message D arrives which is 2kB, the gateway must resond with BfS=1kB-24=1000 initially, and later try to receive the remaining 1kB.
d. This requirement normally only applies only to the ECU that is a FlexRay Schedule Coordinator.

### 4.6.1.1.3.8   Timing parameters in programming session

### 4.6.1.1.3.8.1   REQPROD 60207/MAIN;2 : C_As timeout in programming session

| Attribute name | Attribute value |
|---|---|
| Purpose | From a system perspective it is important that both sender and receiver side times out roughly the same time. The timeout value shall be high enough to not be affected by situations like occasional high busloads and low enough to get a user friendly system if for example an ECU is not connected. |
| Source | |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7134

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                                                         VCNA0026202



| Document Type | | Document Release Status | |
|---|---|---|---|
| **NOTE-SWRS** | | **RELEASED** | |
| Document No | Revision | Volume No | Page No |
| **31895535** | **005** | **01** | **130 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

| Verification method | Test - Use VCC Test Description |
|---|---|

**Req:**

C_As timeout value shall be CycleTime * 200 in programming session, (e.g. 5ms cycle time $\Rightarrow$ 1000ms).

Note: The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents*.

### 4.6.1.1.3.8.2   REQPROD 60209/MAIN;2 : C_Ar timeout in programming session

| Attribute name | Attribute value |
|---|---|
| Purpose | From a system perspective it is important that both sender and receiver side times out roughly the same time. The timeout value shall be high enough to not be affected by situations like occasional high busloads and low enough to get a user friendly system if for example an ECU is not connected. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**

C_Ar timeout value shall be CycleTime * 200) in programming session, (e.g. 5ms cycle time $\Rightarrow$ 1000ms).

Note: The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents*.

### 4.6.1.1.3.8.3   REQPROD 60211/MAIN;2 : C_Bs timeout in programming session

| Attribute name | Attribute value |
|---|---|
| Purpose | From a system perspective it is important that both sender and receiver side times out roughly the same time. The timeout value shall be high enough to not be affected by situations like occasional high busloads and low enough to get a user friendly system if for example an ECU is not connected. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**

C_Bs timeout value shall be CycleTime * 200) in programming session, (e.g. 5ms cycle time $\Rightarrow$ 1000ms).

Note: The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents*.

### 4.6.1.1.3.8.4   REQPROD 60213/MAIN;2 : C_Br in programming session for FC.CTS,ABT and OVFLW

| Attribute name | Attribute value |
|---|---|
| Purpose | When in programming session the ECU will not be burdened by simultaneously running an application and hence the ECU shall be able to respond faster than in non-programming session. |

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                                    VCNA0026203



| Document Type | | Document Release Status | |
|---|---|---|---|
| **NOTE-SWRS** | | **RELEASED** | |
| Document No | Revision | Volume No | Page No |
| **31895535** | **005** | **01** | **131 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

| Source | |
|---|---|
| Verification method | Test - Use VCC Test Description |

**Req:**
C_Br shall maximum be CycleTime * 3 for FC.CTS, FC.ABT and FC.OVFLW in programming session, (e.g. 5ms cycle time ⇒ ≤15ms).

**Note:**
1)   The CycleTime value is specified in *FlexRay Data Link Layer – 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents*.
2)   If all receive buffers are used by other messages and a new message is received then the STF C_PDU is stored and FC.Wait is transmitted periodically until a receive buffer is released. From this point of the receive buffer release, measured from the LF C_PDU of this other message, the receiving ECU has to transmit FC.CTS C_PDU within C_Br.
3)   For high performance, the timing parameter values for C_Br shall be as low as possible.

### 4.6.1.1.3.8.5   REQPROD 60236/MAIN;2 : C_Br in programming session for FC.WAIT

| Attribute name | Attribute value |
|---|---|
| Purpose | The time that an ECU may wait before sending a FC.Wait frame must be lower than the specified timeout to ensure the sending ECU does not time out the message. To prevent unnecessary bus load and minimize the risk that C_WFTmax counter is overrun, the periodicity of the FC.Wait frame shall be as high as possible. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
FC.WAIT frames shall be sent with a periodicity of CycleTime * (50 ± 1) in programming session, (e.g. 5ms cycle time => 245 ≤ Performance Req ≤ 255ms).

**Note:**
1)   The CycleTime value is specified in *FlexRay Data Link Layer – 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents*.
2)   The FC.Wait C_PDU transmission shall be delay to the latest point of the performance requirement C_Br. This means that the first FC.Wait C_PDU after STF or CFEOB C_PDUs will be transmitted C_Br after these C_PDUs. The transmission period between consecutive FC.Wait C_PDUs equals also C_Br. The performance requirement C_Br is expressed as time interval or time period with a tolerance.

### 4.6.1.1.3.8.6   REQPROD 60238/MAIN;2 : C_Cs in programming session between FC and CF frames

| Attribute name | Attribute value |
|---|---|
| Purpose | When in programming session the ECU will not be burdened by simultaneously running an application and hence the ECU shall be able to respond faster than in non-programming session. C_Cs after a FC.CTS C_PDU involves interaction between sender and receiver of the message and calls for a longer performance requirement than C_Cs between consecutive CF C_PDUs. |
| Source | |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7136

VCNA0026204



| Document Type | | Document Release Status | |
|---|---|---|---|
| **NOTE-SWRS** | | **RELEASED** | |
| Document No | Revision | Volume No | Page No |
| **31895535** | **005** | **01** | **132 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

| Verification method | Test - Use VCC Test Description |
|---|---|

**Req:**
C_Cs shall maximum be CycleTime * 3 in programming session between reception a FlowControl C_PDU until transmission of the next ConsecutiveFrame C_PDU/LastFrame C_PDU, (e.g. 5ms cycle time ⇒ ≤15ms).

**Note:**
1) The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*
2) For high performance, the timing parameter values for C_Cs shall be as low as possible.

### 4.6.1.1.3.8.7  REQPROD 60262/MAIN;2 : C_Cs in program session between CF frames (Down stream)

| Attribute name | Attribute value |
|---|---|
| Purpose | In programming session the consecutive frames shall be sent with maximum use of the client side ECU slots. Down stream messages has higher influence of the software download performance than up stream messages. Up stream C_Cs is therefore relaxed compared to down stream C_Cs. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
C_Cs for down stream transmitted messages shall maximum be CycleTime * 1 in programming session between a ConsecutiveFrame C_PDU until transmission of the next ConsecutiveFrame C_PDU/LastFrame C_PDU, (e.g. 5ms cycle time ⇒ ≤5ms).

**Note:**
1) The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*
2) For high performance, the timing parameter values for C_Cs shall be as low as possible.

### 4.6.1.1.3.8.8  REQPROD 60446/MAIN;2 : C_Cs in program session between CF frames (Up stream-ECU)

| Attribute name | Attribute value |
|---|---|
| Purpose | In programming session the consecutive frames shall be sent with maximum use of the server side ECUs slots. Down stream messages has higher influence of the software download performance than up stream messages. Up stream C_Cs is therefore relaxed compared to down stream C_Cs. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
C_Cs for up stream transmitted messages from a ECU shall maximum be CycleTime * 2 in programming session between a ConsecutiveFrame C_PDU until transmission of the next ConsecutiveFrame C_PDU/LastFrame C_PDU, (e.g. 5ms cycle time ⇒ ≤10ms).

Note: CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*

EDM-W 2004-10-12

GIS1 Item Number: 10 03
GIS2 Classification: Proprietary

APPX7137

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| VOLVO | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **133 (968)** |

Document Name
**DIM**

#### 4.6.1.1.3.8.9   REQPROD 60447/MAIN;2 : C_Cs in program session between CF frames (Up stream-Gateway)

| Attribute name | Attribute value |
|---|---|
| Purpose | In programming session the consecutive frames shall be sent with maximum use of the server side ECUs slots. Down stream messages has higher influence of the software download performance than up stream messages. Up stream C_Cs is therefore relaxed compared to down stream C_Cs. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
C_Cs for up stream transmitted messages from a gateway ECU shall maximum be CycleTime * 2 in programming session between a ConsecutiveFrame C_PDU until transmission of the next ConsecutiveFrame C_PDU/LastFrame C_PDU, (e.g. 5ms cycle time $\Rightarrow$ ≤10ms)

**Note:**
1)   The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*
2)   The FlexRay gateway is on the server side of the FlexRay network, which typically is a FlexRay - CAN gateway.

#### 4.6.1.1.3.8.10   REQPROD 60448/MAIN;2 : C_Cr timeout in programming session

| Attribute name | Attribute value |
|---|---|
| Purpose | From a system perspective it is important that both sender and receiver side times out roughly the same time. The timeout value shall be high enough to not be affected by situations like occasional high busloads and low enough to get a user friendly system if for example an ECU is not connected. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
C_Cr timeout value shall be CycleTime * 200) in programming session (e.g. 5ms cycle time $\Rightarrow$ 1000ms).

Note: The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*

#### 4.6.1.1.3.9   Timing parameters in non-programming sessions

#### 4.6.1.1.3.9.1   REQPROD 60461/MAIN;2 : C_As timeout in non-programming session

| Attribute name | Attribute value |
|---|---|
| Purpose | From a system perspective it is important that both sender and receiver side times out roughly the same time. The timeout value shall be high enough to not be affected by situations like occasional high busloads and low enough to get a user friendly system if for |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7138

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
|  | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **134 (968)** |

Document Name
**DIM**

| | example an ECU is not connected. |
|---|---|
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
C_As timeout value shall be CycleTime * 200 in non-programming session, (e.g. 5ms cycle time ⇒ 1000ms).

Note: The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*

### 4.6.1.1.3.9.2    REQPROD 60462/MAIN;2 : C_Ar timeout in non-programming session

| Attribute name | Attribute value |
|---|---|
| Purpose | From a system perspective it is important that both sender and receiver side times out roughly the same time. The timeout value shall be high enough to not be affected by situations like occasional high busloads and low enough to get a user friendly system if for example an ECU is not connected. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
C_Ar timeout value shall be CycleTime * 200) in non-programming session, (e.g. 5ms cycle time ⇒ 1000ms).

Note: The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*

### 4.6.1.1.3.9.3    REQPROD 60463/MAIN;2 : C_Bs timeout in non-programming session

| Attribute name | Attribute value |
|---|---|
| Purpose | From a system perspective it is important that both sender and receiver side times out roughly the same time. The timeout value shall be high enough to not be affected by situations like occasional high busloads and low enough to get a user friendly system if for example an ECU is not connected. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
C_Bs timeout value shall be CycleTime * 200) in non-programming session, (e.g. 5ms cycle time ⇒ 1000ms).

Note: The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*

### 4.6.1.1.3.9.4    REQPROD 60464/MAIN;2 : C_Br in non-programming session for FC,CTS,ABT and OVFLW

| Attribute name | Attribute value |
|---|---|
| Purpose | The time spent waiting shall be minimized. Although C_Br time does not affect the transmission time as |

EDM-W 2004-10-12

APPX7139

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026207



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **135 (968)** |

Document Name
**DIM**

| | much as C_Cs time, the diagnostic kernel scheduling shall still be done with the same frequency. |
|---|---|
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
C_Br shall maximum be CycleTime * 4 for FC.CTS, FC.ABT and FC.OVFLW in programming session, (e.g. 5ms cycle time ⇒ ≤20ms).

**Note:**
1) The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*
2) If all receive buffers are used by other messages and a new message is received then the STF C_PDU is stored and FC.Wait is transmitted periodically until a receive buffer is released. From this point of the receive buffer release, measured from the LF C_PDU of this other message, the receiving ECU has to transmit FC.CTS C_PDU within C_Br.
3) For high performance, the timing parameter values for C_Br shall be as low as possible.

### 4.6.1.1.3.9.5 REQPROD 60511/MAIN;2 : C_Br in non-programming session for FC.WAIT

| Attribute name | Attribute value |
|---|---|
| Purpose | The time that an ECU may wait before sending a FC.Wait frame must be lower than the specified timeout to ensure the sending ECU does not time out the message. To prevent unnecessary bus load and minimize the risk that C_WFTmax counter is overrun, the periodicity of the FC.Wait frame shall be as high as possible. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
FC.WAIT frames shall be sent with a periodicity of CycleTime * (50 ± 1) in non-programming session, (e.g. 5ms cycle time => 245 ≤ Performance Req ≤ 255ms).

**Note:**
1) The CycleTime value is specified in *FlexRay Data Link Layer - 31834464, CoFlexRay — Part 2: Communication layer services - Requisite documents.*
2) The FC.Wait C_PDU transmission shall be delay to the latest point of the performance requirement C_Br. This means that the first FC.Wait C_PDU after STF or CFEOB C_PDUs will be transmitted C_Br after these C_PDUs. The transmission period between consecutive FC.Wait C_PDUs equals also C_Br. The performance requirement C_Br is expressed as time interval or time period with a tolerance.

### 4.6.1.1.3.9.6 REQPROD 60513/MAIN;2 : C_Cs in non-programming session between FC and CF frames

| Attribute name | Attribute value |
|---|---|
| Purpose | When in non-programming session the ECU will be burdened by simultaneously running an application and hence the C_Cs requirement shall be relaxed compared to programming session. C_Cs after a FC.CTS C_PDU involves interaction between sender and receiver of the message and calls for a longer performance requirment than C_Cs between |

EDM-W 2004-10-12

APPX7140

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

| | Document Type<br>**NOTE-SWRS** | | Document Release Status<br>**RELEASED** | |
|---|---|---|---|---|
| VOLVO | Document No<br>**31895535** | Revision<br>**005** | Volume No<br>**01** | Page No<br>**329 (968)** |
| **Volvo Car Corporation** | | | | |

Document Name
**DIM**

The VCC addressing format for diagnostic request and response, source address(SA) and target address(TA), using Domain ID, Network ID and ECU ID is defined in [*VCC - UDS Services*].

See Figure *"VCC ECU address format for DIAG and SWDL"* for an overview of the logical address format and how this is used in this document.



**Figure: VCC ECU address format for DIAG and SWDL**

### 7.1.2.1.4   General In-vehicle gateway requirements

This section will describe and give grounds for the following requirements:

- REQPROD 74072 Session layer time-out handling
- REQPROD 74704 Transport layer routing
- REQPROD 74075 No re-sending of diagnostic requests
- REQPROD 74077 No re-sending of diagnostic responses
- REQPROD 74080 Release buffers on communication errors
- REQPROD 74082 Flow control mechanism for diagnostic messages
- REQPROD 74085 Separate CCs for request and responses
- REQPROD 366516 Separate buffers for requests and responses
- REQPROD 74087 Transfer all functional request before a reset of gateway
- REQPROD 74168 Generic gateway latency requirement
- REQPROD 366540 Multiple CPU design in the GW ECU

The diagnostic protocol between the tester and the vehicle is specified in [*VCC - DoIP*] and ISO DoIP [*ISO 13400-2*].

The in-vehicle gateways should be as simple and robust as possible, and e.g. leave complexity as re-sending a request to the tester (e.g. if no response from an ECU and tester times out).

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7334

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **330 (968)** |

Document Name
## DIM

The in-vehicle gateways (Three types of gateways: Vehicle GW, Domain Network GW and Sub Network GW) should not do any validation or checks on responses from ECUs on Session layer level or above. The in-vehicle gateways should only work on transport protocol layer level and below, i.e. layer below where session layer timing parameters as e.g. P2, see [*VCC - UDS Session*], is defined. An exception of this generic requirement may be needed for the Vehicle GW connected to the external tester, which may need to work in application level to e.g. differentiate if a response should be sent different external network as Ethernet, WLAN or CAN, or to an in-vehicle tester.

The gateways in the vehicle shall have separate independent communication channels and buffers for downstream/request messages and upstream/response messages with flow control mechanisms where needed. The indepent allocation of resources for request/downstream and response/upstream is important so that one direction does not starve out the other direction. see Figure *"Gateway ECU handling network level"*.



**Figure: Gateway ECU handling network level**

An functional request, e.g. TesterPresent (see [*ISO 14229-1*]) to keep the ECUs in a non-default session, shall always have a higher priority through the in-vehicle gateways over a physical request.

When dimension number communication channels and buffers in the in-vehicle gateways it should be guaranteed that messages are not lost during normal communication, e.g. during handling of parallel requests described later in this document.

To be able to handle different speed and different size on frames on different networks, all segmented messages should be routed through a transport layer.

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **331 (968)** |

Document Name
**DIM**

An in-vehicle gateway should never re-send messages if some error occurs, as. e.g. time-out errors (this is valid for both session layer time-outs and transport layer time-outs). One reason why the gateways in the vehicle should not do any re-sending is that the ΔP2, see [*VCC - UDS Session*], would be unpredictable and a external tester would not know how long it should wait for response before a session layer time out.

If a communication error occur, e.g. time-out in CAN network or connection lost on IP, the in-vehicle GWs should throw away the message(s) and release corresponding buffer(s).

All possible errors from an ECU should be visible for the external tester, the gateways in the vehicle should not hide or correct responses from ECUs. The external tester should take the actions as e.g. re-send a message if needed.

If a functional request is received that would lead to reset of the in-vehicle gateway, the in-vehicle gateway must send the functioal request to all connected networks before the in-vehicle gateway to performs the reset, so that no functional requests are lost.

A in-vehicle gateway can not guarantee that responses is not lost if the tester send a request that would lead to reset of the in-vehicle gateway. In the case when the tester expect a response, the tester should not send a request that would lead to reset of an in-vehicle gateway before the expected response is receive or a time-out on the expected response.

To reduce latency, "gatewaying-on-the-fly" should where ever possible be used in the in-vehicle gateways. A diagnostic message should be sent as soon as possible, i.e. before a complete segmented message is received. If the network inferface support this, e.g. Flexray and CAN, "gatewaying-on-the-fly" shall be used for these networks. A exception from this generic requirement is communication to and from the vehicle which will be message based due to the ISO DoIP protocol [*ISO 13400-2*], i.e. only exception of this requirement if the network/standard does not support "gatewaying-on-the-fly".

All in-vehicle gateway should have an routing table, describing the network topology behind the gateway.

If a multiple CPU solution is used in the GW ECU for implementing the gateway functionality, the internal interface between the CPUs shall be design to still fulfil the GW ECU requirements.

### 7.1.2.1.4.1   REQPROD 74072/MAIN;3 : Session layer time-out handling

| Attribute name | Attribute value |
|---|---|
| Purpose | Keep in-vehicle gateways as simple as possible. In-vehicle gateways shall not unpack and analyze data part of messages. Handling of Session layer time-outs, |

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7336

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                                    VCNA0026404

| | Document Type<br>**NOTE-SWRS** | | Document Release Status<br>**RELEASED** | |
|---|---|---|---|---|
| **Volvo Car Corporation** | Document No<br>**31895535** | Revision<br>**005** | Volume No<br>**01** | Page No<br>**332 (968)** |

Document Name
**DIM**

| | as e.g. P2 and P4, would require analysis of data and a higher level according to the OSI levels and more complex implementation. |
|---|---|
| Source | |
| Verification method | Test |

**Req:**
An in-vehicle gateway shall not handle Session layer time-outs.

*Comment:*
Session layer time-outs handling (time-out between request and response message) shall only be handled by the external and/or internal tester.

### 7.1.2.1.4.2   REQPROD 74704/MAIN;2 : Transport layer routing

| Attribute name | Attribute value |
|---|---|
| Purpose | To be able to handle different speed and messaged sizes on different networks |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
All segmented diagnostic messages shall be routed thru a transport layer with flow control mechanism.

### 7.1.2.1.4.3   REQPROD 74075/MAIN;2 : No re-sending of diagnostic requests

| Attribute name | Attribute value |
|---|---|
| Purpose | Keep internal gateways as simple as possible, and have a predictable in vehicle (delta)P2 time. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
If a communication error occurs, an in-vehicle gateway shall not re-send a diagnostic request.

*Comment:*
Resending of diagnostic requests shall only be allowed for the external tester.

### 7.1.2.1.4.4   REQPROD 74077/MAIN;2 : No re-sending of diagnostic responses

| Attribute name | Attribute value |
|---|---|
| Purpose | Keep internal target ECUs and gateway ECUs as simple as possible, and have a predictable in vehicle (delta)P2 time. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
If a communication error occurs, an in-vehicle gateway shall not re-send a diagnostic response.

### 7.1.2.1.4.5   REQPROD 74080/MAIN;2 : Release buffers on communication errors

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7337



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **333 (968)** |

Document Name
**DIM**

| Attribute name | Attribute value |
|---|---|
| Purpose | Not lock buffers, if a communication error occurs and the message cannot be sent or received. Requirement is on both sender and receiver side. |
| Source | |
| Verification method | Test – Use VCC Test Description |

**Req:**
If a communication error occurs, the in-vehicle gateway shall release corresponding buffers used for the transmit (Tx) and/or receive (Rx) communication channels.

### 7.1.2.1.4.6   REQPROD 74082/MAIN;2 : Flow control mechanism for diagnostic messages

| Attribute name | Attribute value |
|---|---|
| Purpose | Flow control mechanism needed for queued request, functional request functionality. |
| Source | |
| Verification method | Test |

**Req:**
An in-vehicle gateway shall support flow control mechanism on the connected networks, both for request/downstream and for responses/upstream.

*Rationale:*
No messages or frames shall be lost, if the receiver cannot receive the complete message directly due to out of "high level" buffers, it should be negotiated between sender and receiver when the remaining part can be sent. E.g. on FlexRay and CAN network using flow control frames WAIT and CTS. E.g. on IP network using TCP windows.

### 7.1.2.1.4.7   REQPROD 74085/MAIN;2 : Separate CCs for request and responses

| Attribute name | Attribute value |
|---|---|
| Purpose | Request and response communication channels must be independent of each other for supporting functionality as parallel requests and queued requests |
| Source | |
| Verification method | Test – Use VCC Test Description |

**Req:**
An in-vehicle gateway shall have separate and independent communication channels (CCs) for diagnostic request/downstream and for diagnostic responses/upstream.

### 7.1.2.1.4.8   REQPROD 366516/MAIN;0 : Separate buffers for requests and responses

| Attribute name | Attribute value |
|---|---|
| Purpose | Request and response buffers must be independent of each other for supporting functionality as parallel requests and queued requests |
| Source | |
| Verification method | Test – Use VCC Test Description |

**Req:**

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7338

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| **VOLVO** | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **334 (968)** |

Document Name
**DIM**

An in-vehicle gateway shall have separate and independent buffers for diagnostic request/downstream and for diagnostic responses/upstream.

**Rationale:**

All buffers can not be used for one way so that the other way is starved out and messages are dropped.

### 7.1.2.1.4.9   REQPROD 74087/MAIN;2 : Transfer all functional request before a reset of gateway

| Attribute name | Attribute value |
|---|---|
| Purpose | Secure that no data is lost in the gateway due to reset of the gateway. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
If an in-vehicle gateway receives a functional request that will lead to a reset of the in-vehicle gateway, the gateway shall first transmit all functional diagnostic to the connected network(s) before the gateway performs the reset.

*Comment:*
Implementation may differ depending on network type, e.g. CAN, FlexRay or IP network, depending on which functionality the network stack support, e.g. type of acknowledge that a message is sent.

There is also requirements on the tester to avoid that messages are lost. The tester should not send a functional request that leads to reset with positive response expected (SPRMIB=FALSE), in this case there is a risk that the responses from the ECUs will be lost. A request to reset in-vehicle GW (functional or physical addressed) shall not be sent if there is pending request/responses in the vehicle. If the tester sends a request to reset a in-vehicle GW before all expected response from ECUs are received, there is a risk that responses are lost.

### 7.1.2.1.4.10   REQPROD 74168/MAIN;2 : Generic gateway latency requirement

| Attribute name | Attribute value |
|---|---|
| Purpose | Generic requirement for latency thru the gateway ECU. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7339

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026407

| | Document Type<br>**NOTE-SWRS** | | Document Release Status<br>**RELEASED** | |
|---|---|---|---|---|
| VOLVO | Document No<br>**31895535** | Revision<br>**005** | Volume No<br>**01** | Page No<br>**335 (968)** |
| **Volvo Car Corporation** | | | | |

Document Name
**DIM**

When the gateway has received enough data on the receive (Rx) communication channel to fill an L-PDU on the transmit (Tx) side and the gateway can allocate a communication channel on the Tx side, start of transfer on the Tx side shall be within 10ms.

Comment:

For IP to IP communication the requirement is higher, 5ms, see [VCC - Internetworks General Specification] REQPROD 40843

### 7.1.2.1.4.11  REQPROD 366540/MAIN;0 : Multiple CPU design in the GW ECU

| Attribute name | Attribute value |
|---|---|
| Purpose | |
| Source | |
| Verification method | |

**Req:**
If a multiple CPU solution is used in the GW ECU for implementing the gateway functionality, the internal interface between the CPUs shall be design to still fulfil the GW ECU requirements.

*Rationale:*
Latency requirement on the GW ECU shall be kept, which e.g implies that gateway-on-the-fly shall be used on the internal interface to keep the GW ECU latency requirement (e.g. 10ms requirement on GW ECU level).
Any internal data transfer of a GW ECU shall never restrict the flow of gatewayed data, i.e. the internal data throughput must surpass the throughput of connected interfaces/networks by sufficient margin.

If the IP intferface is realized in one CPU and the Flexray interface is realized in an other CPU, the CPU on the IP side must be aware of current available resources in the CPU on the Flexray side regarding available communication channels and buffers. If the Flexray side runs out of resources for transmission of messages, the messages on the IP side must be halted until the resources on the Flexray side is released and available.
No messages shall be dropped due to out of resources in one of the CPUs. Messages shall only be halted until resources are available and then continue with the transmission.

### 7.1.2.1.5    General allocation of buffers requirements

This section will describe and give grounds for the following requirements:

This document does not specify exactly how buffer allocation shall be implemented, this is up to the implementer. Allocation could e.g. be from dynamically sized message buffers or static sized message

APPX7340

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                    VCNA0026408

EDM-W 2004-10-12



| | Document Type **NOTE-SWRS** | | Document Release Status **RELEASED** | |
|---|---|---|---|---|
| **Volvo Car Corporation** | Document No **31895535** | Revision **005** | Volume No **01** | Page No **336 (968)** |

Document Name
**DIM**

buffers in a buffer pool. However, the requirements on minimum RAM for buffers in the specification assume an efficient use of the available RAM, implicitly some sort of dynamic buffer allocation to be able to use most or the memory at all times. If a simpler static sized buffer allocation is used, the memory needs to be increased by at least 50% to achieve equal throughput as if a more complex and dynamic sized message buffer allocation is used.

Since this a generic cross-platform specification, it cannot contain optimizations for all type of possible gateways.
E.g. A gateway with only one network and one ECU connected does in practice not need same amount of memory as a gateway with two networks and 25 ECUs connected.
Hence, optimization of buffer usage may be need to be handled by project by project and by gateway by gateway to get a compromise between efficiency and cost.

There are also some rules that must be followed to get a predictable behavior with known maximum times for allocation. The time for allocating a buffer for a message must be within a defined maximum time, i.e. buffer pool shall not be fragmented so that the time to allocate a buffer could increase to some unpredictable and unknown time.

There must be some reserved buffers in buffer pools for a minimum number of request and response messages, to be able to receive messages from both directions request/downstream and response/upstream. I.e. all buffers cannot be allocated for requests/downstream, and vice versa not all buffers can be allocated for response/upstream so that one direction is starved out due to all buffers are allocated for the other direction.

Below are two examples of two different buffer allocation algorithms:

APPX7341

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026409

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| VOLVO | NOTE-SWRS | | RELEASED | |
| | Document No | Revision | Volume No | Page No |
| Volvo Car Corporation | 31895535 | 005 | 01 | 337 (968) |

Document Name

**DIM**



**Figure: Example buffer pool with dynamic sized message buffers**

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7342

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| **VOLVO** | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **338 (968)** |

Document Name
**DIM**



**Figure: Example buffer pool with static sized message buffers**

### 7.1.2.1.6   Parallel physical requests to different ECUs

This section will describe and give grounds for the following requirements:

- REQPROD 74200 Parallel physical requests to different ECUs
- REQPROD 74201 Keep chronologic order of parallel requests
- REQPROD 366460 Wait for available communication channel

The external tester can send requests to different ECUs in parallel without waiting for response between the requests.

*Example: If external tester shall send two requests to two different targets, TA 0x211 and TAx311, external tester does not need to wait for response from first request to TA 0x211 before sending the*

EDM-W 2004-10-12



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **339 (968)** |

Document Name
**DIM**

*next request to TA 0x311.*

The Backbone Network (FlexRay) supports multiple instances of transport protocol (TP) communication channels (CCs) to be able to send messages in parallel/simultaneously, see example in Figure *"Overview three parallel request to three different target ECUs"*.

If the Vehicle GW can allocate a free communication channel on FlexRay, the next request can be sent to the Backbone Network (FlexRay) as soon as the next DoIP request is received. If no communication channel can be allocated, i.e. all communication channels occupied, the Vehicle GW must wait for next FlexRay cycle before re-trying to allocate a communication channel.

The sequence of physical requests that is received in Vehicle GW from external tester shall be kept when Vehicle GW tries to allocate a communication channel.

*Example: Vehicle GW receives RequestA and RequestB, and requestA was received first but no communication channels are currently available. When a communication channel is available RequestA should be connected to this communication channel, and RequestB has to wait for next communication channel.*

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7344

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026412

| VOLVO | Document Type NOTE-SWRS | | Document Release Status RELEASED | |
|---|---|---|---|---|
| | Document No 31895535 | Revision 005 | Volume No 01 | Page No 340 (968) |
| **Volvo Car Corporation** | | | | |

Document Name
**DIM**



**Figure: Overview three parallel request to three different target ECUs**

Sequence and more details regarding traffic on the networks for parallel requests, see section *'Parallel physical requests to different ECUs'* and Figure *"Sequence diagram three parallel request to three different target ECUs"*.

### 7.1.2.1.6.1   REQPROD 74200/MAIN;4 : Parallel physical requests to different ECUs

| Attribute name | Attribute value |
|---|---|
| Purpose | Speed up communication between tester and vehicle, by sending request to several networks and ECU in parallel/concurrent. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                                    VCNA0026413



| | Document Type **NOTE-SWRS** | | Document Release Status **RELEASED** | |
|---|---|---|---|---|
| **Volvo Car Corporation** | Document No **31895535** | Revision **005** | Volume No **01** | Page No **341 (968)** |

Document Name
**DIM**

The in-vehicle GW shall support parallel requests to different ECUs (different target addresses).

*Rationale:*
Parallel request also leads to parallel responses from the target ECUs, including response pending and final response.
Response pending and final response from a target ECU can come close an, i.e. without separation time between the two frames.

Different target addresses includes the GW ECU, and if request is SWDL request the consequence is that GW ECU must be able to re-programming itself at the same time as requests are gatewayed to other ECUs.

For example flashing of the GW ECU shall not disturb the gateway functionality to other ECUs.

### 7.1.2.1.6.2   REQPROD 74201/MAIN;3 : Keep chronologic order of parallel physical messages

| Attribute name | Attribute value |
|---|---|
| Purpose | Keep sequence of parallel physical requests. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
The in-vehicle GW shall preserve the chronological order of received parallel physical request/responses when sending out the request/response on the networks.

*Rationale:*

Fair arbitration shall be implemented in the gateway, i.e. one channel may not starve another channel.

*Comment:*
A functional request as e.g. a tester present should have highest priority, and may be sent out before a physical request even if it arrives later to the gateway.

### 7.1.2.1.6.3   REQPROD 366460/MAIN;0 : Wait for available communication channel

| Attribute name | Attribute value |
|---|---|
| Purpose | Clarify that messages shall not be dropped if all communication channels are currently occupied. Message shall be kept and send as soon as a communication channel is released |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7346

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | NOTE-SWRS | | RELEASED | |
| | Document No | Revision | Volume No | Page No |
| Volvo Car Corporation | 31895535 | 005 | 01 | 342 (968) |

Document Name
**DIM**

If no communication channel can be allocated, i.e. all communication channels are currently occupied by other messages, the in-vehicle GW must wait until a communication channel is released and then send the message on the released communication channel.

*Rationale:*

No messages shall be dropped due to that there is currently no available communication channel.

### 7.1.2.1.7   Functional requests to all ECUs

This section will describe and give grounds for the following requirements:

- REQPROD 74208 Functional requests transmit (Tx) CC(s)
- REQPROD 74213 Prioritize functional request
- REQPROD 74215 Internal functional request handling

The external tester can send the same request to all ECUs in the vehicle, see example in Figure *"Overview functional request to all target ECUs"*. A variant of this could be to send functional request to all ECUs on a specific domain or network. See [*VCC - UDS Services*] for possible functional request addresses.

*Example: external tester sends a requests to all ECUs within the vehicle with TA 0xFFF, to all ECUs on specific domain with 0x<Domain ID>FF.*

Functional request should be unsegmented, hence it needs to be unsegmented on all types of networks, and this is specified in [*VCC - UDS Services*].

The in-vehicle gateway must be able to send a functional request to all connected network and the gateway ECU it self.

An functional request, e.g. TesterPresent to keep the ECUs in a non-default session, shall always have a higher priority through the in-vehicle gateways over a physical request.

The in-vehicle gateway should be able to open a separate transmit (Tx) communication channel (CC) for functional request for the respective network(s) connected to the gateway. I.e. separate CC(s) from the CCs for physical request so that a functional request (TesterPresent) is not jammed in the gateway.

Note: the in-vehicle gateway does not check the data in the request, i.e. which service that are included in the functional request, hence this requirement will cover functional TesterPresent to keep ECUs in a non-default session ("keep alive logic").

EDM-W 2004-10-12

APPX7347

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026415



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **343 (968)** |

Document Name
**DIM**

With a functional request with positive response suppressed (SPRMIB=TRUE), e.g. a functional TesterPresent for keeping a non-default session, there are (normally) not any expected responses back from the ECUs.

The in-vehicle gateways should also support functional request with positive response expected (SPRMIB=FALSE) and the in-vehicle gateways must be able to handle all responses from the ECUs.

For the responses from a functional request (with many responses) the in-vehicle GWs must be able to send flow control WAIT if not all complete responses can be received directly due to out of buffers.



**Figure: Overview functional request to all target ECUs**

### 7.1.2.1.7.1   REQPROD 74208/MAIN;2 : Functional requests transmit (Tx) com. channel(s)

| Attribute name | Attribute value |
|---|---|
| Purpose | A TesterPresent may not be delay/stopped in the gateway due to queued and/or parallel physical request. |
| Source | |

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7348

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

EDM-W 2004-10-12



| Document Type | | Document Release Status | |
|---|---|---|---|
| **NOTE-SWRS** | | **RELEASED** | |
| Document No | Revision | Volume No | Page No |
| **31895535** | **005** | **01** | **344 (968)** |

**Volvo Car Corporation**

Document Name
**DIM**

| Verification method | Test - Use VCC Test Description |
|---|---|

**Req:**
The in-vehicle gateway shall be able to open separate transmit (Tx) communication channel(s) for functional request for the respective network(s) connected to the gateway.

#### 7.1.2.1.7.2   REQPROD 74215/MAIN;2 : Internal functional request handling

| Attribute name | Attribute value |
|---|---|
| Purpose | A functional request could be to both the in-vehicle GW and the ECUs connected to the in-vehicle GW, i.e. the request should be received and executed by the in-vehicle GW and sent to other ECUs. |
| Source | |
| Verification method | Test |

**Req:**
The in-vehicle GW shall be able route a functional request to all connected networks and to the in-vehicle GW it self.

Comment:
If the request will lead to a reset, the in-vehicle should first send out the request(s) on the network(s) before performing a reset of the in-vehicle GW, see requirement REQPROD 74087.

#### 7.1.2.1.7.3   REQPROD 74213/MAIN;2 : Prioritize functional request

| Attribute name | Attribute value |
|---|---|
| Purpose | A functional TesterPresent must be able to reach a target ECU in non-default session, to keep the ECU in non-default session, independent of other possible physical request that could be queued in the gateway. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
An in-vehicle gateway shall always prioritize a functional requests over a physical request.

*Rationale:*
An in-vehicle gateway does not check the content of a functional request, i.e. does not read the data field of the request, hence all functional request will include functional TesterPresent.

### 7.1.3   LC 2515726/MAIN;0 : Gateway Generic Example DIM 519A

#### 7.1.3.1   LC 1349853/MAIN;0 : Gateway Generic Example

##### 7.1.3.1.1   Gateway sequence diagrams

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                    VCNA0026417



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | **NOTE-SWRS** | | **RELEASED** | |
| | Document No | Revision | Volume No | Page No |
| **Volvo Car Corporation** | **31895535** | **005** | **01** | **345 (968)** |

Document Name
**DIM**

This section contain no new requirements, but describes in some more details example of traffic on the networks as consequence of the functionality described in sections *Parallel physical requests to different ECUs'* and *'Functional requests to all ECUs'*

### 7.1.3.1.1.1 Parallel physical requests to different ECUs

The functionality described in section '*Parallel physical requests to different ECUs'* implies multiple communication channels on the Backbone Network (FlexRay) and parallel traffic on different Domain Networks.

Figure: '*Sequence diagram two parallel request to two different target ECUs'* gives an overview of the traffic in the different networks.



**Figure: Sequence diagram two parallel request to two different target ECUs**

### 7.1.3.1.1.2 Functional requests to all ECUs

The functionality described in section '*Functional requests to all ECUs'* implies that in-vehicle GWs must be able to send flow control WAIT frames if there are not enough buffers available to receive all responses in parallel/simultaneously.

Note: For simplicity, the responses from the gateways on functional request is not included in the

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7350

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | NOTE-SWRS | | RELEASED | |
| | Document No | Revision | Volume No | Page No |
| Volvo Car Corporation | 31895535 | 005 | 01 | 346 (968) |

Document Name
**DIM**

figures.

Figure: *"Sequence diagram, functional request and 1 available response buffer in GW"* gives an overview of the traffic on the networks when there is not response buffers available to receive all responses in parallel/simultaneously, and flow control WAIT frames must be sent.



**Figure: Sequence diagram, functional request and 1 available response buffer in GW**

Figure: *"Sequence diagram, functional requests and 2 available response buffer in GW"* shows same use case, but with response buffers available, hence no flow control WAIT frames need to be sent.

EDM-W 2004-10-12

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

APPX7351

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | NOTE-SWRS | | RELEASED | |
| | Document No | Revision | Volume No | Page No |
| Volvo Car Corporation | 31895535 | 005 | 01 | 347 (968) |

Document Name

**DIM**



**Figure: Sequence diagram, functional requests and 2 available response buffer in GW**

## 7.1.4   LC 2515724/MAIN;1 : Gateway Generic SWDL DIM 519A

### 7.1.4.1   LC 219156/MAIN;5 : Gateway Generic SWDL

#### 7.1.4.1.1   Routing table

This section will describe and give grounds for the following requirements:

- REQPROD 77685 Static routing configuration

For bootloader and software download it is not possible to update the routing table burned in to the non-volatile memory, so the routing table must be able to cover all possible connections from the start, so that a ECU can be added to the network topology with out updating the bootloader.

#### 7.1.4.1.1.1   REQPROD 77685/MAIN;3 : Static routing configuration

| Attribute name | Attribute value |
|---|---|
| Purpose | If a new ECU is added, the Bootloader, PBL and SBL, shall be able to handle this without update of bootloader. Bootloader shall use Domain ID, Network ID and ECU ID ranges when forwarding messages. |
| Source | |

EDM-W 2004-10-12

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                    VCNA0026420

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STRAGENT, LLC, | C.A. No. 1:22-cv-00293-JDW |
| | |
| *Plaintiff,* | **SECOND SUPPLEMENT TO REBUTTAL EXPERT REPORT OF** |
| | |
| v. | **MICHAEL NRANIAN REGARDING NON-INFRINGEMENT OF PATENTS-IN-SUIT** |
| VOLVO CAR USA, LLC,, | |
| | |
| *Defendant.* | |

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY

APPX0009

## I.   INTRODUCTION

1.      I, Michael Nranian, have agreed to testify as an expert witness in the above referenced case on behalf of Volvo Car USA, LLC ("VCUSA").

2.      This document is a second supplement to my April 10, 2023 Rebuttal Expert Report of Michael Nranian Regarding Non-Infringement of Patents-In-Suit, and also my April 12, 2023 Supplement To Rebuttal Expert Report Of Michael Nranian Regarding Non-Infringement Of Patents-In-Suit, both of which I incorporate by reference.

3.      In my April 10, 2023 Rebuttal Expert Report of Michael Nranian Regarding Non-Infringement of Patents-In-Suit, I stated that: "I have been informed that Volvo does not implement the 're-trying an access feature', and also does not implement the 'issue another storage resource request' feature in any of the Accused Products."   After reviewing the September 29, 2023 Deposition Transcript of Magnus Jakobsson - System Architect for Volvo Car Corporation, Volvo Sweden, in the above-captioned matter (Jakobsson Deposition) my opinions that the accused Volvo Products do not infringe the Patents-In-Suit are further confirmed.

4.      In reviewing the September 29, 2023 Deposition of Magnus Jakobsson, Mr. Jakobsson's testimony is consistent with the April 12, 2023 Declaration of Magnus Jakobsson submitted in the above-captioned matter.

5.      For example, as background, Mr. Jakobsson testified, in Volvo vehicles DIM stands for driver information module which is the new name for the instrument cluster.  See Jakobsson Deposition page 15 line 11 to page 16 line 16.

6.      For example, Mr. Jakobsson testified that none of the buffer allocations that are relied upon by Stragent and its experts are designated as a requirement, and based on that, none are implemented.  Specifically, for example, Mr. Jakobsson testified that REQPROD stands for requirements production and that for a requirement that Volvo implements, it needs to have REQPROD and an ID (such as REQPROD 74072) to be a valid requirement-

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

2      Q.    Mr. Jakobsson, can you look at
3   page 329 of the document we were just
4   looking at?
5      A.    Yes.
6      Q.    Do you see the heading 7.1.2.1.4
7   general in-vehicle gateway
8   requirements?
9            Do you see that?
10     A.    Yes.
11     Q.    Do you see the bulleted list
12   under that heading on that page?
13     A.    Yes.
14     Q.    And each of those bullets begin
15   with the letters R-E-Q-P-R-O-D.
16            Do you see that?
17     A.    Yes.
18     Q.    What does R-E-Q-P-R-O-D stand
19   for?
20     A.    It stands for requirement,
21   requirement production, I think.

See Jakobsson Deposition page 118 lines 2-21.

     7.    Mr. Jakobsson also testified that Bosch is the supplier of the DIM modules for DIM SWRS specifications versions 1-3, and that Bosch was a co-supplier with Yazaki of DIM SWRS specification version 0.  Mr. Jakobsson also testified that Bosch receives statements of work from Volvo and that the software requirements specification (e.g. DIM SWRS version 3)

3

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

APPX8011

is part of the statement of work received by Bosch.  See Jakobsson Deposition page 101 line 22 to page 112 line 20.

8.    In addition, as I previously stated, I have reviewed the April 12, 2023 Declaration of Magnus Jakobsson - System Architect for Volvo Car Corporation, Volvo Sweden, and issuer of the Volvo Car Corporation ("VCC") document titled: Software Requirement Specification DIM (SWC: DIM 519A Base Technologies / Main; 0), Revision 1 ("DIM 1"). DIM 1 relates to Driver Information Module (instrument cluster) for Volvo cars made after week 7 of 2020), produced in this case with Bates number (VCNA0001630-VCNA0002735). Mr. Jakobsson of VCC is also issuer of the VCC document titled: Software Requirement Specification DIM (SWC: DIM 519A Base Technologies / Main: 3), Revision 5 ("DIM 2"). DIM 2 is a later revision of DIM 1 and also relates to Driver Information Module (instrument cluster) for Volvo cars made after week 7 of 2020), produced in this case with Bates number (VCNA0025106-VCNA0026073).   I have also reviewed VCC document titled: Software Requirement Specification DIM (SWC: DIM 519A Base Technologies / MAIN; 3) Document No. 318955535 Revision 005 with a release date of 2018-02-01 (VCNA0026074-VCNA0027041) of which Mr. Magnus Jakobsson is also the issuer, as stated on page 1 of this document.  I have also now reviewed  the September 29, 2023 Deposition Transcript of Magnus Jakobsson - System Architect for Volvo Car Corporation, and this transcript also confirms and further supports my opinions of non-infringement.

9.    I have been informed and it is my understanding that although DIM SWRS version 5 was used as the principal document for referral during Mr. Jakobsson's deposition, Mr. Jakobsson's testimony regarding Volvo practices pertaining to DIM specifications, statements of work, and other Volvo procedures and interactions with its suppliers, including for example Bosch and Yazaki (identified as suppliers of DIM modules) also pertain to DIM versions 0 through 5.

10.    For exemplary purposes, page 329 of the DIM SWRS version 5 and part of Section 7.1.2.1.4 of DIM SWRS version 5 is reproduced below for ease of reference purposes-

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

#### 7.1.2.1.4    General In-vehicle gateway requirements

This section will describe and give grounds for the following requirements:

- REQPROD 74072 Session layer time-out handling
- REQPROD 74704 Transport layer routing
- REQPROD 74075 No re-sending of diagnostic requests
- REQPROD 74077 No re-sending of diagnostic responses
- REQPROD 74080 Release buffers on communication errors
- REQPROD 74082 Flow control mechanism for diagnostic messages
- REQPROD 74085 Separate CCs for request and responses
- REQPROD 366516 Separate buffers for requests and responses
- REQPROD 74087 Transfer all functional request before a reset of gateway
- REQPROD 74168 Generic gateway latency requirement
- REQPROD 366540 Multiple CPU design in the GW ECU

The diagnostic protocol between the tester and the vehicle is specified in [*VCC - DoIP*] and ISO DoIP [*ISO 13400-2*].

The in-vehicle gateways should be as simple and robust as possible, and e.g. leave complexity as re-sending a request to the tester (e.g. if no response from an ECU and tester times out).

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

HLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                    VCNA0026402

See VCNA0026402 DIM SWRS version 5.

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

```
22    Q.    What's requirement production?

23    A.    That is -- how to explain?  It's

24  a requirement that we implement needs

25  to have a REQPROD and an ID like the
```

**Page 119**

```
 1  first one, 74072, to be a valid

 2  requirement.

 3    Q.    What's the significance of a

 4  valid requirement?

 5    A.    It should say REQPROD.  It

 6  should have a number and then it has an

 7  explanation text under it what you

 8  should do.
```

See Jakobsson Deposition page 118 line 22 to page 119 line 8.

11.    In particular, Mr. Jakobsson testified that specifically for what is shown on Pages 336 to 338 of the DIM SWRS version 5 Section 7.1.2.1.5 - that these are not requirements that are implemented, since these do not have REQPROD and an ID (such as 74072) which would be required for these to be valid requirements that are implemented.

6

**HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY**

APPX8014

9    Q.    Go to page 337 of the document.

10   A.    Yes.

11   Q.    And earlier I believe that in

12   response to Mr. Pazuniak's questions I

13   believe you indicated that Volvo does

14   not implement what's shown on this

15   page.

16            Is that accurate?

17   A.    Yes.

18   Q.    Is there anything in the

19   document that tells you that Volvo does

20   not implement what's shown on page 337?

21   A.    Yeah.  As I said earlier, it has

22   not the REQPROD number related to this

23   diagram.

24   Q.    The same question about page

25   338:  Is there anything in the document

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY
APPX8015

1  that tells you that Volvo does not

2  implement what's shown on the diagram

3  on page 338?

4     A.   It is the same answer.  It

5  doesn't have the REQPROD number in

6  connection with this one.

7     Q.   Mr. Pazuniak asked you some

8  questions about the statement of work

9  that Volvo had provided to Bosch.

10           Do you recall that?

11    A.   Yes.

12    Q.   Did you understand Mr.

13 Pazuniak's question to -- let me strike

14 that.

15           When you were answering

16 those questions what statement of work

17 were you referring to?

18           MR. PAZUNIAK:  Objection.

19 It's totally unclear.  I referred to

20 many different statements of work.

21           MR. HUDNELL:  Let me try to

22 rephrase that question then.

23 BY MR. HUDNELL:

24    Q.   I believe you indicated in

25 response to Mr. Pazuniak's questions

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

1  that the document that we're looking at

2  here is part of a statement of work

3  that's provided to Bosch.  Is that

4  right?

5      A.   Yes.

6      Q.   Does that statement of work that

7  includes the document that we're

8  looking at here, does that statement of

9  work only relate to the DIM ECU?

10     A.   Yes.

11     Q.   Do all of the documents in that

12  statement of work, that make up that

13  statement of work relate to the DIM

14  ECU?

15     A.   Yes.

16     Q.   Mr. Pazuniak I believe asked

17  you about information regarding

18  communication protocols that are

19  provided to Bosch.

20          Do you recall that?

21     A.   Yes.

22     Q.   So in terms of the statement of

23  work regarding the DIM ECU that's

24  provided to Bosch, what document

25  contains the information regarding

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

APPX8017

> Page 122
>
> 1   those communication protocols?
>
> 2      A.    It is only this one we look at,
>
> 3   DIM 3.

See Jakobsson Deposition page 119 line 9 to page 122 line 3.

    12.    For exemplary purposes, DIM SWRS version 5 Section 7.1.2.1.5 is reproduced below for ease of reference purposes-

> 7.1.2.1.5   General allocation of buffers requirements
>
> This section will describe and give grounds for the following requirements:
>
> This document does not specify exactly how buffer allocation shall be implemented, this is up to the implementer. Allocation could e.g. be from dynamically sized message buffers or static sized message

> EDM-W 2004-10-12
>
> GIS1 Item Number: 10.03
> GIS2 Classification: Proprietary

GHLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                              VCNA0026408

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

APPX8018



| | Document Type | | Document Release Status | |
|---|---|---|---|---|
| | NOTE-SWRS | | RELEASED | |
| **Volvo Car Corporation** | Document No | Revision | Volume No | Page No |
| | 31895535 | 005 | 01 | 336 (968) |

Document Name
**DIM**

buffers in a buffer pool. However, the requirements on minimum RAM for buffers in the specification assume an efficient use of the available RAM, implicitly some sort of dynamic buffer allocation to be able to use most or the memory at all times. If a simpler static sized buffer allocation is used, the memory needs to be increased by at least 50% to achieve equal throughput as if a more complex and dynamic sized message buffer allocation is used.

Since this a generic cross-platform specification, it cannot contain optimizations for all type of possible gateways.
E.g. A gateway with only one network and one ECU connected does in practice not need same amount of memory as a gateway with two networks and 25 ECUs connected.
Hence, optimization of buffer usage may be need to be handled by project by project and by gateway by gateway to get a compromise between efficiency and cost.

There are also some rules that must be followed to get a predictable behavior with known maximum times for allocation. The time for allocating a buffer for a message must be within a defined maximum time, i.e. buffer pool shall not be fragmented so that the time to allocate a buffer could increase to some unpredictable and unknown time.

There must be some reserved buffers in buffer pools for a minimum number of request and response messages, to be able to receive messages from both directions request/downstream and response/upstream. I.e. all buffers cannot be allocated for requests/downstream, and vice versa not all buffers can be allocated for response/upstream so that one direction is starved out due to all buffers are allocated for the other direction.

Below are two examples of two different buffer allocation algorithms:

GI51 Item Number: 10.03
GI52 Classification: Proprietary

HLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                                    VCNA0026409



Figure: Example buffer pool with dynamic sized message buffers

HLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY

VCNA0026410



Figure: Example buffer pool with static sized message buffers

See VCNA0026408-411 DIM SWRS version 5 pages 335-338.

13.    Mr. Jakobsson also testified that Volvo had an agreement with Bosch and also instructed Bosch that Bosch should not implement anything other than the REQPROD's-



25        A.      I don't know.   We had an

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

Page 126

1    agreement that Bosch should not

2    implement anything other than

3    REQPROD's.

4       Q.    But this is a statement that is

5    an example of an REQPROD, correct?

6       A.    No.

7       Q.    Well, it's under a section

8    called -- okay.

9              So are you saying that there

10   is an agreement between Bosch and Volvo

11   that even if an example is in the

12   specification that Volvo provided to

13   Bosch, Bosch is not going to implement

14   them unless it's specifically stated in

15   an REQPROD?

16      A.    Yes.

17      Q.    That would also mean that Volvo

18   has to implement everything that's

19   REQPROD, correct?

20              MR. HUDNELL:   Objection to

21   form.

22      A.    I don't know.

23      Q.    Okay.  So you know that Volvo

24   does not require Bosch to implement

25   anything that's not an REQPROD.

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY
APPX8022

Page 127

```
 1                    I'm sorry.  Let me rephrase
 2   it.
 3                    Is it your testimony that to
 4   your knowledge Bosch does not have to
 5   implement everything that's a
 6   requirement but at the same time Bosch
 7   may not implement anything in DIM 3
 8   that's not specified as a requirement?
 9                    Is that your testimony?
10                    MR. HUDNELL:  Objection to
11   form.
12     A.    No.
13     Q.    Okay.  Where is my statement
14   wrong?
15     A.    Okay.  Like I said before, we
16   instructed Bosch to implement only
17   REQPROD's, not all other text that is
18   mentioned.
```

See Jakobsson Deposition page 125 line 25 to page 127 line 18.

14.     Thus, this testimony confirms what Mr. Jakobsson stated in his Declaration, since when there is no REQPROD in the DIM specification, it is not implemented (there is no REQPROD in DIM SWRS version 5 Section 7.1.2.1.5) and as stated by Mr. Jakobsson, this section including the specific example diagrams shown on pages 337 and 338 are not implemented.

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

APPX8023

15.     In contrast, for example, to be a valid requirement that is implemented, DIM SWRS version 5 section 7.1.2.1.6 has REQPROD with corresponding ID numbers, as shown below:

---

### 7.1.2.1.6    Parallel physical requests to different ECUs

This section will describe and give grounds for the following requirements:

- REQPROD 74200 Parallel physical requests to different ECUs
- REQPROD 74201 Keep chronologic order of parallel requests
- REQPROD 366460 Wait for available communication channel

The external tester can send requests to different ECUs in parallel without waiting for response between the requests.

*Example: If external tester shall send two requests to two different targets, TA 0x211 and TAx311, external tester does not need to wait for response from first request to TA 0x211 before sending the*

GIS1 Item Number: 10.03
GIS2 Classification: Proprietary

HLY CONFIDENTIAL - OUTSIDE ATTORNEY'S EYES ONLY                          VCNA0026411

---

See VCNA0026411 DIM SWRS version 5 page 338.  Thus, in order to be a valid requirement that Volvo requires Bosch (the DIM supplier) to implement, the DIM specifications will specifically identify a REQPROD and ID for those specific requirements.

16.     Mr. Jakobsson also testified and confirmed what he stated in his declaration that DIMs employ a "fire and forget" feature and specifically explains "Yeah, we – that comes basically from the signal database produced by Volvo were we only have signals in one direction and nothing to acknowledge it the other way." See Jakobsson transcript page 99 line 21 to page 100 line 24 (see also specifically page 100 lines 3-7).  "The fire and forget in my declaration is that the sender is sending not expecting anything back.  They're receiving and have enough memory and CPU load to handle the message." Jakobsson deposition transcript page 100 lines 15-20.  Mr. Jakobsson further testified that Volvo does not have an acknowledgement function-

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY
APPX8024

```
 7       Q.    Well, just in that case let's
 8    break it down.  Can you tell us exactly
 9    in as much detail as you can what you
10    mean by the acknowledgment feature?
11       A.    I mean that we don't have that.
12       Q.    Okay.  And what you mean is that
13    once a sender sends a signal the sender
14    does not expect an acknowledgment from
15    the receiver, correct?
16       A.    Yes.
```

Jakobsson deposition page 101 lines 7-16.

17.     Mr. Jakobsson testified that for vehicle diagnostics signals -  messages can be lost.  For example, the Flow control wait "FC.Wait" is indicated in the beginning of the DIM SWRS version 5 specification but may be specifically for diagnostics during software downloads. Mr. Jakobsson testified with regard to DIM SWRS version 5 section 7.1.2.1.4 that this section pertains specifically to software flash that includes diagnostic messages, and that this section indicates that no messages are lost. In particular, Mr. Jakobsson testified that DIM SWRS version 5 Section 7.1.2.1.4 on page 134 of DIM SWRS version 5 is not the requirement but that the requirements are indicated by the REQPROD numbers. See Jakobsson Deposition transcript page 71 line 20 to page 76 line 19.

18.     Specifically, as I stated previously, the April 12, 2023 Declaration of Magnus Jakobsson - System Architect for Volvo Car Corporation, Volvo Sweden states:

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY
APPX8025

5.      Paragraph 7.1.2.1.5 of DIM 1 is titled "General allocation of buffers requirements."  Pages 372-373 depict two examples of two different buffer algorithms for dynamic sized message buffers and static sized message buffers.  Volvo has not implemented either of these examples in any DIM ECU in any Volvo cars.  Specifically, the Volvo DIM ECUs do not employ a feature where an incoming message is held and not dropped if the ECU's message buffers are occupied or there is not enough space in the message buffers to receive the incoming message.  Instead, the ECU employs a "fire and forget" feature.  If there is not space in the message buffer for an incoming message, then the incoming message is discarded and no subsequent attempt is made to load the incoming message to the message buffer.

. . .

8.      Paragraph 7.1.2.1.5 of DIM 1 is titled "General allocation of buffers requirements."  Pages 337-338 depict two examples of two different buffer algorithms for dynamic sized message buffers and static sized message buffers.  Volvo has not implemented either of these examples in any DIM ECU in any Volvo cars.  Specifically, the Volvo DIM ECUs do not employ a feature where an incoming message is held and not dropped if the ECU's message buffers are occupied or there is not enough space in the message buffers to receive the incoming message.  Instead, the ECU employs a "fire and forget" feature.  If there is not space in the message buffer for an incoming message, then the incoming message is discarded and no subsequent attempt is made to load the incoming message to the message buffer.

9.      Before DIM 1 and DIM 2, VCC issued a different DIM software requirement specification for cars made between 2015 and week 7 of 2020.  Cars made according to that specification also did not employ the buffer algorithm shown in DIM 1 on pages 372-372 or DIM 2 on pages 337-338.

10.     FrArTp function calls are not used in any VCC DIM ECU in cars made after 2015, even if the need for a FlexRay TP arises.

See April 12, 2023 Declaration of Magnus Jakobsson - System Architect for Volvo Car Corporation, Volvo Sweden at paragraphs 5, 8-10. Note, as stated above this applies for all DIM specifications at issue.  I should also note that in my automotive electrical architecture and vehicle network engineering experience, specifications and requirements are not typically written that would state specifically that it is for example "OK to drop frames and/or messages."

**HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY**

APPX8026

19.    The DIM SWRS version 5 section 7.1.2.1.4.11 on page 335 of DIM SWRS version 5 which pertains specifically to "If a multiple CPU solution is used in the GW ECU for implementing gateway functionality…" is reproduced below for ease of reference purposes-

### 7.1.2.1.4.11  REQPROD 366540/MAIN;0 : Multiple CPU design in the GW ECU

| Attribute name | Attribute value |
|---|---|
| Purpose | |
| Source | |
| Verification method | |

**Req:**
If a multiple CPU solution is used in the GW ECU for implementing the gateway functionality, the internal interface between the CPUs shall be design to still fulfil the GW ECU requirements.

*Rationale:*
Latency requirement on the GW ECU shall be kept, which e.g implies that gateway-on-the-fly shall be used on the internal interface to keep the GW ECU latency requirement (e.g. 10ms requirement on GW ECU level).
Any internal data transfer of a GW ECU shall never restrict the flow of gatewayed data, i.e. the internal data throughput must surpass the throughput of connected interfaces/networks by sufficient margin.

If the IP interface is realized in one CPU and the Flexray interface is realized in an other CPU, the CPU on the IP side must be aware of current available resources in the CPU on the Flexray side regarding available communication channels and buffers. If the Flexray side runs out of resources for transmission of messages, the messages on the IP side must be halted until the resources on the Flexray side is released and available.
No messages shall be dropped due to out of resources in one of the CPUs. Messages shall only be halted until resources are available and then continue with the transmission.

See VCNA0026408 DIM SWRS version 5.  Note that this section pertains specifically to "If a multiple CPU solution is used in the GW ECU for implementing gateway functionality…" as shown in the **Req.** above.  When questioned regarding the specific quote "no messages shall be dropped due to out of resources in one of the CPU's. Messages shall only be halted until resources are available and then continue with transmission" in this section of 7.1.2.1.4.11 of DIM version 5, Mr. Jakobsson testified and confirmed that this is a requirement specifically that applies to "If the IP interface is realized in one CPU and the Flexray interface is realized in another CPU, then we should do this. And then come down to this, we should not drop messages between the two CPU's."  See Jakobsson Deposition page 76 line 20 to page 77 line 24.  But as testified by Mr. Jakobsson, he is not familiar with any electronic control modules that use more than one CPU in

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY
APPX8027

their design.  The DIM specification specifically states section 7.1.2.1.4.11 applies when a multiple CPU solution is used, but the relevant DIM is not a multiple CPU solution.  This section of the DIM specifications that Stragent and its expert are referring to only applies to multiple CPUs, not single CPU solutions as reaffirmed by Mr. Jakobsson in his deposition.  (See for example Jakobsson deposition pages 76-78, pages 118-127 of transcript, parts of which have been shown above.) Note, as stated above this applies for all DIM specifications at issue.

20.     Mr. Jakobsson also reaffirmed what Mr. Jakobsson stated in his declaration that nothing on pages 337 and 338 of the DIM Specification is implemented in the Driver Information Module (DIM)-

```
 4     Q.   So now let's turn to pages 337
 5    and 338.
 6              You had I believe in your
 7    declaration indicated that nothing on
 8    these pages is implemented in the
 9    driver information module.  Is that
10    correct?
11      A.   In the pages that you're showing
12    now, right.
```

See Jakobsson deposition page 78 lines 4-12.

21.     Mr. Jakobsson also explained that today for future Volvo cars there is no interaction between Central Engine Module / Engine Control Module and the DIM because of architecture changes, so that for future Volvo cars "more or less" everything is connected to the vehicle control unit, but since 2017 to current model years there was interaction between the instrument cluster and the electronic control module. See Jakobsson Deposition page 16 line 1 to page 18 line 2

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY
APPX8028

22.     Mr. Jakobsson also testified that he and a Volvo base technologies representative worked on exhibit 35 which is revision 5 of the software requirement specification for the DIM, and that Mr. Jakobsson was responsible for the functional behavior of the DIM.  See Jakobsson Deposition page 24 line 3 to page 25 line 25.

23.     Mr. Jakobsson also testified this revision 5 of the software requirement specification for the DIM (DIM SWRS version 5) is generated from a Volvo database based on what the system thinks is needed for the module selected by the requestor.  See Jakobsson Deposition page 28 lines 8-15.  Mr. Jakobsson also testified that ECU suppliers can deviate from the DIM specification and that Volvo and its suppliers can deviate from the different requirements page 52 lines 1-14.

24.     Mr. Jacobson also testified that the currently manufactured Driver Information Modules use only static buffers and not dynamic buffers -

```
13      Q.      Okay.
14              The currently manufactured
15   DIM's, do they utilize dynamic buffers?
16      A.      No.
17      Q.      Do the currently manufactured
18   DIM's utilize static buffers?
19      A.      Yes.
20      Q.      Are you testifying that for
21   neither programming, nor diagnostics,
22   nor other non-programming operations
23   are dynamic buffers used?
24      A.      Yes.
```

See Jakobsson Deposition page 115 lines 13-24.

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY
APPX8029

25.     Mr. Jakobsson also testified and identified a requirement in DIM SWRS version 5 section 4.6.1.1.3.4.1 FlowStatus (FS) parameters on pages 124 and 125 of DIM SWRS version 5 specification.  Mr. Jakobsson specifically identified this requirement as pertaining specifically to the software download part of flashing new data into the module or programming new data into the module / programming ECU.  See Jakobsson Deposition transcript page 62 line 1 to page 64 line 22.

26.     With regard to DIM SWRS version 5 section 7.1.2.1.4 (DIM SWRS version 5 pages 329-330), Mr. Jakobsson identified this section as part of the base technology requirements database.   Mr. Jakobsson also testified that the statement "when dimension number communication channels and buffers in the in-vehicle gateways it should be guaranteed that messages are not lost during normal communication, for, during handling of parallel requests described later in this document" is not a requirement, and also identified other specific paragraphs that are requirements by having a specific REQPROD number Page 71 line15 to page 73 line 19.  "Yes.  Yes, where it comes to the REQPROD number." (See for example specifically Jakobsson Deposition transcript Page 71 lines 18-19.)  Mr. Jakobsson also testified that with regard to DIM SWRS version 5 Section 7.1.2.1.4.6 on page 333 of the DIM SWRS version 5 "an in-vehicle gateway shall support flow control mechanism on the connected networks, both for request/downstream and for responses/upstream" is most likely for software download that uses diagnostic messages, and Mr. Jakobsson specifically testified that for diagnostic messages Volvo allows messages to be lost.  See Jakobsson Deposition Page 73 line 20 to page 76 line 19.  Note, as stated above this applies for all DIMs/DIM specifications at issue.

27.     I also again confirm as I previously stated that: I have been informed that Volvo does not implement the "re-trying an access feature", and also does not implement the "issue another storage resource request" feature in any of the Accused Products.  I further confirm that it is my understanding that based on an interview with and deposition testimony of Magnus Jakobsson - System Architect for Volvo Car Corporation, Volvo Sweden that the Volvo DIM ECUs use a "fire and forget" feature.  Specifically, the Volvo DIM ECUs do not employ a feature where an incoming message is held and not dropped if the ECU's message buffers are occupied

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

or there is not enough space in the message buffers to receive the incoming message.  Instead, the ECU employs a "fire and forget" feature. A POSITA would understand the "fire and forget" feature to mean that there is only one attempt to load the incoming message to the message buffer(s).  If there is not enough space in the message buffer for an incoming message, or if the message buffers are full, then the incoming message is discarded and no subsequent attempt is made to load the incoming message to the message buffer.  Thus, a POSITA would understand that the Volvo DIM ECUs do not employ a "re-trying an access" feature and do not employ an "issue another storage request" feature to attempt to load a message to a message buffer.

28.     Thus, the April 12, 2023 Declaration of Magnus Jakobsson - System Architect for Volvo Car Corporation, Volvo Sweden, and the September 29, 2023 Deposition testimony Magnus Jakobsson further supports my opinions of non-infringement for the reasons stated in my April 10, 2023 Rebuttal Expert Report of Michael Nranian Regarding Non-Infringement of Patents-In-Suit, and also my April 12, 2023 Supplement To Rebuttal Expert Report of Michael Nranian Regarding Non-Infringement of Patents-In-Suit.  This includes that the Volvo DIM ECUs use a "fire and forget" feature.  Specifically, for example the Volvo DIM ECUs do not employ a feature where an incoming message is held and not dropped if the ECU's message buffers are occupied or there is not enough space in the message buffers to receive the incoming message.  Instead, the ECU employs a "fire and forget" feature. If there is not space in the message buffer for an incoming message, then the message is discarded and no subsequent attempt is made to load the incoming message to the message buffer.  Thus, a POSITA would understand that the Volvo DIM ECUs do not employ a "re-trying an access" feature and do not employ an "issue another storage request" feature to attempt to load a message to a message buffer.

29.     As I stated previously, I understand that Stragent must prove that each and every element of the Asserted Claims must be present in the Accused Products for there to be infringement of any of these Asserted Claims for each of the Asserted Patents. Thus, the April 12, 2023 Declaration of Magnus Jakobsson and the September 29, 2023 Deposition testimony of Magnus Jakobsson - System Architect for Volvo Car Corporation, Volvo Sweden, further

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

supports my opinions of non-infringement for the reasons stated in my April 10, 2023 Rebuttal Expert Report of Michael Nranian Regarding Non-Infringement of Patents-In-Suit, and also my April 12, 2023 Supplement To Rebuttal Expert Report of Michael Nranian Regarding Non-Infringement of Patents-In-Suit, and also further confirms that it is indisputable that Volvo does not implement the "re-trying an access" feature in any of the Accused Products that is required for infringement of all of the Asserted Claims of the '765 Patent, it is indisputable that VCUSA does not infringe any of the Asserted Claims of the '765 Patent. I understand that between now and April 12, 2023, Stragent has dropped all Asserted Claims except '765 Patent Dependent Claim 31, which depends on Independent Claim 24.

30.     I declare under penalty of perjury under the laws of the State of Michigan and the United States of America that the foregoing statements are true and correct.

Dated this 13th day of October 2023



Michael Nranian  P.E.

HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEY'S EYES ONLY

APPX8032

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**STRAGENT, LLC,**

          **Plaintiff,**

          **v.**

**VOLVO CAR USA, LLC,**

          **Defendant**

**C.A. No. 22-293-JDW**


**SUPPLEMENTAL EXPERT REPORT OF EILEEN DAVIDSON
PURSUANT TO COURT ORDER**


<span style="color:red">THIS REPORT IS DESIGNATED IN ITS ENTIRETY AS

CONFIDENTIAL FOR ATTORNEY EYES ONLY UNDER THE PROTECTIVE ORDER</span>


<span style="color:red">FILED UNDER SEAL</span>

## Table Contents

A.   Summary                                                                                    - 1 -

B.   Additional Materials and Information Relied Upon In This Report                             - 2 -

C.   Supplemental Report                                                                         - 2 -

   1.   DIM, CEM and ECM Use The Same Communication Protocol                        - 2 -

   2.   DIM3 Defines The ECU's Communication Protocol                               - 3 -

   3.   Jakobsson's Declaration Addressed The Acknowledgment Function                - 5 -

   4.   Jakobsson Has Not Challenged My Reliance on Flow Control Wait /
      Timeout Functions As Presented in the Figures                                - 7 -

   5.   Jakobsson Admitted That He Has No Knowledge Of The Flow Control Wait /
      Timeout Functions And No Knowledge Of Relevant Sections Of DIM3              - 17 -

   6.   Jakobsson Does Not Know Whether Bosch Implemented DIM3 Pages 337-338        - 21 -

I have been requested by Stragent LLC to address the facts revealed during the deposition of Mr. Magnus Jakobsson and to address the specification discussed during his deposition, Software Requirement Specification, DIM, Released February 1, 2018, VCNA 26074-27041.  I have personal knowledge of the facts and the analysis set forth in this Report unless otherwise stated.  If called as a witness, I could and would competently testify to the matter set forth in this Report.

My background and my expertise in the subject matter of this declaration are set forth in my prior expert reports and are incorporated here.

A. **Summary**

1.     Upon consideration of the updated evidence, I confirm that Volvo has infringed Claim 31 of Patent 9,705,765 ("'765 Patent").  My conclusion is that all Volvo cars since July 2017 infringe Claim 31 because all such cars have incorporated ECUs that fall within Claim 31.

2.     The deposition of Mr. Jakobsson and the new version of the DIM specification produced by Volvo confirm that Volvo's ECUs utilize what has been termed the "retry" elements of Claim 31.

3.     In my report, I had cited a statement regarding flow control and timeout functions and the requirement that no messages be dropped as found in Volvo's DIM specifications to support my opinion that Volvo was practicing the so-called "retry" limitation.  Mr. Jakobsson did not directly address these functions in his Declaration and did not address the prohibition against dropping messages.  Instead, Mr. Jakobsson relied upon the fact that Volvo practices a "fire and forget" system – i.e., a system that does not include any "acknowledgement" function.  As developed in Mr. Jakobsson's deposition, however, that Volvo does not practice the "acknowledgment" system does not detract from the fact that Volvo's ECUs must still

implement the flow control Wait and timeout functions, and no messages may be dropped due to lack of buffer space. Mr. Jakobsson confirmed that the flow control Wait and timeout functions were requirements in the DIM specifications. By confirming that flow control Wait and timeout were requirements of the specifications, Mr. Jakobsson confirmed that Volvo was practicing the so-called "retry" function. Further, Mr. Jakobsson also confirmed that the DIM ECU communicated with the CEM and ECM ECUs, and, thus, confirmed that those ECUs had to use the same communication protocol as did DIM. In short, Mr. Jakobsson confirmed my opinion that Volvo infringes Claim 31.

**B. Additional Materials and Information Relied Upon In This Report**

4.        In addition to the materials listed in my prior reports, I have attended the deposition of Mr. Magnus Jakobsson, and have reviewed the transcript of that deposition. I have also reviewed the document recently produced by Volvo, Software Requirement Specification, DIM, Released February 1, 2018, VCNA 26074-27041, and which was marked as Exhibit 35 during Mr. Jakobsson's deposition. ("DIM3"). DIM3 was discussed during Mr. Jakobsson's deposition. I also reviewed Mr. Jakobsson's declaration which was discussed during his deposition and marked as Exhibit 34.

**C. Supplemental Report**

**1. DIM, CEM and ECM Use The Same Communication Protocol**

5.        Mr. Jakobsson confirmed my earlier testimony that the DIM specifications necessarily reflect the communication protocols used by other ECUs in Volvo's vehicles, and certainly the protocols used by the CEM and ECM ECUs that I analyzed in my prior report. This follows because Mr. Jakobsson testified that the DIM ECUs communicate with both the CEM and ECM ECUs:

Q. ·And your instrument clusters that you work with have to connect with the central electronic module, correct?

A.· ·Yes

(Dep. 12:1-4)

\*\*\*

Q.· ·So that the instrument cluster [is] connected with the engine control module, correct?

A.· ·Yes.

(Dep. 14:10-13).

\*\*\*

Q.· ·But for current model year cars or car model years since 2017, is it fair to say that there was interaction between the instrument cluster and the electronic control module?

A.· ·Yes.

(Dep. 17:22 – 18:2).

**6.** Mr. Jakobsson further testified that the ECUs must use the same communication

protocol in order to communicate:

Q. … In order for the driver information module to communicate with the electronic control module and the central electronic module, is it fair to say that all three units had to use the same communication protocol? \*\*\*

A.· ·Yes.

(Dep. 19:19 -20:2).

**7.** Mr. Jakobsson thus confirmed that the protocols stated in DIM3 necessarily apply

to at least the CEM and ECM ECUs as they communicate with the DIM ECU.

**2.**  **DIM3 Defines The ECU's Communication Protocol**

**8.** The DIM ECUs were manufactured for Volvo by Bosch. (Dep. 105:8 – 106:10).

**9.**      Mr. Jakobsson testified that the DIM specification was the only instruction that

Volvo provided to Bosch relating to the communication protocol for the DIM ECU:

Q.   ... So are you aware of any document that Volvo provided to Bosch in
connection with the manufacture of DIMs relating to the communication
protocols that DIM would use for communicating with other ECU's other than
DIMs zero through 3? …

A.   No. ***

Q.   Are you aware personally sitting here right now of any documents that Volvo
provided to Bosch relating to communication protocols other than the documents
DIM0 through DIM3?

A.  I'm not aware.  Yeah, I'm aware--I'm not aware of any other documents
beyond that.

Q.  So as far as you know when Bosch was making their ECUs for Volvo the only
information they had from Volvo were the DIM 0 through 3 documents with
respect to communication protocols.  Is that correct?

A.  Yes.

(Dep. 111:6-15, 112:6-20).

**10.**      Mr. Jakobsson further confirmed this fact in response to Mr. Hudnell's question:

Q.· ·So in terms of the statement of work regarding the DIM ECU that's provided
to Bosch, what document contains the information regarding those
communication protocols?

A.· ·It is only this one we look at, DIM3.

(Dep. 121:22 - 122:3).

**11.**      Bosch was required to follow the Requirements set forth in DIM3.

Q.· ·But those electronic control units suppliers have to follow Volvo statements
of work and specifications, correct?

A.· ·Yes.

(Dep. 21:25 – 22:4).

**12.**      Volvo provided DIM3 to suppliers for the purpose of the suppliers following the

specifications in their designs of Volvo's ECUs:

Q. … What is the point of this specification, Exhibit 35 [DIM3]? …

A.   It is to send to suppliers for implementation.

Q.   So this specification is sent to the suppliers for them to implement, correct?

A.· ·Yeah.· It is the base for their design.

(dep. 51:20 – 52:7).

**13.**     In short, DIM3 governs the communication protocols to be used by DIM, and, thus, by definition by the ECUs that communicate with DIM.

### 3. <u>Jakobsson's Declaration Addressed The Acknowledgment Function</u>

**14.**     Mr. Jakobsson stated in his Declaration that Volvo did not practice the "retry" function because Volvo practiced a "fire and forget" procedure:

> Volvo has not implemented either of these examples in any DIM ECU in any Volvo cars.  Specifically, the Volvo DIM ECUs do not employ a feature where an incoming message is held and not dropped if the ECU's message buffers are occupied or there is not enough space in the message buffers to receive the incoming message.  Instead, <u>the ECU employs a "fire and forget" feature</u>.  If there is not space in the message buffer for an incoming message, then the incoming message is discarded and no subsequent attempt is made to load the incoming message to the message buffer.

(Jakobsson Declaration at ¶¶ 5 and 8, Appx4190-4191).

**15.**     Thus, Mr. Jakobsson explained that he did not believe that Volvo was practicing the "retry" function because Volvo was practicing a "fire and forget" system instead.

**16.**     In my Reply Report, I had noted that Mr. Jakobsson's Declaration was confusing because persons skilled in the art associated "fire and forget" with the so-called "acknowledgement" function.  I stated at Par. 21 of my Reply Report:

> … "fire and forget" refers to the actions of the sender of a message, and not the receiver of that message.  That is, the normal meaning of "fire and forget" to a POSITA is that when an ECU transmits information, it does not wait for an acknowledgement from the receiver of that information.  This is not relevant to the Stragent patent nor is it relevant to the gateway function.

**17.**     At his deposition, Mr. Jakobsson confirmed my analysis in the Reply Report.  Mr. Jakobsson testified that "fire and forget" referred to the "acknowledgment" function:

> Q.  You say here that the DIM ECU employs a, quote, fire and forget, unquote, feature.  What documents are you aware of, if any, that support the statement that DIM employs a fire and forget feature?
>
> A.· ·Yeah.· We -- that comes basically from signal database produced by Volvo where you only have signals in one direction and nothing to acknowledge it the other way.
>
> Q.· ·Well, if that refers to the acknowledgment feature, it does not refer to the flow control WAIT feature, does it? …
>
> A.· ·The fire and forget in my declaration is that the sender is sending not expecting anything back.  The receiver is receiving and has enough memory and CPU load to handle the message.
>
> Q.· ·Again, you're referring to what is called the acknowledgment feature.   Is that correct?
>
> A.· ·Yeah.

(Dep. 99:21 - 100:24).

**18.**     Thus, Mr. Jakobsson explained that ¶¶ 5 and 8 of his Declaration said that Volvo was not using the acknowledgement system – i.e., the sending station (source) does not expect any acknowledgement from the receiving station (destination).  That Volvo utilizes a "fire and forget" or a "non-acknowledgement" system, however, does not address the flow control wait and timeout functions that are required by the Specifications, and does not address the prohibition against dropping messages.

**19.**     As detailed below, I relied on the Figures in the DIM specifications that reflected the flow control Wait and timeout functions, and prohibited dropping of messages.  Bosch is required to employ flow control Wait and timeout functions as per the DIM3 Requirements, and it does not matter that Bosch does not additionally utilize the ACK function.  Thus, Mr. Jakobsson's statement in his Declaration is neither here nor there.

**4. Jakobsson Has Not Challenged My Reliance on Flow
Control Wait / Timeout Functions As Presented in the Figures**

**20.**    In my infringement reports, I cited two Figures that are shown here from DIM3:



**Figure: Example buffer pool with dynamic sized message buffers**



**Figure: Example buffer pool with static sized message buffers**

(DIM3 at pp. 337-338, VCNA26410-26411).

**21.** I particularly relied on the following statement found in both of the above Figures that referred to the FC.Wait/timeout functions and the prohibition against dropping messages:

> If no buffer is currently available use <u>flow control WAIT mechanism</u> until a buffer is available (marked free) or <u>timeout</u> on transport protocol level.
>
> <u>Messages shall never be dropped due to temporary occupied buffers,</u> unless timeout on transport protocol level.

(VCNA26410-26411; emphasis supplied).  I relied upon these statement because the statement was a good summary of the relevant aspects of the specifications.  I had specifically noted that the Figures reflected specification requirements and cited as an example Requirement 74082 in Section 7.1.2.1.4.6 of the DIM1 and DIM2 specifications.  (Reply Report at Par. 27).

22.    Mr. Jakobsson stated in his Declaration and in his deposition that these Figures are "examples" and not "Requirements."  But Mr. Jakobsson ignored that the above-cited statement in the two Figures was explaining and summarizing the requirements stated in the DIM specifications.  In particular, the statement at pages 337 and 338 reflects the flow control Wait (FC.Wait) and timeout functions that are Requirements included in the specifications.

23.    First, flow control Wait (FC.Wait) is a Requirement.  The flow control Wait function is found at Requirement 116701:



4.6.1.1.3.4    FlowStatus (FS) parameters

4.6.1.1.3.4.1    REQPROD 116701/MAIN;3 : FlowControl Wait usage

| Attribute name | Attribute value |
|---|---|
| Purpose | Use FC.Wait to halt message reception in appropriate situations. |
| Source | |
| Verification method | Test - Use VCC Test Description |

Req:
Non-gateway server:
In programming session, the server may use FC.Wait if it receives a request when it is processing a previously received request. In all other situations in all sessions usage of FC.Wait is not allowed.

Gateway ECU:
The gateway ECU shall use FC.Wait if it receives a message when buffers are not available for receiving the complete message. This applies to server side and client side.

(DIM3 at 124-125; VCNA26197-26198).

24.    The "Gateway ECU" Requirement is applicable because, as Mr. Jakobsson admitted, the DIM ECU is a gateway ECU.  (Dep. at 55:14-15).

25.     Mr. Jakobsson said that he did not know whether the CEM and ECM ECUs were also gateway ECUs. (Dep. 55:18 – 56:8.)  However, he then admitted that any ECU that communicates with different networks has to be a gateway ECU.  (Dep. 57:3-10).  All three ECUs, DIM, CEM and ECM, communicate between different networks as I had detailed in my prior reports, which I incorporate here.

26.     Second, the timeout function is also part of the DIM Requirements.  See:

| 4.6.1.1.3.5     Maximum number of FC.Wait frame transmissions (C_WFTmax) | |
|---|---|
| 4.6.1.1.3.5.1     REQPROD 60177/MAIN;1 : C_WFTmax | |
| Attribute name | Attribute value |
| Purpose | The WAIT mechanism will aid the following dimensioning use cases:<br><br>- Down stream: Two queued messages are sent to an ECU and the time from the first request received until the final response sent of the first request.<br>- Up stream: Functional address request with unsuppressed response result in a many responses which may need to wait. |
| Source | |
| Verification method | Test - Use VCC Test Description |

Req:
The C_WFTmax counter shall be set to 255

(DIM3 at 125; VCNA26198).

27.     The flow control Wait/timeout functions are also reflected in other Requirements.  Thus, for example, in discussing C_Br (communication layer timing parameter B receiver) in non-programming session, DIM3 states:

| 4.6.1.1.3.9.4     REQPROD 60464/MAIN;2 : C_Br in non-programming session for FC.CTS,ABT and OVFLW | |
|---|---|
| Attribute name | Attribute value |
| Purpose | The time spent waiting shall be minimized. Although C_Br time does not affect the transmission time as |

**Req:**
C_Br shall maximum be CycleTime * 4 for FC.CTS, FC.ABT and FC.OVFLW in programming session, (e.g. 5ms cycle time ⇒ ≤20ms).

**Note:**
1)   The CycleTime value is specified in *FlexRay Data Link Layer - 31834464. CoFlexRay — Part 2: Communication layer services - Requisite documents.*
2)   If all receive buffers are used by other messages and a new message is received then the STF C_PDU is stored and FC.Wait is transmitted periodically until a receive buffer is released. From this point of the receive buffer release, measured from the LF C_PDU of this other message, the receiving ECU has to transmit FC.CTS C_PDU within C_Br.
3)   For high performance, the timing parameter values for C_Br shall be as low as possible.

(DIM3 at 134-135; VCNA26207-26208).

**28.** The flow control Wait/timeout functions are then further picked up in DIM3's Requirements for the gateway's diagnostic messages. This begins at DIM3 page 316 (VCNA26931). DIM3 provides:

### 7.1.2.1.4.6   REQPROD 74082/MAIN;2 : Flow control mechanism for diagnostic messages

| Attribute name | Attribute value |
|---|---|
| Purpose | Flow control mechanism needed for queued request, functional request functionality. |
| Source | |
| Verification method | Test |

**Req:**
An in-vehicle gateway shall support flow control mechanism on the connected networks, both for request/downstream and for responses/upstream.

*Rationale:*
No messages or frames shall be lost, if the receiver cannot receive the complete message directly due to out of "high level" buffers, it should be negotiated between sender and receiver when the remaining part can be sent. E.g. on FlexRay and CAN network using flow control frames WAIT and CTS. E.g. on IP network using TCP windows.

(DIM3 at 333; VCNA26406).

**29.** Flow control Wait/timeout functions are then also picked up in a chart that follows the two Figures. See:

#### 7.1.3.1.1.2   Functional requests to all ECUs

The functionality described in section *'Functional requests to all ECUs'* implies that in-vehicle GWs must be able to send flow control WAIT frames if there are not enough buffers available to receive all responses in parallel/simultaneously.

Note: For simplicity, the responses from the gateways on functional request is not included in the figures.

Figure: *"Sequence diagram, functional request and 1 available response buffer in GW"* gives an overview of the traffic on the networks when there is not response buffers available to receive all responses in parallel/simultaneously, and flow control WAIT frames must be sent.



**Figure: Sequence diagram, functional request and 1 available response buffer in GW**

(DIM3 at 345-346; VCNA26418-26419).

30.   Mr. Jakobsson confirmed that the above are requirements.  See for example:

Q. … If you turn to the bottom of page 124 of Exhibit 35 [DIM3], there's a section for 4.6.1.1.3.4.1.  Do you see that?

A.· ·Yes.

Q.· ·And that's a requirement, correct?

A.· ·Yes.

(Dep. 62:1-8).

**31.** In short, Mr. Jakobsson confirmed that the FC.Wait/timeout functions are specification requirements.  That these requirements were summarized and explained in a statement in illustrative Figures rather than in a section denoted as a "REQPROD" does not detract from the facts that the statement is summarizing and explaining REQPRODS which are part of the specification and address the Claim 31 elements.

**32.** The direct correspondence between the statement and DIM3's explicit Requirements is shown in the following table:

| Statement in DIM3 pages 337-338 | DIM3 Requirements |
|---|---|
| "If no buffer is currently available use flow control WAIT mechanism until a buffer is available (marked free)" | **Requirement 116701 (§4.6.1.1.3.4.1):**<br><br>"Gateway ECU:<br>"The gateway ECU shall use FC.Wait if it receives a message when buffers are not available for receiving the complete message.  This applies to server side and client side."<br>(DIM3 at 124-125; VCNA26197-26198).<br><br>***<br><br>**Requirement 60464 (§4.6.1.1.3.9.4):**<br><br>"Req: …<br>Notes:<br>"2) If all receive buffers are used by other messages and a new message is received then the STF C_PDU is stored and FC.Wait is transmitted periodically until a receive buffer is released.  From this point of the receive buffer release, measured from the LF C_PDU of this other message, the receiving ECU has to transmit FC.CTS C- PDOU within C- Br."<br>(DIM3 at 135; VCNA26208).<br><br>*** |

| | |
|---|---|
| | **Requirement 74082 (§7.1.2.1.4.6):**<br><br>"Req:<br>An in-vehicle gateway shall support flow control mechanism on the connected networks, both for request/downstream and for responses/upstream.<br>Rationale:<br>No messages or frames shall be lost, if the receiver cannot receive the complete message directly due to out of 'high level' buffers, it should be negotiated between sender and receiver when the remaining part can be sent. E.g. on FlexRay and CAN network using flow control frames WAIT…."<br>(DIM3 at 333; VCNA26406). |
| "or timeout on transport protocol level." | **Requirement 60177 (§4.6.1.1.3.5.1):**<br><br>"The C_WFTmax [*maximum number of FC.Wait transmissions]* counter shall be set to 255."<br>(DIM3 at 125; VCNA26198)<br><br>See also the explanation of this Requirement:<br><br>"4.6.1.1.2.1.3.2 Maximum number of FC.Wait frame transmissions (C_WFTmax)<br><br>"The C WFTmax counter shall be set to 255.<br>"Note that if an ECU needs to send consecutive FlowControl (FC) C_PDUs with FlowStatus = Wait, then FC.Wait C_PDU shall be sent with periodicity equaling C_Br according to Road vehicles -Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2. "See sections Timing parameters in programming session and Timing parameters in non-programming sessions in this specification for the required FC.Wait transmission period.<br>"This section has resulted in the following requirements:<br>"• REQPROD    60177 C WFTmax"<br>(DIM3 at 118; VCNA26191) |
| "Messages shall never be dropped due to temporary occupied buffers, unless timeout on transport protocol level." | **Requirement 74082 (§7.1.2.1.4.6):**<br><br>"Req: …<br>"Rationale:<br>"No messages or frames shall be lost …."<br>(DIM3 at 333; VCNA26406).<br><br>See also the following Requirements: |

APPX8048

| (DIM3 at 337, 338; VCNA26410-26411) | |
|---|---|
| | "7.1.2.1.4.11 REQPROD 366540/MAIN;0 : Multiple CPU design in the GW ECU …<br><br>"No messages shall be dropped due to out of resources in one of the CPUs. Messages shall only be halted until resources are available and then continue with the transmission."<br><br>(DIM3 at 335; VCNA26408).<br><br><br>"7.1.2.1.6.3 REQPROD 366460/MAIN;0 : Wait for available communication channel …<br><br>"No messages shall be dropped due to that there is currently no available communication channel."<br><br>(DIM3 at 342; VCNA26415). |

**33.** Mr Jakobsson confirmed that Bosch had not deviated from the FC.Wait/timeout Requirements set forth in DIM3. For example, with respect to Section 7.1.2.1.4.6 (VCNA26408), Mr. Jakobsson testified that he had no information that any ECU deviated from this requirement:

Q. Okay. Again, 7.1.2.1.4.6 is part of the Volvo car specification that Volvo provided to Bosch to implement in the ECU's, correct?

A. Yes.

Q. Okay. And this section provided that the ECU's will include flow control mechanism for diagnostic messages, correct?

A. Yes.

Q. And the requirement was that the in-vehicle gateway shall support flow control mechanism on the connected networks both for upstream and downstream functions, correct?

A. Yes.

Q. And the rationale for this flow control mechanism was that no messages or frames shall be lost and if the receiver cannot receive the complete message directly due to out of high level buffers it should be negotiated between sender and receiver when the remaining parts can be sent as provided in, among other things, the FC.Wait function. Is that correct? …

A.  I don't know.

Q.  But this is what the rationale says, correct? …

A.  Yes.

Q.  I'm sorry.  Your answer is yes?

A.  The answer is yes, yes.

Q.  And this is the only information that you're aware of that Volvo provided to the Bosch supplier, correct?

A.  Yes.

<div align="center">***</div>

Q.· ·Okay.· Do you have any information -- let me say it this way:  Do you have any knowledge that Bosch deviated from the REQPROD here in 7.1.2.1.4.6?

A.· ·I don't know.

(Dep. 116:5-117:20; 130:1-6).

**34.**     Mr. Jakobsson testified that there had been no deviation from the specifications

regarding Section 7.1.2.1.4 as a whole:

Q.· ·Okay.· But you're not aware of any documents that show any deviation from the requirements listed here, correct?

A.· ·That's correct.

Q.· ·Okay.· So as far as you know all of these requirements listed in 7.1.2.1.4 are implemented by Bosch, correct? …

A.· ·I don't know.

Q.· ·But you have no information that these requirements are not implemented, correct? …

A.· ·No, I don't have that information.

Q.· ·So one of the requirements listed in this section on page 329 is REQPROD 74082, correct? ….

A.· ·I can see the number, yes.

<div align="center">- 16 -</div>
<div align="center" style="color:red">APPX8050</div>

Q.· ·Is it correct that one of the requirements that Volvo sent to Bosch is REQPROD 74082?

A.· ·Yes.

Q.· ·And if we turn to page 333 that REQPROD 74082 is shown, correct?

A.· ·Yes.

Q.· ·And this is the requirement for flow control mechanism for diagnostic messages, correct?

A.· ·Yes.

Q.· ·And this is the requirement that refers to the flow control WAIT function, correct?

A.· ·Yes.

(Dep. 123:13 - 125:3).

**35.**     Mr. Jakobsson thus admitted that Bosch is required to follow the communication protocols set forth in DIM3, and that the Requirements include flow control Wait and timeout functions that are summarized in the DIM3 Figures at pp. 337-338.

### 5.  Jakobsson Admitted That He Has No Knowledge Of The Flow Control Wait / Timeout Functions And No Knowledge Of Relevant Sections Of DIM3

**36.**     Mr. Jakobsson has no basis to challenge my analysis, or any of the relevant Requirements, because Mr. Jakobsson did not write any of the relevant specifications and did not understand them.

**37.**     Mr. Jakobsson repeatedly stated that he does not have any knowledge regarding the FC.Wait function as used in DIM or any other Volvo ECU:

Q.· ·Well, without regard to this document, are you familiar with a wait functionality in flow control?

A.· ·No.

(Dep. 59:13-16).

*** 

Q.· ·In any event, whether in the non-gateway server or gateway ECU, do you have an understanding what that FC.Wait function is?

A.· ·No.

(Dep 64:32 – 65:2).

*** 

Q. … To your knowledge, does DIM include the FC.Wait function? …

A.· ·I don't know.

(Dep. 99:16-20).

**38.** Mr. Jakobsson also was not familiar with the relevant DIM3's timeout

Requirement.  The timeout function is found as Requirement 60177 in DIM3 Section

4.6.1.1.3.5.1 ("REQPROD 60177/fv1AIN;1:  C_WFTmax") (DIM3 at 125, VCNA25198).  Mr.

Jakobsson testified that he had no understanding of this Section:

Q.· ·There's another section under this page numbered 4.6.1.1.3.5.1.· And, again, there's a requirement and it says, quote, "The C_WFTmax counter shall be set to 255," unquote.  What is your understanding of this requirement, sir?

A.· ·I have no idea.· I don't know.

(Dep. 66:10-17).

**39.** I had also previously referenced DIM3 Section 4.6.1.1.3.9.5 "REQPROD

60511/fv1AIN;2 : C_Br in non-programming session for FC.WAIT."  (DIM3 at 135,

VCNA26208).  Again, Mr. Jakobsson did not have knowledge of this Section.  (Dep. 70:6-16).

Importantly, Mr. Jakobsson testified:

Q.· ·So if we look at this specific language, quote, "If all receive buffers are used by other messages and a new message is received then the STF C_PDU is stored and FC.Wait is transmitted periodically until a receive buffer is released," unquote.  Do you have any understanding of how this is implemented in the DIM or any other Volvo ECU?

A.· ·No.

(Dep 71:02-13).

40.      I previously testified regarding Section 7.1.2.1.4.6, "REQPROD 7 4082/MAIN;2 :

Flow control mechanism for diagnostic messages."  That Section states:

Req:

An in-vehicle gateway shall support flow control mechanism on the connected
networks, both for request/downstream and for responses/upstream.

*Rationale*:

No messages or frames shall be lost, if the receiver cannot receive the complete
message directly due to out of "high level" buffers, it should be negotiated
between sender and receiver when the remaining part can be sent. E.g. on
FlexRay and CAN network using flow control frames WAIT …

(DIM3 at 333, VCNA25406).  Mr. Jakobsson testified he had no understanding of the flow

control mechanism specified here:

Q.· ·Do you know what is the flow control mechanism that is referred to in this
sentence?

A.· ·No.

(Dep. 74:16-19).

41.      With regard to the two Figures in the DIM specifications at pp. 337-338

(VCNA26410-26411), Mr. Jakobsson testified that these pages were included by the Base

Technologies group, and Mr. Jakobsson did not know why they were included.  (Dep. 78:4-

79:8).

42.      Mr. Jakobsson testified that he did not know what was meant by the

specification's statement "If no buffer is currently available use flow control WAIT mechanism

until a buffer is available (marked free) or timeout on transport protocol level":

Q.· ·And the first sentence reads, quote, "If no buffer is currently available use
flow control WAIT mechanism until a buffer is available (marked free) or time-

out on transport protocol level," unquote.  Do you have an understanding of what is referred to here?

A.· ·No.

(Dep. 79:18-80:1).

**43.** Mr. Jakobsson testified that he did not know whether Volvo's ECU utilized FC Wait, even though the DIM3 specifications clearly mandated the function as detailed above:

Q.  Is it your testimony that DIM does not utilize flow control WAIT at any time?

A.  I don't know.

Q.  Well, how do you know that flow control WAIT is not implemented in DIM?

 A.  I don't know if it's implemented.

Q.  If you don't know if FC.Wait is implemented, how do you know that this sentence is not implemented?

A.  It's not the requirement.

Q.  But flow control WAIT is a requirement, is it not? …

A.  Yes, FC.Wait is a requirement.

Q.  So if FC.Wait is a requirement, why is this sentence incorrect? ….

A.  Because this is sort of an explanation text of the requirements that are introduced.

Q.  … What is the function of flow control WAIT, sir?

 A.  I don't know. …

Q.  Well, isn't the point of flow control WAIT to make sure that a buffer is open before a message is put into the buffer? …

A.  I don't know.

Q.  Is it the function of FC.Wait to determine whether a buffer is available? …

A.  I don't know.

Q.  Is it the function of FC.Wait that is implemented in DMI to hold off a message until either a buffer is available or a timeout is reached? …

A.  I don't know. ***

Q.  …. Do you have an understanding of timeouts in connection with the sending or receipt of messages in DMI?

A.  No.

Q.  Again, if you do not have an understanding of FC.Wait, how do you know that DMI does not have a function or include the process for determining whether a buffer is available and then if a buffer is not available determining whether a timeout is reached and if a timeout is not reached then waiting until the buffer is available to send information? …

A.  I don't know.

(Dep. 80:2-83:1).

**44.** Mr. Jakobsson also could not explain the sentence "Messages shall never be dropped due to temporary occupied buffers, unless timeout on the transport protocol level" (DIM3 at 337-338):

Q. … There's a second part of that call-out.· It says, quote, "Messages shall never be dropped due to temporary occupied buffers, unless timeout on transport protocol level," unquote.  Do you see that?

A.· ·Yes.

Q.· ·Do you have an understanding of that sentence, sir, what it means?

A.· ·No.

(Dep. 83:4-14).

### 6. Jakobsson Does Not Know Whether Bosch Implemented DIM3 Pages 337-338

**45.** It does not matter for purposes of my opinion whether Bosch implemented either of the buffer allocation examples set forth at DIM3 pages 337-338.  As I previously explained, I focused on the clear statement on DIM3 pages 337-338 that the flow control Wait and timeout functions were required to make sure that no messages were dropped.  I never addressed the

particular buffer allocations in the two Figures.  Nevertheless, I note that Mr. Jakobsson does not

actually know whether Bosch implemented either of those buffer allocation examples:

> Q.· ·But do you know that Bosch did not implement any of the examples in the
> DIM 3 document that Volvo presented to Bosch?
>
> A.· ·I don't know.
>
> Q.· ·Is there any written agreement or statement between Bosch and Volvo that
> says Bosch shall not implement anything in the ECU that's not specifically
> identified as a requirement?
>
> A.· ·No.

(Dep. 127:19 – 128:5).

    **46.**    Mr. Jakobsson further admitted that Bosch could have implemented the Figures

shown at DIM3 pages 337-338:

> Q.· ·Now, Bosch has the opportunity to implement these figures, 1 or 2 on page
> 337 or 338, even if it's not a requirement, correct? ….
>
> A.· ·Yes.

(Dep. 125:14-20)

    **47.**    Mr. Jakobsson at one point suggested that there is an agreement between Bosch

and Volvo that Bosch is not going to implement even an illustrative example in the specification

unless it's specifically stated in an REQPROD.  (Dep. 126:9-16).  But then Mr. Jakobsson again

agreed that he does not know whether Bosch implemented the examples at DIM3 pages 337-338:

> Q.· ·But do you know that Bosch did not implement any of the examples in the
> DIM 3 document that Volvo presented to Bosch?
>
> A.· ·I don't know.

(Dep. 127:19-23).

    **48.**    In any event, neither Mr. Jakobsson nor Volvo  produced any agreement that

examples in the DIM3 specification would not be followed.  Any such agreement would be

senseless from the standpoint of anyone familiar with automotive specifications.  An engineer

will not put into a specification an illustrative example of a requirement in order to preclude the supplier from practicing the example.

49.     At one point, Mr. Jakobsson "guessed" or "interpreted" that the FC.Wait was related to software download.  (Dep.63:11-25).  His guess/interpretation is unsupportable and is contradicted by DIM3's plain language.  First, Requirement 116701, which includes flow control Wait, is referenced under the header of "Communication Layer Protocol" under "Transport and Network Layer."  (DIM3 at 116, VCNA26189).  The DIM3 Specification introduced the Requirement and the entire Section as "applicable for diagnostic messages in both software download (i.e. when in programming session) and in application (i.e. when in other sessions than programming session)."  (DIM3 at 115, VCNA26188).  Requirement 116701 is also part of a Sub-Section addressing the "FlowStatus (FS) parameters," which is not limited to programming/software download:



4.6.1.1.2.1.3.1    FlowStatus (FS) parameters

All defined FowStatus (FS) parameters in *Road vehicles - Communication on FlexRay - Part 2: Communication layer services, ISO 10681-2* shall be supported but only following shall be used: ContinueToSend, Wait, Abort and Overflow. In programming session, the server may use FC.Wait if it receives a request to be queued in server, when it is processing a previously received request. A gateway ECU may use FC.Wait in any situation and session when it does not have enough buffers available for receiving the complete message.

This section has resulted in the following requirements:

- REQPROD 60172          FlowStatus (FS) parameter
- **REQPROD 116701**     **FlowControl Wait usage**

(DIM3 at 117-118, VCNA26190-26191).

50.     Further, neither the plain language of Requirement 116701 nor any earlier header limits the Requirement to programming/software download.  See:

### 4.6.1.1.3   REQUIREMENTS

This section lists all requirements that are motivated in the previous sections of this document.

*** 

### 4.6.1.1.3.4   FlowStatus (FS) parameters

### 4.6.1.1.3.4.1   REQPROD 116701/MAIN;3 : FlowControl Wait usage

| Attribute name | Attribute value |
|---|---|
| Purpose | Use FC.Wait to halt message reception in appropriate situations. |
| Source | |
| Verification method | Test - Use VCC Test Description |

**Req:**
Non-gateway server:
In programming session, the server may use FC.Wait if it receives a request when it is processing a previously received request. In all other situations in all sessions usage of FC.Wait is not allowed.

Gateway ECU:
The gateway ECU shall use FC.Wait if it receives a message when buffers are not available for receiving the complete message. This applies to server side and client side.

(DIM3 at 123-125, VCNA26196-26198).

51.     Mr. Jakobsson testified that the entire DIM section was written by someone else (Dep. 62:24 – 63:02), and that he had only a "general understanding" of the section "but not in detail."  (Dep. 63:8-10).  I am confident that Mr. Jakobsson would not have answered in the same fashion if he had a chance to carefully review and consider the entire relevant DIM3 Section.

52.     In short, Volvo required Bosch to implement the flow control Wait and timeout functions referenced in the Figures at DIM3 pages 337/338.  Flow control Wait and the timeout functions are clearly stated in the Requirements.  The statements regarding these Requirements reflect their actual function which corresponds to the retry/timeout elements of Claim 31 of the '765 Patent.  Mr. Jakobsson knows only that Bosch was required to follow these Requirements, but, otherwise, does not have any information as to whether Bosch had, for example,

implemented the Figure at page 338 exactly as it is shown.  But whether the Figure was implemented or not, the Requirements mandated the use of the flow control Wait and timeout functions which correspond to the retry/timeout elements of Claim 31.

I hereby declare that all the statements made in this Report are of my own knowledge and true; that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001. The contents of this Report are true under penalty of perjury of the laws of the United States.

DATED:  October 13, 2023

_Eileen Davidson_

Eileen Davidson

1          IN THE UNITED STATES DISTRICT COURT

2            OF THE DISTRICT OF DELAWARE

3

4            HIGHLY CONFIDENTIAL/
          OUTSIDE ATTORNEYS' EYES ONLY

5

6
     STRAGENT, LLC,                )
7                                  )
          Plaintiff,               )
8                                  )Civil Action No.
     v.                            )22-293-JDW
9                                  )
     VOLVO CAR USA, LLC,           )
10                                 )
          Defendant.               )
11

12

13

14          Deposition of MAGNUS JAKOBSSON

15     taken pursuant to notice via remote

16     videoconferencing of all participants

17     beginning at 8:40 a.m., on Friday,

18     September 29, 2023, before Kurt A.

19     Fetzer, Registered Diplomate Reporter

20     and Notary Public.

21

22          FILED UNDER SEAL

23     SUBJECT TO PROTECTIVE ORDER

24

25

```
 1    APPEARANCES:

 2         GEORGE PAZUNIAK, ESQ.
           O'KELLY & O'ROURKE, LLC
 3           824 North Market Street
             Suite 1001A
 4           Wilmington, Delaware  19801
             gp@del-iplaw.com
 5           207-359-8576
                  - and -
 6         THOMAS MEAGHER, ESQ.
           MEAGHER EMANUEL LAKS
 7         GOLDBERG & LIAO, LLP
             1 Palmer Square W
 8           Princeton, New Jersey 08546
             tmeagher@meagheremanuel.com
 9           609-454-3500
             For the Plaintiff
10
           LEWIS HUDNELL, ESQ.
11         HUDNELL LAW GROUP
             800 West El Camino No 180
12           Mountain View, California 94040
             lewis@hudnelllaw.com
13           650-564-3698
             For the Defendant
14
      ALSO PRESENT:
15         DEANE CARTESEN - MONITOR
           EILEEN DAVIDSON
16

17                      -   -   -   -   -

18

19

20

21

22

23

24

25
```

```
 1              THE COURT REPORTER:  Do counsel

 2    stipulate to the admissibility of my

 3    oath via remote video- conferencing?

 4              MR. PAZUNIAK:  Yes.

 5              MR. HUDNELL:  Yes.

 6

 7              -   -   -   -   -

 8

 9              MAGNUS JAKOBSSON,

10       the deponent herein, having first

11       been duly sworn on oath, was

12       examined and testified as follows:

13                  EXAMINATION

14    BY MR. PAZUNIAK:

15      Q.   If we are all ready, good

16    afternoon, Mr. Jakobsson, because it's

17    afternoon where you are.  So I

18    apologize for the technical issues that

19    we have faced, but thankfully I think

20    we're all okay now.

21              And so please state your

22    name for the record and your address.

23      A.   My name is Magnus Jakobsson.

24    My address is Travarevaen 32 in

25    Gothenburg, Sweden.
```

1     Q.    Please give us your educational

2     background.

3     A.    I am an electrical engineer with

4     a degree of Master's of Science of

5     electrical engineering from Chalmers

6     University in Gothenburg.

7     Q.    When did you get your Master's

8     of Science in electrical engineering?

9     A.    1998.

10     Q.    And can you give us briefly an

11     outline of your professional work

12     experience?

13     A.    Yes.   I got to do my master's

14     thesis work at Volvo and I started at

15     Volvo in 1997, the year before I

16     actually had my degree.

17          Then I worked for Volvo with

18     electrical parts for some years, then

19     went to a supplier, an automotive

20     business, also as an engineer for

21     electrical components.

22          And since 2004 I've been

23     working for Volvo again and with

24     different fields but still electrical.

25     I started with switches and then into

Appx8063

1    instrument clusters.

2       **Q.   And when did you start working**

3    **with instrument clusters?**

4       A.   2002 to 2005.

5       **Q.   And what have been your job**

6    **titles in instrument clusters since**

7    **2005?**

8       A.   It has been test engineer,

9    software engineer and system architect.

10      **Q.   What were your job functions as**

11   **test engineer?**

12      A.   It was to test the software

13   functions within the instrument

14   cluster.

15      **Q.   And just very briefly, what kind**

16   **of tests did you conduct?**

17      A.   It could be functional tests

18   like when an indication is showing,

19   when it should send a signal seeing

20   that something is malfunctioning.

21           It could also be testing

22   diagnostic functions that something is

23   wrong so it can read out the

24   diagnostics and see what is wrong with

25   the unit.

```
 1                    And it could also be testing
 2   flashing possibilities of the unit.
 3        Q.   Then what was your second job
 4   function?
 5        A.   Software engineer.
 6        Q.   Okay.  As software engineer,
 7   again what kind of work did you do for
 8   that?
 9        A.   That was to get refinements of
10   the Volvo, what should be implemented
11   in the cluster, maybe refine them, may
12   be not, and then put them together in
13   packages to a supplier that will do all
14   of the development work.
15        Q.   Okay.  And during what years
16   were you software engineer?
17        A.   Sorry.  I didn't get the
18   question.
19        Q.   In what years were you in that
20   job function of software engineer?
21        A.   I started 2010.
22        Q.   And until when?
23        A.   I don't know.  There was a
24   switch.
25        Q.   Okay.  So somewhere between
```

Appx8065

1   2010 and today you became a system

2   architect.  Is that correct?

3    A.   That is correct.

4    Q.   Can you just give us an

5   approximate time that you became a

6   system architect?

7    A.   Yeah.  It should be somewhere

8   around 2019.

9    Q.   And what are your functions as

10   the system architect?

11    A.   It is on the more architectural

12   level, design and discuss how the

13   instrument cluster functions, how they

14   should be realized in the car.

15    Q.   You have been referring to

16   instrument clusters.  Can you just

17   identify the different components that

18   fall within that category?

19    A.   Yeah.  When we talk about the

20   instrument clusters at Volvo, it is the

21   unit you see in front of you where you

22   display the speeds and maybe some text,

23   the indications of different systems

24   that's going wrong, so that unit

25   combines all information that the

Appx8066

```
 1   driver needs to see.

 2     Q.   Any other components that fall

 3   within that category of instrument

 4   cluster?

 5     A.   No.

 6     Q.   Did you work with any other

 7   electrical modules in the car other

 8   than instrument clusters in the period

 9   of 2004 through the present?

10           MR. HUDNELL:  Objection to

11   form.

12           Go ahead.

13     A.   I worked from 2004 to 2005, just

14   one year, I worked with switches.

15     Q.   Since 2005 have you worked with

16   any other modules or components other

17   than instrument clusters?

18           MR. HUDNELL:  The same

19   objection.

20     A.   No.

21           MR. PAZUNIAK: What was the

22   basis for your objection, Lewis?

23           MR. HUDNELL:  Vague.

24           MR. PAZUNIAK:  Okay.

25
```

Appx8067

```
 1   BY MR. PAZUNIAK:

 2       Q.   At what point in your job

 3   functions did you first encounter

 4   AUTOSAR?

 5               MR. HUDNELL:  Objection to

 6   form.

 7               Go ahead.

 8               THE WITNESS:  Okay.

 9     A.   I encountered it when I started

10   to work in 2010.

11       Q.   And are you an expert in

12   AUTOSAR?

13               MR. HUDNELL:  Objection to

14   form.

15     A.   No.

16       Q.   What kind of experience have you

17   had with AUTOSAR?

18     A.   My experience has been to, yeah,

19   to deliver some sort of specification

20   to suppliers from Volvo regarding

21   AUTOSAR.  That has been, yeah, more or

22   less that.

23               And then with different

24   parts of AUTOSAR I have come into more

25   detail over the years, things like
```

Appx8068

1    troubleshooting things.

2      Q.    As a system architect, do you

3    have any persons reporting to you?

4      A.    No.

5      Q.    When you were a software

6    engineer did you have any people

7    reporting to you?

8      A.    No.

9      Q.    How many other software

10   engineers were there in Volvo around

11   the period of let's say 2019, if you

12   can estimate?

13     A.    I don't remember.

14     Q.    Are we talking about a number

15   that's in single digits or double

16   digits?

17     A.    It should be single digits.

18     Q.    And today how many other system

19   architects are there?

20     A.    I have to ask.  At Volvo?  It's

21   hard to answer that question like that.

22     Q.    Okay.  Let me ask you this:  How

23   many other system architects are there

24   at your location where you work?

25     A.    I would say around ten.

1    Q.   And do all those system

2  architects have their specialties such

3  as you have a specialty in instrument

4  clusters?

5    A.   Yes.  Everyone has their

6  specialty.

7    Q.   And is there a specialist, for

8  example, for the engine control module?

9         MR. HUDNELL:  Objection to

10  form.

11   A.   I don't know.

12   Q.   Is there a system architect for

13  the central electronic module?

14         MR. HUDNELL:  Objection.

15   A.   I don't know.

16   Q.   Do you know what I'm referring

17  to when I refer to a central electronic

18  module?

19   A.   Yes.

20   Q.   And what is that?  I just want

21  to make sure we're talking about the

22  same thing, same component.

23   A.   Yes.  That is the central

24  computer in the car that combines

25  things, yes.

```
 1      Q.   And your instrument clusters
 2   that you work with have to connect with
 3   the central electronic module, correct?
 4      A.   Yes.
 5      Q.   And do you work with anyone
 6   associated with the central electronic
 7   module when you do your work in making
 8   sure that the instrument clusters
 9   connect with the central electronic
10   module?
11      A.   Can you clarify "work"?  Do you
12   mean today or in the past?
13      Q.   In the past or today.
14      A.   Yes.  In the past, yes.
15      Q.   And you no longer work with
16   anyone from central electronic modules
17   today?
18      A.   No.  No.
19      Q.   What changed between the past
20   and today?
21      A.   The electrical architecture.
22   There is no central electronic module.
23      Q.   Is it still found in Volvo cars?
24      A.   Yes.
25      Q.   So what replaced the central
```

Appx8071

```
 1   electronic module?

 2     A.    What to call it?   The vehicle

 3   computer unit.

 4     Q.    Is that a change in name or has

 5   the entire component been changed?

 6     A.    The entire component has

 7   changed.

 8     Q.    So what is the last model year

 9   that the central electronic module has

10   been used in Volvo cars?

11     A.    It is used in cars produced

12   today.

13     Q.    So in the future the central

14   electronic module will no longer be

15   used, correct?

16     A.    Yes.

17     Q.    And so when you say you're

18   working with the new component, that is

19   for future models.  Is that correct?

20     A.    Yes.

21     Q.    I have the same question

22   regarding the engine control module.

23            Did you ever have any

24   interaction with the engine control

25   module in your work with the instrument
```

Appx8072

1    cluster?

2      A.   Yes.

3            MR. HUDNELL:   Objection to

4    form.

5      Q.   And what kind of work did you do

6    associated with the engine control

7    module?

8      A.   It was the same work as with the

9    central electronic module.

10     Q.   So that the instrument cluster

11   connected with the engine control

12   module, correct?

13     A.   Yes.

14     Q.   And has that been true for your

15   time as software engineer and system

16   architect?

17     A.   No.

18     Q.   When did your work with engine

19   control modules begin?

20     A.   It started in 2010 when I was a

21   software engineer.

22     Q.   When did your association with

23   engine control modules stop?

24     A.   By the time I became a system

25   architect.

Appx8073

1    Q.   And why did your work with

2    engine control modules stop at that

3    point?

4    A.   Because then I left this

5    component and started to develop new

6    ones.

7    Q.   So as a system architect you're

8    developing components for future model

9    years.  Is that correct?

10   A.   No.

11   Q.   Okay.  In your current position

12   are you developing instrument clusters

13   for future model years?

14   A.   Both yes and no.  We don't call

15   it instrument cluster anymore.  That is

16   the problem.

17           So I will say no.

18   Q.   Okay.  Is there a new name for

19   the instrument cluster?

20   A.   Yes.

21   Q.   What is that?

22   A.   The DIM display.

23   Q.   And DIM stands for driver

24   information module.  Is that correct?

25   A.   Yes.

Appx8074

1     Q.    Again, just to make sure we do

2     not confuse ourselves, is there a time

3     when nomenclature changed from

4     information cluster to DIM display?

5     A.    Yes.

6     Q.    When was that?

7     A.    As I also explained, those exist

8     at this time.  The instrument cluster

9     is referring to older cars, and the DIM

10    display is referring to the future

11    cars.  So at this point today those

12    exist.

13    Q.    Now, the instrument cluster has

14    been referred to as a driver

15    information module, has it not?

16    A.    Yes.

17    Q.    And I think we got off on a

18    little side note because we were

19    talking about the engine control

20    modules and I have to go back to that.

21            Today does any of your work

22    as system architect involve the

23    connections or interfacing between the

24    DIM display or instrument cluster on

25    the one side and an engine control

Appx8075

1    module on the other?

2      A.   No.

3      Q.   And why is there no interaction

4    between the two components?

5           MR. HUDNELL:   Objection to

6    form.

7      A.   That is because we changed the

8    architecture.

9      Q.   And what kind of change in

10   architecture are you talking about?

11     A.   Yeah.   It is more or less

12   everything is connected to the new

13   vehicle control unit and then

14   everything, every connection from

15   everything in the car should go to that

16   control component.

17     Q.   And this vehicle control unit

18   that you are referring to, is that

19   found in any existing Volvo models or

20   is it only for future models?

21     A.   It is only for future models.

22     Q.   But for current model year cars

23   or car model years since 2017, is it

24   fair to say that there was interaction

25   between the instrument cluster and the

1     electronic control module?

2        A.   Yes.

3        Q.   Okay.  Now let's turn to what

4     you should have, which is a copy of

5     your declaration, which I will mark as

6     Exhibit 34.

7                 (Deposition Exhibit No. 34

8     was marked for identification.)

9     BY MR. PAZUNIAK:

10       Q.   Are you familiar with this

11    document, sir?

12       A.   Yes.

13       Q.   Is this a declaration that you

14    executed on or about April 12, 2023?

15       A.   Yes.

16       Q.   In the second paragraph of your

17    declaration at the last phrase you

18    say, quote, "I am familiar with the

19    software requirements of electronic

20    control units used in Volvo cars,"

21    unquote.

22                 What electronic control

23    units are you referring to in that

24    sentence?

25       A.   Only the DIM control unit.

1    Q.   So the correct statement in this

2    paragraph should be that you are

3    familiar with the software requirements

4    of the driver information module used

5    in Volvo cars.

6              Is that correct?

7    A.   Yes.

8              MR. HUDNELL:  Objection to

9    form.

10   Q.   Now, in your work in making sure

11   that the driver information module was

12   communicating with the engine control

13   module or the central electronic

14   module, did you become familiar with

15   those electronic control modules?

16   A.   I have to -- I cannot answer

17   that.  I'm not familiar with that.

18   Q.   How much -- well, let me ask you

19   this:  In order for the driver

20   information module to communicate with

21   the electronic control module and the

22   central electronic module, is it fair

23   to say that all three units had to use

24   the same communication protocol?

25             MR. HUDNELL:  Objection to

1    form.

2       A.   Yes.

3       Q.   And who created the protocol

4    that was used to communicate between

5    the three modules?

6                MR. HUDNELL:   Objection to

7    form.

8       A.   I don't know.

9       Q.   To your knowledge, was AUTOSAR

10   used to develop the communication

11   protocol for communication between the

12   driver information module and the

13   central electronic module?

14               MR. HUDNELL:   Objection to

15   form.

16      A.   I don't know how to answer.  I

17   don't know.

18      Q.   You mentioned earlier that you

19   were familiar with AUTOSAR.  How

20   familiar are you with the

21   implementation of AUTOSAR in Volvo

22   cars?

23               MR. HUDNELL:   Objection to

24   form.

25      A.   Not so -- on a detail level, not

 1    so familiar.

 2       Q.    Is there someone at Volvo who is

 3    the person that you would go to to ask

 4    questions regarding the implementation

 5    of AUTOSAR with Volvo cars?

 6       A.    No.

 7       Q.    So if you had a question

 8    regarding AUTOSAR are you saying that

 9    there is no one at Volvo to whom you

10    would direct an inquiry?

11       A.    Yes.

12       Q.    Is there anyone outside of

13    Volvo to whom you would go and ask

14    questions about AUTOSAR if you ran

15    into an AUTOSAR issue?

16       A.    Yes.

17       Q.    And who is that?

18       A.    That would be the suppliers.

19       Q.    So the suppliers are the ones

20    who actually implement AUTOSAR in their

21    electronic control units?

22       A.    Yes.

23              MR. HUDNELL:   Objection to

24    form.

25       Q.    But those electronic control

Appx8080

1    units suppliers have to follow Volvo

2    statements of work and specifications,

3    correct?

4      A.   Yes.

5              MR. HUDNELL:   Objection to

6    form.

7      Q.   And is there anyone outside of

8    Volvo and Volvo's suppliers that to

9    your knowledge has any information

10   regarding the communication protocols

11   utilized by Volvo in communicating

12   between different electronic units?

13     A.   Yes.

14     Q.   Who is that?

15     A.   There's a number of software

16   suppliers like Mentor Graphics, Vector.

17   I don't remember other names.

18              Anyone can develop an

19   AUTOSAR software that it can buy.

20     Q.   Yes.  But my question is

21   directed to the communication protocol

22   utilized in Volvo cars and not AUTOSAR

23   in general.

24              Is there anyone outside of

25   Volvo and Volvo suppliers who knows

1   about the details of the communication

2   protocols used in Volvo cars?

3     A.   Yes.  It is the same.

4     Q.   Are you saying that Mentor

5   Graphics or Vector actually know the

6   specifications and statements of work

7   that Volvo has implemented?

8     A.   No.

9     Q.   Well, to what extent does

10  Vector, for example, have information

11  regarding the communication protocols

12  that Volvo uses?

13    A.   They have access to, yeah, the

14  requirements from Volvo.

15    Q.   And is it fair to say that these

16  suppliers that you have mentioned,

17  Vector and Mentor Graphics, supply the

18  basic AUTOSAR software?

19            MR. HUDNELL:   Objection to

20  form.

21    A.   No.

22    Q.   What do they provide?

23    A.   It's up to each supplier to buy

24  from whoever they find to be the best

25  and then they select the AUTOSAR

Appx8082

 1   version and the AUTOSAR components that

 2   they need.

 3       Q.   Let's turn to to that DIM

 4   document, the large thing that I will

 5   mark as Exhibit 35.

 6               MR. PAZUNIAK:  And Exhibit

 7   35 starts with VCNA 0026074 and it

 8   continues to VCNA 27041.

 9               (Deposition Exhibit No. 35

10   was marked for identification.)

11   BY MR. PAZUNIAK:

12       Q.   So we have Exhibit 35 before

13   you.  Are you familiar with this

14   Exhibit 35?

15       A.   Yes.

16       Q.   And is this a document that you

17   helped prepare?

18       A.   Yes.

19       Q.   Is there anyone other than you

20   who was involved in the preparation of

21   this document?

22       A.   Yes.

23       Q.   And who was that?

24       A.   It was a base technologies

25   representative.

1    Q.   What is a base technologies

2    expert?

3    A.   It's not an expert.

4         MR. HUDNELL:   I think he had

5    representative.

6    Q.   I'm sorry.  Let me rephrase

7    that.

8         What is base technologies?

9    A.   Yes.  It is a loose term of

10   all the technologies needed in the

11   background of the car.

12   Q.   And how many people work within

13   that group of base technologies?

14   A.   I don't know.

15   Q.   And was there only one

16   representative from base technologies

17   that you worked with or were there

18   multiple people?

19   A.   It was only one.

20   Q.   And what was that person's name?

21   A.   His name was Peter Sjostrand.

22   Q.   Other than you and Peter, were

23   there any other people involved in the

24   writing of this Exhibit 35?

25   A.   No.

1     Q.   Did you use some template to

2   prepare this 968-page document?

3     A.   No.

4     Q.   Had you prepared any other

5   specifications similar to Exhibit 35

6   before you prepared this one?

7     A.   Yes.

8     Q.   What specifications had you

9   previously worked on?

10    A.   Similar, similar base

11  technologies specifications and

12  also other software requirement

13  specifications that doesn't include

14  base technologies but other software

15  requirements.

16    Q.   Were all of those related to the

17  driver information module?

18    A.   Yes.

19    Q.   And there were prior versions of

20  this document, Exhibit 35, correct?

21    A.   Yes.

22    Q.   And, in fact, at the top right-

23  hand corner it indicates that this is

24  the 5th revision, correct?

25    A.   Yes.

1     Q.    So other than revisions 1

2   through 5 of the document that is

3   Exhibit 35, what other software

4   requirement specifications had you

5   prepared?

6     A.    I'm sorry.  You have to clarify.

7   I don't understand it.

8     Q.    This document, Exhibit 35, is

9   called a software requirement

10   specification, correct?

11     A.    Yes.

12     Q.    And this is the 5th version of

13   that specification, correct?

14     A.    Yes.

15     Q.    Now, excluding revisions 1

16   through 5 of this software requirement

17   specification, Exhibit 35, what other

18   software requirement specifications

19   have you written?

20     A.    I've written the specifications,

21   software requirement specifications

22   that includes the functional behavior

23   of DIM.

24     Q.    Anything else?

25     A.    No.

```
 1     Q.   Now, when you wrote the first

 2   version of the software requirement

 3   specification, did you start with a

 4   blank document or did you have some

 5   kind of document to which you referred

 6   to as the template before the writing

 7   of this document?

 8     A.   It starts differently.  This

 9   comes from a database at Volvo.  And

10   when you select what kind of module you

11   will do automatically you will get

12   everything that the system thinks that

13   you need for this component and this

14   would be part of the generation of the

15   document.

16     Q.   All right.  Can you turn to page

17   73 of Exhibit 35?

18              Okay.  Are you there, Mr.

19   Jakobsson?

20     A.   Yes.

21     Q.   First of all, in the revision

22   history it shows revisions for versions

23   1, 2 and 3.

24              Do you see that?

25     A.   Yes.
```

1    Q.   But there's nothing that shows

2    revisions for version 5.  Is there a

3    reason for that?

4    A.   Yes.

5    Q.   And what is that?

6    A.   Manual problems.

7    Q.   I don't understand.

8    A.   They are to do this manually and

9    this has probably been forgotten.

10    Q.   So when was this document,

11    version 5, prepared?

12    A.   I don't remember.

13    Q.   Can you give us an approximate

14    time?

15    A.   Yes.  It should have been

16    somewhere around 2015.

17    Q.   2015.  Okay.  And there are some

18    names next to the revisions, including

19    a Johan Svard, J-o-h-a-n S-v-a-r-d.

20         Who is he?

21    A.   I don't know.

22    Q.   And there's also another

23    gentleman by the name of Ulf, U-l-f,

24    Edvardsson, E-d-v-a-r-d-s-s-o-n.

25         Do you know Mr. Edvardsson?

1     A.   Yes.

2     **Q.   And who is he?**

3     A.   He was a manager.

4     **Q.   Is he still with Volvo?**

5     A.   I don't know.

6     **Q.   Who do you report to today?**

7     A.   Today?  My manager is Raphael --

8  I'm trying to remember.

9          Raphael Wadie.

10    **Q.   Who was it before him?**

11    A.   Torbjorn Asp.

12    **Q.   What were the job titles of**

13 **those two gentlemen to whom you report?**

14    A.   I don't know.

15    **Q.   And can you just at least tell**

16 **me what their functions were if you do**

17 **not know their job titles.**

18    A.   Yes.  Managers for driver

19 information.

20    **Q.   These managers for driver**

21 **information, to whom did they report by**

22 **job function?**

23    A.   They report to -- I don't really

24 know.  I don't know the name of the

25 function.

Appx8089

1      Q.   And there's another person here,

2   Per Johannessen.   Is that the person

3   you mentioned before?

4      A.   No.

5      Q.   Who is Per Johannessen, if you

6   know?

7      A.   I don't know.

8      Q.   You don't know.   Okay.

9           In the next block of this

10   document you have a block called

11   requisite documents, external

12   publications.   And the first two

13   entries here refer to AUTOSAR

14   specifications, correct?

15      A.   Yes.

16      Q.   And specifically to revisions

17   4.0 rev 2, correct?

18      A.   Yes.

19      Q.   Are you familiar with these two

20   specifications?

21      A.   No.

22      Q.   These specifications, were they

23   written into this Exhibit 35 by you or

24   was it automatically created by the

25   person responsible for creating the

1   template for this?

2            MR. HUDNELL:  Objection to

3   form.

4     A.   I don't know.  That's two

5   questions in one.

6     Q.   Who wrote, who introduced items

7   1 and 2 under the external publications

8   list?

9     A.   That was automatically

10  generated.

11    Q.   And it was automatically

12  generated by whom?

13    A.   I generate the document from the

14  system.

15    Q.   And so you chose to introduce

16  items 1 and 2 under external

17  publications?

18            MR. HUDNELL:  Objection to

19  form.

20    A.   No.

21    Q.   I'm sorry?

22    A.   No.

23    Q.   Well, I'm not trying to make

24  this difficult.  I'm just having a hard

25  time understanding how is it that items

```
 1    1 and 2 were chosen to be included in

 2    this publications listing.

 3        A.    It was chosen because DIM was on

 4    a FlexRay network.

 5        Q.    And what does the fact that DIM

 6    is on a FlexRay network have to do with

 7    the introduction of items 1 and 2 under

 8    the external publications?

 9        A.    Yeah.   I'm not familiar how that

10    exactly works, but when it shows this

11    one you get the packet that someone

12    basically has chosen.

13        Q.    And basic technologies are the

14    people who do all the background

15    technology work for the Volvo ECU's,

16    correct?

17        A.    Yes.

18        Q.    And so base technologies said

19    that items 1 and 2 should be included

20    under this external publications

21    grouping, correct?

22              MR. HUDNELL:   Objection to

23    form.

24        A.    Yes.

25        Q.    Let's turn to page 74 and there
```

1    the second grouping is 4.3.1.1.3.1,

2    change in methodology due to new

3    communications platform and ISO 26262.

4              Again, did you prepare the

5    language of this section?

6    A.    No.

7    Q.    How did this section come to be

8    included in this specification?

9    A.    It was part of the generation.

10   Q.    Again, this is the base

11   technologies group choosing to require

12   this as part of the specification,

13   correct?

14   A.    Yes.

15   Q.    Are you familiar with ISO 26282?

16   A.    Yes.

17   Q.    And what is that?

18   A.    That is the automotive safety

19   standard.

20   Q.    And does it apply to both

21   FlexRay and CAN?

22   A.    Yes.

23   Q.    Are you familiar with the term

24   CAN, Mr. Jakobsson?

25   A.    Yes.

1     Q.    What does it stand for?

2     A.    (Pause)

3     Q.    Is it control area network

4     maybe?

5     A.    Yes.

6     Q.    All right.  Anyhow, the CAN

7     network, or control area network, is

8     that something that you worked with at

9     Volvo?

10    A.    Yes.

11    Q.    And, again, that's a

12    communication protocol used in Volvo

13    cars, correct?

14    A.    Yes.

15    Q.    And in the first sentence in

16    that section there is a reference to

17    SPA and later programs.

18              Now, are you familiar with

19    the term SPA?

20    A.    Yes.

21    Q.    And that's a designation for a

22    platform, correct?

23    A.    Yes.

24    Q.    Can you tell us, can you just

25    very briefly identify what SPA is?

STRAGENT, LLC. vs VOLVO CAR USA, LLC.                22-293-JDW

```
 1      A.    You mean the name for the

 2   acronym?

 3      Q.    Can you identify what Volvo car

 4   models utilize the SPA platform?

 5      A.    No, not off the top of my head.

 6      Q.    Can you identify any?

 7      A.    Yes.

 8      Q.    Can you do that, please?

 9      A.    C90, G90 and S90.

10      Q.    What other platforms are you

11   familiar with other than SPA?

12      A.    Yeah.  Volvo CMA and later

13   SPA 2.

14      Q.    Are there any car models already

15   manufactured by Volvo that rely on the

16   SPA 2 platform?

17      A.    No.

18      Q.    And what car models utilize the

19   CMA platform, to your knowledge?

20      A.    I don't remember.

21      Q.    But, in any event, the SPA, CMA

22   and SPA 2 are the only three platforms

23   which you are aware of used in Volvo

24   cars, correct?

25      A.    No.
```

Appx8095

1      Q.   Since model year 2017, has Volvo

2   manufactured any cars to your knowledge

3   that were not based on either SPA or

4   CMA?

5      A.   No.

6      Q.   So to the avoid double negative,

7   is it fair to say that all cars

8   manufactured by Volvo from model year

9   2017 through the present utilize either

10   the SPA or CMA platforms?

11      A.   Yes.

12      Q.   Let's turn now to to page 77.

13   And in the middle of that page right

14   above the section numbered 43115

15   there's a couple of paragraphs

16   beginning with the words "In addition

17   to the safety mechanisms."

18            Do you see that paragraph?

19      A.   Yes.

20      Q.   And then the next paragraph

21   begins "It should be noted that the

22   safety mechanism" -- I'm sorry.  Let me

23   start again:  Quote:  "It should be

24   noted that the safety mechanisms,

25   including the communication stack in

```
 1    BSW and the AUTOSAR CRC and E2E

 2    libraries, should be implemented

 3    according to a development process

 4    capable of an ASIL of at least the same

 5    level as of the supported signal as

 6    well as fulfilling safety requirements

 7    of ISO-26262," unquote.

 8            Did you write this sentence,

 9    sir?

10    A.   No.

11    Q.   Again, is this a sentence that

12    was generated by the experts in base

13    technologies?

14    A.   Yes.

15    Q.   Do you have any understanding of

16    what is set forth in this sentence?

17    A.   Can you clarify your question?

18    Q.   Well, let's start with some

19    basics.

20            Do you know what BSW refers

21    to?

22    A.   No.

23    Q.   Have you ever heard of the

24    phrase basic software?

25    A.   Yes.
```

Appx8097

1    Q.   And what is basic software to

2    your knowledge?

3    A.   To my knowledge, yeah, it's some

4    sort of the drivers possibly, also

5    memory.

6    Q.   And is basic software AUTOSAR

7    compliant?

8         MR. HUDNELL:   Objection to

9    form.

10   A.   That's a bit wide.  I don't know

11   the answer.

12   Q.   Is basic software a component of

13   the AUTOSAR specifications to your

14   knowledge?

15        MR. HUDNELL:   Same

16   objection.

17   A.   No.

18   Q.   It's not?

19   A.   No.

20   Q.   Are you familiar with AUTOSAR

21   specifications that refer to BSW?

22   A.   No.

23   Q.   Are you familiar with the

24   phrases CRC or E2E?

25   A.   Yes.

```
 1      Q.    What is CRC?

 2      A.    We calculate the checksum of

 3   data.

 4      Q.    Can you spell that word for the

 5   court reporter?

 6      A.    Checksum?

 7      Q.    Yes.

 8      A.    C-h-e-c-k-s-u-m.

 9      Q.    What is E2E?

10      A.    End-to-end.

11            THE COURT REPORTER:  I need

12   help with that.

13      Q.    It's e-n-d to, t-o, e-n-d,

14   correct?

15      A.    Yes.

16      Q.    Is this something that you

17   worked with when you were a software

18   engineer or system analyst or system

19   architect?

20      A.    Yes.

21      Q.    And what kind of work did you do

22   with E2E and CRC?

23      A.    Make sure that it was

24   implemented I will say because it's a

25   way of protecting data over
```

Appx8099

1   transmission.

2      Q.   And when you implemented CRC and

3   E2E to protect data, did you have any

4   understanding of the relationship of

5   those two elements to the AUTOSAR

6   specifications?

7      A.   Yes.

8      Q.   What was that relationship?

9      A.   Looking through the AUTOSAR

10  specifications to understand how they,

11  yeah, how they function.

12     Q.   And you did that to make sure

13  that your devices were in compliance

14  with the AUTOSAR specifications,

15  correct?

16          MR. HUDNELL:   Objection to

17  form.

18     A.   No.

19     Q.   Well, why is my statement not

20  correct?

21     A.   I didn't check to how it was,

22  how AUTOSAR had done this and if we can

23  use it in the same way that AUTOSAR

24  used it or not.

25     Q.   And did you choose to use the

1     AUTOSAR program or reject AUTOSAR?

2        A.   We used AUTOSAR.

3        Q.   All right.  There's another

4     section numbered 4.3.1.1.5.1, lower

5     level network protocol safety

6     mechanisms.

7              Again, did you write this

8     section, sir?

9        A.   No.

10       Q.   Again, is this a section that

11    was generated by the experts in base

12    technologies?

13       A.   Yes.

14             MR. HUDNELL:  I object to

15    the form.

16       Q.   Do you have an understanding of

17    what is being specified under this

18    section, Mr. Jakobsson?

19       A.   Not that I remember, no.

20       Q.   Incidentally, Mr. Jakobsson and

21    the court reporter, I'm perfectly happy

22    to keep continuing, but if either the

23    court reporter or the witness or,

24    frankly, somebody else, Lewis, if you

25    need to take a break let me know and I

Appx8101

1    will be happy to take a break.

2                  MR. HUDNELL:  I'm was going

3    to ask if this is a good time for a

4    break.

5                  MR. PAZUNIAK:  Lewis, you

6    and I have a mind meld obviously.  It's

7    fine to take a break now.

8                  Five minutes till 9:55

9    Eastern Time, is that good or do you

10   need more?

11                 MR. HUDNELL:  That's fine.

12   BY MR. PAZUNIAK:

13     Q.   Mr. Jakobsson, do you need more

14   than five minutes?

15     A.   Five minutes is okay.

16     Q.   Okay.  So we will take a break

17   for five minutes or so and then we will

18   continue.

19                 Thank you.

20     A.   Thank you.

21                 (A brief recess was taken.)

22   BY MR. PAZUNIAK:

23     Q.   Let's continue with Exhibit 35.

24   And I will refer to this as DIM 3

25   because it's the third version of the

Appx8102

1    document.

2              So let's turn to page 78,

3    Mr. Jakobsson, and you will see there's

4    a section numbered 4.3.1.1.5.2.,

5    AUTOSAR platform communication safety

6    mechanisms.

7              And it says, quote, "The

8    used version of the AUTOSAR platform

9    (version 4.0.2) provides two libraries

10   that are used for enhancing safety,"

11   unquote.

12             Did you write this section,

13   Mr.  Jakobsson?

14     A.   No.

15     Q.   Again, this is a section written

16   by the experts in the base technologies

17   group.  Is that right?

18     A.   Yes.

19     Q.   Do you know what is being

20   referred to as the used version of the

21   AUTOSAR platform version 4.0.2?

22     A.    No.

23     Q.   Do you know if this is an

24   indication that base technologies has

25   implemented version 4.0.2 for Volvo

1    ECU's?

2      A.    I don't know.

3      Q.    Let's go to the next section,

4    4.3.1.1.5.2.1.

5              Again, this section, did you

6    write this section, sir?

7      A.    No.

8      Q.    Again, this was written by the

9    experts in base technologies, correct?

10             MR. HUDNELL:    Objection to

11    form.

12     A.    Yes.

13     Q.    Let's turn now to page 279.

14             Are you with me, sir?

15     A.    Yes.

16     Q.    Now, here you have a section 6.1

17    regarding diagnostics and ECU platform.

18    Well, it says SRD diagnostics and ECU

19    platform.

20             First of all, do you know

21    what SRD stands for?

22     A.    Yes.

23     Q.    And what does that stand for?

24     A.    System requirement description.

25     Q.    And diagnostics, what does

1    diagnostics refer to?

2      A.    It refers to how to diagnose

3    faults, failures in the car.

4      Q.    Did diagnostics refer to

5    anything other than the handling of

6    faults or failures in a car?

7      A.    It refers to if you want to have

8    a test routine.

9      Q.    Anything other than test

10   routines and handling of faults and

11   failures?

12     A.    Not that I know of.

13     Q.    Are you familiar with

14   programming of ECU's?

15     A.    Yes.

16     Q.    And in Volvo nomenclature is

17   programming considered part of

18   diagnostics?

19     A.    No.  I would say no.

20     Q.    So, again, so we understand what

21   we're both talking about, when you use

22   the term programming what do you mean

23   by programming?

24     A.    At Volvo we call it more

25   software download.

1    Q.    How often do ECU's in Volvo cars

2    receive downloads?

3    A.    I don't know.

4    Q.    Well, let me ask you about the

5    instrument cluster or driver

6    information module in Volvo cars in the

7    last three or four model years.

8              Are those electronic control

9    modules programed by Volvo?

10   A.    Yes.

11   Q.    And have Volvo cars in the last

12   three model years been subject to

13   uploading of software after they were

14   installed in a car?

15   A.    I don't know.

16   Q.    Do you have any information as

17   to when the driver information modules

18   or vehicle clusters are programed?

19   A.    No.

20   Q.    Who would have that information?

21   A.    The aftermarket department is

22   probably the one that has it, yes.

23   Q.    Would people in base

24   technologies have that information?

25   A.    No.

1    Q.   Do you have in the driver

2    information modules or vehicle

3    instrument clusters that you work with,

4    did it include any provision for

5    allowing programming after the modules

6    had been installed in a car?

7    A.   Yes.

8    Q.   And what kind of mechanisms did

9    you have in place for such programming?

10   A.   Security access that you lock up

11   the unit and then the actual

12   programming process.

13   Q.   What kind of physical features

14   were included in the modules for the

15   programming?

16   A.   I don't remember.

17   Q.   Do you know if the programming

18   required a physical connection or could

19   programming be done by signals,

20   wireless signals?

21   A.   It has to be a physical

22   connection.

23   Q.   And do you know if there was any

24   component in Volvo cars for receiving

25   wireless information, programming

1     information that was then communicated

2     to the driver information modules?

3       A.   I don't know.

4       Q.   In any event, looking at the

5     entirety of this section 6.1, did you

6     write any part of any of the paragraphs

7     in section 6.1?

8       A.   No.

9       Q.   Again, was the entire section

10    6.1 introduced by the experts in base

11    technologies?

12               MR. HUDNELL:  Objection to

13    form.

14      A.   Yes.

15               MR. PAZUNIAK: Lewis, what's

16    the basis for your objection?

17               MR. HUDNELL:  It misstates

18    testimony.  I don't think he said

19    expert.  I think he said

20    representative.  He used the term

21    representative.

22  BY MR. PAZUNIAK:

23      Q.   Mr. Jakobsson, do you consider

24    the representatives that you work with

25    in base technologies to have expertise

1    in their areas?

2      A.    I don't know.

3      Q.    You don't know whether, you

4    don't know whether -- well, let me

5    rephrase it.

6              Do you believe that the

7    representatives that you work with in

8    base technologies know what they're

9    talking about?

10     A.    I don't know the basis -- I

11   can't answer because I don't know all

12   the people in base technologies.

13     Q.    Well, I was asking you about the

14   people that you work with.

15             Do you consider the people

16   that you work with to have known what

17   they were talking about?

18     A.    Yes.  My interface knows what

19   he's talking about.

20     Q.    And, in any event, it was the

21   base technologies group that prepared

22   the various sections of this

23   specification that we have been

24   talking about, including this entire

25   section 6.1, correct?

Appx8109

```
 1     A.    Yes.
 2     Q.    And this section 6.1 and the
 3   other sections we have been talking
 4   about were implemented by the Volvo
 5   suppliers, correct?
 6               MR. HUDNELL:   Objection to
 7   form.
 8     A.    State that one again.
 9     Q.    Is it fair to say that the
10   software -- I'm sorry.
11               Is it fair that the ECU
12   suppliers for Volvo have implemented
13   the specifications of this Exhibit 35?
14               MR. HUDNELL:   Objection to
15   form.
16     A.    No.
17     Q.    What sections of this
18   specification have the AUTOSAR -- I'm
19   sorry.  Let me go back.
20               What is the point of this
21   specification, Exhibit 35?
22               MR. HUDNELL:   Objection to
23   form.
24     A.    It is to send to suppliers for
25   implementation.
```

1    Q.   So this specification is sent to

2    the suppliers for them to implement,

3    correct?

4              MR. HUDNELL:  Objection to

5    form.

6    A.   Yeah.  It is the base for their

7    design.

8    Q.   You mean that the suppliers can

9    choose to ignore the specifications?

10             MR. HUDNELL:  Objection to

11   form.

12   A.   Yeah.  We can deviate from the

13   different requirements, yes.  We can

14   deviate from requirements.

15   Q.   And you can do that without

16   changing the specification?

17   A.   Yes.

18   Q.   Is there a record of such

19   deviations?

20   A.   I don't remember.

21   Q.   Did any of the suppliers deviate

22   from the requirement that they utilize

23   version 4 of AUTOSAR in their in their

24   ECU's?

25   A.   No.

1      Q.   Let's turn to page 282 of

2   Exhibit 35.  You see there's a section

3   6.1.2.1.2, overview and subsections

4   6.1.2.1.2.1, quote, "Overview of all

5   requirements from diagnostics & ECU

6   platform," unquote.

7              And then below that there

8   is a table of examples of base

9   technologies.

10              Do you have any

11   understanding of what this section

12   6.1.2.1.2.1 and the table are supposed

13   to be?

14   A.   Yes.

15   Q.   And what is that?

16   A.   It's sort of a categorization of

17   base technologies.

18   Q.   And these are the base

19   technologies that come from the base

20   technologies group.  Is that correct?

21   A.   Yes.

22   Q.   And, again, if you turn to page

23   284 there's a section called folder:

24   Software platform.

25              Do you see that?

```
 1    A.   Yes.
 2    Q.   And there's four entries under
 3  software platform.
 4            Do you see that?
 5    A.   Yes.
 6    Q.   What are these four documents
 7  or four items that are listed under
 8  software platform?
 9    A.   I don't know.
10    Q.   Okay.  Let's turn to page 286.
11            Can you tell us what is this
12  diagram or image that is shown on page
13  286?
14    A.   Can you zoom in a bit?
15            Oh, I don't know.
16    Q.   Okay.  Can you turn to page 322?
17            Down at the bottom of page
18  322 there's a table and above the table
19  it says, quote, "For deploying gateway
20  functionality on an AUTOSAR platform
21  (i.e. in application and diagnosis
22  mode), the following specifications are
23  also relevant," unquote.
24            Do you see that?
25    A.   Yes.
```

1      Q.    Again, is this a section that

2    came from base technologies?

3      A.    Yes.

4      Q.    And do you have any

5    understanding of what is being

6    referred to by this paragraph?

7      A.    Yes.

8      Q.    And what is your understanding?

9      A.    That if you implement the

10   gateway you should follow the AUTOSAR

11   version and the AUTOSAR version is in

12   the right column and you can find it on

13   AUTOSAR.

14     Q.    And did DIM have a gateway?

15     A.    Yes.

16             MR. HUDNELL:  Objection to

17   form.

18     Q.    In fact, do all Volvo ECU's that

19   communicate with other ECU's have a

20   gateway?

21     A.    I don't know.

22     Q.    But the central electronic

23   module and engine control modules

24   certainly had a gateway, correct?

25             MR. HUDNELL:  Objection to

Appx8114

```
 1    form.

 2       A.    I don't know.

 3       Q.    How would they communicate with

 4    DIM if they could not, if they did not

 5    have a gateway?

 6                MR. HUDNELL:   Objection to

 7    form.

 8       A.    I don't know.

 9       Q.    Well, are you aware of any way

10    by which the central electronic module,

11    the engine control module and the

12    driver information modules could have

13    communicated with each other unless

14    they all had a gateway?

15       A.    Yes.

16       Q.    And how is that?

17       A.    With direct communication.

18       Q.    I'm sorry?

19       A.    With direct communication

20    between all of them.

21       Q.    And you could do that without

22    any gateway?

23       A.    Yes.

24       Q.    Okay.  And the direct

25    communication, would that require that
```

1   all be operating on the same network?

2      A.   Yes.

3      Q.   Well, when does one use a

4   gateway and when does one use what you

5   called direct communication?

6               MR. HUDNELL:   Objection to

7   form.

8      A.   Yes.   Gateway is usually done

9   when you transfer from one kind of

10  metric to another kind of metric.

11     Q.   Now, in the case of the driver

12  information module there were

13  communications from more than one

14  network, correct?

15     A.   Yes.

16     Q.   And it included at least FlexRay

17  and LIN, L-I-N, correct?

18     A.   Yes.

19     Q.   And so did the driver

20  information module include a gateway?

21     A.   Yes.

22     Q.   And when it communicated with

23  the central electronic module did DIM

24  utilize the gateway?

25     A.   I don't remember.

1      Q.   When the driver information

2   module communicated with the engine

3   control module, did it utilize a

4   gateway?

5      A.   I don't remember.

6      Q.   Is there anything in this

7   document -- I'm sorry.  Let me just

8   take a look.

9           Is there anything in this

10   Exhibit 35 that to your knowledge

11   specifies direct communications between

12   the driver information module and any

13   other ECU's in a Volvo car?

14   A.   No, I don't remember.

15      Q.   All right.  Let's go to page 118

16   of Exhibit 35.  All right.

17           Are you there?

18   A.   Yes.

19      Q.   Okay.  There's a section here

20   numbered 4.6.1.1.2.1.3.2 titled maximum

21   number of FC.Wait frame transmissions,

22   unquote.

23           For the court reporter's

24   benefit, FC are both capitalized and

25   Wait has a capital W and then lower

```
 1    case a-i-t.  And we will be referring

 2    to that from time to time and it's

 3    always like that.

 4              There's a reference here to

 5    FC.  Does that stand for flow control?

 6      A.   Yes.

 7      Q.   And what is flow control WAIT as

 8    it's referred to in this exhibit?

 9      A.   I don't remember the context of

10    this.

11              Where in the document is

12    this?

13      Q.   Well, without regard to this

14    document, are you familiar with a wait

15    functionality in flow control?

16      A.   No.

17      Q.   Okay.  Let's turn to page 120.

18              Again, Mr. Jakobsson, any

19    time I ask a question about these

20    documents you're free to go before or

21    go after to put anything in proper

22    context if you need to do that because

23    we just want the accurate answers.

24    Okay?

25              On page 120 of Exhibit 35
```

1    there are some notes and there's a note

2    1 and it refers to for a FlexRay

3    gateway.

4              Do you see that?

5    A.   Yes.

6    Q.   I'm not going to read that whole

7    note 1 into the record.  It's fairly

8    long.

9              Can you read it to yourself,

10   please?

11   A.   (Reviewing document).

12   Q.   Let me know after you have

13   finished reading it.

14   A.   Yes, I have finished.

15   Q.   Okay.  Can you explain to us

16   what this note 1 says?

17   A.   Yeah.  It's supposed to be some

18   sort of how you shall design the

19   gateway for FlexRay.

20   Q.   You shall what?

21   A.   Shall design the FlexRay

22   gateway.

23   Q.   Okay.  So it relates to how the

24   supplier designs a FlexRay gateway,

25   correct?

1    A.    Yeah.  Yes.

2    **Q.    This is a requirement for the**

3    **supplier, correct?**

4              MR. HUDNELL:   Objection to

5    form.

6    A.    No.

7    **Q.    Okay.  Why is it not a**

8    **requirement for the supplier?**

9    A.    I need to see if it is a

10   requirement.  This is a note for

11   something else above.  I would have to

12   go down or up.

13   **Q.    Well, can you take a look at up**

14   **or down and tell me whether you can**

15   **tell us one way or the other whether**

16   **this is a requirement?**

17   A.    Yeah.  I don't know.  This

18   section has the following requirements

19   and then it's listing the requirements,

20   so you then should look at these

21   requirements to see if they're there.

22              All the REQPROD numbers.

23   **Q.    Okay.  Good.  Please turn to**

24   **page 424 and 425.  At the bottom of**

25   **page -- I'm sorry.  Pages 124 and 125.**

```
 1                 If you turn to the bottom of
 2    page 124 of Exhibit 35, there's a
 3    section for 4.6.1.1.3.4.1.
 4                 Do you see that?
 5    A.    Yes.
 6    Q.    And that's a requirement,
 7    correct?
 8    A.    Yes.
 9    Q.    Feel free to read as much as you
10    need and on top of page 125 it says
11    gateway ECU.  It says "The gateway ECU
12    shall use FC.Wait if it receives a
13    message when buffers are not available
14    for receiving the complete message.
15    This applies to server side and client
16    side."
17                 Do you see that?
18    A.    Yes.
19    Q.    Did you write this paragraph or
20    did this come from base technologies?
21    A.    There's two questions.
22    Q.    Okay.
23    A.    Can you phrase it in one?
24    Q.    Who wrote this section that I
25    have just read?
```

Appx8121

1    A.    The basic technologies

2    department.

3    **Q.    And do you have an understanding**

4    **of what this paragraph at the top of**

5    **page 125 says?**

6    A.    Yes.

7    **Q.    And what --**

8    A.    No, I would say.  No.  I have a

9    general understanding but not in detail

10   I don't know.

11   **Q.    Give us your best general**

12   **understanding of what this paragraph**

13   **says.**

14   A.    I guess this is in the software

15   download part.

16   **Q.    I'm sorry.  This is part of the**

17   **software download process for the ECU.**

18   **Is that correct?**

19   A.    That is my interpretation of

20   this, yes.

21   **Q.    And when you say "software**

22   **download," what are you referring to?**

23   A.    I was referring to flashing new

24   data into the module or programming new

25   data into the module.

1    Q.   So is it fair to say that during

2    the life of an ECU there are times when

3    the ECU receives a download of updated

4    software?  Is that correct?

5    A.   I don't know.

6    Q.   Well, what did you mean by

7    "download" when you referred to it?

8    A.   I refer to they're programming

9    the ECU's.

10   Q.   When is the ECU programed?

11   A.   Usually in the development

12   phase.  That is used a lot.  Then in

13   the factory when they're sending it out

14   and there is a possibility if there is

15   a problem with the software you can do

16   it in the aftermarket.

17   Q.   We were referring to gateway

18   ECU.  Above that on page 124 at the

19   bottom there's a requirement to use

20   FC.Wait in non-gateway servers,

21   correct?

22   A.   Yes.

23   Q.   In any event, whether in the

24   non-gateway server or gateway ECU, do

25   you have an understanding what that

```
 1    FC.Wait function is?

 2      A.   No.

 3      Q.   Let's turn to in the next

 4    section, 4.6.1.1.3.4.2, and, again,

 5    there's a little table and below that

 6    are the letters Req.

 7            Req stands for requirement,

 8    correct?

 9      A.   Yes.  I don't see where you are

10    now.

11      Q.   Okay.  This is section

12    4.6.1.1.3.4.2 on page 125.

13      A.   Okay.

14      Q.   Are you there?

15      A.   Yes.

16      Q.   There's a table and below the

17    table there's a paragraph that's titled

18    Req:

19            Do you see that?

20      A.   Yes.

21      Q.   Req in this case stands for

22    requirement, correct?

23      A.   Yes.

24      Q.   And in this case toward the end

25    there's a reference that says, the
```

1    statement, quote, "shall be supported

2    but only the following shall be used:

3    continue to send, wait, abort and

4    overflow," unquote.

5              Do you have an understanding

6    of these four functions, continue to

7    send, wait, abort and overflow, as used

8    in this section?

9    A.   No.

10   Q.   There's another section under

11   this page numbered 4.6.1.1.3.5.1.  And,

12   again, there's a requirement and it

13   says, quote, "The C_WFTmax counter

14   shall be set to 255," unquote.

15             What is your understanding

16   of this requirement, sir?

17   A.   I have no idea.  I don't know.

18   Q.   Okay.  Let's turn to page 131.

19   And in that at the top of that page

20   again there's a set of requirements,

21   including notes.  And feel free to turn

22   to the prior pages if you need to get

23   this in context.

24             There is here a note 2 and

25   it reads, quote, "If all receive

1    buffers are used by other messages and

2    a new message is received then the STF

3    C_PDU is stored and FC.Wait is

4    transmitted periodically until a

5    receive buffer is released," unquote.

6              Again, do you have an

7    understanding of what this sentence is

8    talking about?

9    A.    Yes.

10   Q.    And what is your understanding,

11   sir?

12   A.    That you have a buffer that's

13   full.  Then when it's released again,

14   yeah, then you can use it.

15   Q.    Okay.  And, again, to your

16   knowledge is this part of the

17   requirements of the Volvo ECU?

18              MR. HUDNELL:  Objection to

19   form.

20   A.    No.

21   Q.    Where does it indicate that this

22   is not a requirement?

23   A.    For the DIM, yes, this is a

24   requirement.

25   Q.    Do you know whether this is a

1      requirement for other ECU's?

2        A.   No.

3        Q.   I'm sorry.  Are you saying it is

4      not a requirement for other ECU's or

5      are you saying you don't know whether

6      it's a requirement?

7        A.   I don't know if it's a

8      requirement.

9        Q.   Is it likely in your opinion

10     that this would be a requirement for

11     DIM but not other ECU's that

12     communicate with DIM?

13              MR. HUDNELL:  Objection to

14     form.

15       A.   I don't know.  It's hard to say.

16       Q.   Okay.  Again, then will you turn

17     to section 4.6.1.1.3.8.5 on the same

18     page.  And, again, we have note 2 and

19     again there's a statement under note 2,

20     quote, "The FC.Wait C_PDU transmission

21     shall be delay to the latest point of

22     the performance requirement C_Br.  This

23     means that the first FC.Wait C_PDU

24     after SPF or CFEOB C_PDU's shall be

25     transmitted C_Br after these C_PDU's,"

Appx8127

 1    unquote.

 2              Do you have an understanding

 3    of what this note refers to, sir?

 4    A.    No.

 5    Q.    Let's turn to page 135.

 6              Now, page 135 refers to

 7    non-programming sessions, correct?

 8    A.    Yes.

 9    Q.    What is a non-programming

10    session?

11    A.    I don't know.

12    Q.    Well, you told us what a

13    programming session is previously,

14    correct?

15              MR. HUDNELL:   Objection to

16    form.

17    A.    Yes.

18    Q.    So you know what a programming

19    session is but you do not know what a

20    non-programming session is?

21    A.    No.   It's not a clear

22    definition.

23    Q.    Is a non-programming session

24    something different than diagnostics?

25    A.    Diagnostic can be a non-

Appx8128

1    programming session.

2       Q.    But a non-programming session

3    can include things other than

4    diagnostics, correct?

5       A.    Yes.   I suppose so.

6       Q.    Okay.   There's two notes that

7    I'm going to refer to on page 135.   One

8    is note 2 to section 4.6.1.1.3.9.4 that

9    starts on page 134 and the second is

10   note 2 in section 4.6.1.1.3.9.5 on page

11   135.

12              Can you tell us whether you

13   have an understanding of either note 2,

14   the first note 2 or the second note 2?

15      A.    I have an understanding of the

16   first, not for the second.

17      Q.    Let's talk then about note 2 to

18   section 4.6.1.1.3.9.4.

19              What is your understanding

20   of that note 2?

21      A.    There is a description of a

22   mechanism of how to block a buffer and

23   release it when it's free again.

24      Q.    And exactly how does that

25   function work, sir?

```
 1    A.   I don't know.

 2    Q.   So if we look at this specific

 3    language, quote, "If all receive

 4    buffers are used by other messages and

 5    a new message is received then the STF

 6    C_PDU is stored and FC.Wait is

 7    transmitted periodically until a

 8    receive buffer is released," unquote.

 9            Do you have any

10    understanding of how this is

11    implemented in the DIM or any other

12    Volvo ECU?

13    A.   No.

14    Q.   Let's turn to page 330.

15            Now, page 330 is part of a

16    section that begins on page 329 and

17    it's section 7.1.2.1.4, quote, general

18    in-vehicle gateway requirements

19    unquote.

20            First regarding this section

21    7.1.2.1.4, did you write this section,

22    sir?

23    A.   No.

24    Q.   Where did it come from?

25    A.   It's part of the base technology
```

1    requirements database.

2      Q.    Okay.  And toward the bottom of

3    page 330, the second paragraph from the

4    bottom it reads quote, "When dimension

5    number communication channels and

6    buffers in the in-vehicle gateways it

7    should be guaranteed that messages are

8    not lost during normal communication,

9    for example, during handling of

10   parallel requests described later in

11   this document."

12              Do you see that?

13     A.    Yes.

14     Q.    What is your understanding of

15   what is said in this paragraph?

16     A.    If you use an in-vehicle gateway

17   you can usually guarantee that you

18   don't lose messages and I guess that is

19   for software and diagnostic requests.

20              THE COURT REPORTER:   Did

21   you say "for software and diagnostic

22   requests"?

23              THE WITNESS:  Yeah.  You can

24   strike that.  I don't really know what

25   areas this is about, but something in

1    the communications.

2    BY MR. PAZUNIAK:

3        Q.    This section is referring to

4    general in-vehicle gateway

5    requirements, correct?

6        A.    I don't remember.

7        Q.    Well, take a look at the title

8    on page 134.  That's what it says,

9    general in-vehicle gateway

10   requirements, correct?

11       A.    Yes.  But this is not the

12   requirement.

13       Q.    Oh, it's not a requirement?

14       A.    No.

15       Q.    The requirements are the

16   specific paragraphs that follow,

17   correct?

18       A.    Yes.  Yes, where it comes to the

19   REQPROD number.

20       Q.    So let's turn to page 333, and

21   let's look at section 7.1.2.1.4.6 in

22   the middle there.

23               Do you see that?

24       A.    Yes.

25       Q.    Again, is this a section that

```
 1    was produced by base technologies?

 2      A.    Yes.

 3      Q.    And the requirement is,

 4    quote, "An in-vehicle gateway shall

 5    support flow control mechanism on the

 6    connected networks, both for request/

 7    downstream and for responses/upstream."

 8              Do you see that?

 9      A.    Yes.

10      Q.    And can you explain to us what

11    is your understanding of what this

12    sentence says?

13      A.    Yes.  If you are in the vehicle

14    you use the support flow control

15    mechanism.

16      Q.    Do you know what is the flow

17    control mechanism that is referred to

18    in this sentence?

19      A.    No.

20      Q.    After the requirement is the

21    section called rationale and it says,

22    quote, "No messages or frames shall be

23    lost," et cetera, unquote.

24              You can obviously read the

25    entire section.  What is your
```

1  understanding of this rationale that is

2  provided here on page 333?

3     A.   It is that we should have a

4  stable communication.

5     Q.   And, again, at least in

6  diagnostic messages, no messages or

7  frames shall be lost, correct?

8          MR. HUDNELL:   Objection to

9  form.

10    A.   Yeah -- no.

11    Q.   Okay.  Why is my statement

12 incorrect?

13    A.   I would say I don't think it's

14 for diagnostics.

15    Q.   Oh, okay.  I was reading the

16 title of --

17    A.   Okay.  The diagnostics, yeah,

18 yes.  If I am not wrong, this is a part

19 of a software download function that

20 uses diagnostic messages.

21    Q.   What makes you say that this is

22 part of the download as opposed to a

23 requirement for all diagnostic

24 messages?

25    A.   For diagnostic messages we allow

1    messages to be lost.

2       Q.   Okay.  And where is, can you

3    point us to a provision in this

4    specification where it says that frames

5    can be lost or messages can be lost in

6    diagnostic messaging?

7       A.   No.

8       Q.   Okay.  So is it your testimony

9    that we should simply accept your

10   statement that diagnostic messages and

11   frames can be lost even though it is

12   contrary to what is set forth in this

13   specification?

14             MR. HUDNELL:   Objection to

15   form.

16      A.   It is for diagnostic messages,

17   yes.

18             For such a download it's a

19   different answer.

20      Q.   Let's turn to page 335 and

21   section 7.1.2.1.4.11.  And this is

22   again a requirement, correct?

23      A.   Yes.

24      Q.   And the last sentence of that

25   requirement states, quote, "No

1   messages shall be dropped due to out

2   of resources in one of the CPU's.

3   Messages shall only be halted until

4   resources are available and then

5   continue with the transmission,"

6   unquote.

7            Do you see that?

8            MR. HUDNELL:  Objection to

9   form.

10   Q.   Mr. Jakobsson?

11   A.   Yes.

12   Q.   What is your understanding of

13   this sentence of the requirement that I

14   just read?

15            MR. HUDNELL:  Objection to

16   form.

17   A.   You have to read from the

18   beginning a little bit up.  If the IP

19   interface is realized in one CPU and

20   the FlexRay interface is realized in

21   another CPU, then we should do this.

22            And then come down to this.

23   We should not drop messages between the

24   two CPU's.

25   Q.   Are you familiar with any

1    electronic control modules that use

2    more than one CPU in its design?

3    A.   No.

4    Q.   So now let's turn to pages 337

5    and 338.

6             You had I believe in your

7    declaration indicated that nothing on

8    these pages is implemented in the

9    driver information module.  Is that

10   correct?

11   A.   In the pages that you're showing

12   now, right.

13   Q.   And is it fair to say that both

14   pages 337 and 338 were included here by

15   the base technologies group?

16   A.   Yes.

17   Q.   And why would base technologies

18   have included these two pages in this

19   specification -- well, let's leave it

20   at that.

21            Why do you think that base

22   technologies included pages 337 and 338

23   in this specification?

24            MR. HUDNELL:  Objection to

25   form.

1    A.   I don't know.

2    Q.   Do you know if these pages were

3    included in this specification because

4    they are included in all software

5    requirement specifications?

6              MR. HUDNELL:   Same

7    objection.

8    A.   I don't know.

9    Q.   Okay.  So let's take a look at

10   page 337.  And you have sort of a

11   diagram and next to that diagram on the

12   right is a call-out and in the middle

13   of that call-out is a paragraph that

14   begins "If no buffer is currently

15   available."

16             Do you see that?

17   A.   Yes.

18   Q.   And the first sentence reads,

19   quote, "If no buffer is currently

20   available use flow control WAIT

21   mechanism until a buffer is available

22   (marked free) or time-out on transport

23   protocol level," unquote.

24             Do you have an understanding

25   of what is referred to here?

1    A.   No.

2    Q.   Is it your testimony that DIM

3  does not utilize flow control WAIT at

4  any time?

5    A.   I don't know.

6    Q.   Well, how do you know that flow

7  control WAIT is not implemented in DIM?

8    A.   I don't know if it's

9  implemented.

10   Q.   If you don't know if FC.Wait is

11 implemented, how do you know that this

12 sentence is not implemented?

13   A.   It's not the requirement.

14   Q.   But flow control WAIT is a

15 requirement, is it not?

16          MR. HUDNELL:   Objection to

17 form.

18   A.   Yes, FC.Wait is a requirement.

19   Q.   So if FC.Wait is a requirement,

20 why is this sentence incorrect?

21          MR. HUDNELL:   Objection to

22 form.

23   A.   Because this is sort of an

24 explanation text of the requirements

25 that are introduced.

Appx8139

1    Q.   But the function of flow control

2    WAIT is to make sure that a message is

3    not -- well, let me ask you a little

4    differently.

5             What is the function of flow

6    control WAIT, sir?

7    A.   I don't know.

8             MR. HUDNELL:   Objection to

9    form.

10   Q.   Well, isn't the point of flow

11   control WAIT to make sure that a buffer

12   is open before a message is put into

13   the buffer?

14            MR. HUDNELL:   Objection to

15   form.

16   A.   I don't know.

17   Q.   Is it the function of FC.Wait

18   to determine whether a buffer is

19   available?

20            MR. HUDNELL:   Objection to

21   form.

22   A.   I don't know.

23   Q.   Is it the function of FC.Wait

24   that is implemented in DMI to hold off

25   a message until either a buffer is

STRAGENT, LLC. vs VOLVO CAR USA, LLC.   22-293-JDW
Magnus Jakobsson on 09/29/2023
Attorneys Eyes Only   Page 82

1  available or a timeout is reached?

2         MR. HUDNELL:   Objection to

3  form.

4   A.   I don't know.

5   Q.   Do you have an understanding of

6  timeouts?

7   A.   That's a very wide question.

8  Can you rephrase it?

9   Q.   Okay.  Sure.

10        Do you have an understanding

11  of timeouts in connection with the

12  sending or receipt of messages in DMI?

13   A.   No.

14   Q.   Again, if you do not have an

15  understanding of FC.Wait, how do you

16  know that DMI does not have a function

17  or include the process for determining

18  whether a buffer is available and then

19  if a buffer is not available

20  determining whether a timeout is

21  reached and if a timeout is not reached

22  then waiting until the buffer is

23  available to send information?

24         MR. HUDNELL:   Objection to

25  form.

```
 1     A.    I don't know.

 2     Q.    Okay.  Let's turn to page 343.

 3            I'm sorry.  I focused on

 4   page 337 and that call-out.  There's a

 5   second part of that call-out.  It says,

 6   quote, "Messages shall never be dropped

 7   due to temporary occupied buffers,

 8   unless timeout on transport protocol

 9   level," unquote.

10            Do you see that?

11     A.    Yes.

12     Q.    Do you have an understanding of

13   that sentence, sir, what it means?

14     A.    No.

15     Q.    Again, how do you know that this

16   functionality is not implemented in

17   DMI?

18     A.    It is not a requirement.

19     Q.    Well, but FC.Wait is a

20   requirement, is it not?

21            MR. HUDNELL:  Objection to

22   form.

23     A.    As I said, it is part of

24   software download, yes.

25     Q.    Are you saying that FC.Wait is
```

1     not part of non-programming

2     communications?

3     A.    No.

4     Q.    I guess with the negatives I'm

5     not sure where we are.

6              Is FC.Wait part of any non-

7     programming communication requirement,

8     to your knowledge?

9     A.    I don't know.

10    Q.    To your knowledge, is FC.Wait

11    part of the diagnostics requirement?

12    A.    I don't know.

13    Q.    Do you know if FC.Wait is part

14    of any operating requirement?

15              Let me rephrase that.

16              Are you aware if FC.Wait is

17    a part of any non-programming

18    requirement?

19    A.    No.  I don't know.

20    Q.    And would somebody at base

21    technologies have answers to those

22    questions?

23    A.    I don't know.

24    Q.    Well, if you wanted to know if

25    FC.Wait was part of any non-programming

1    communication requirement, would you

2    turn to someone at base technologies

3    for an answer?

4        A.   I don't know.

5        Q.   Well, suppose somebody in

6    management asked you Mr. Jakobsson, is

7    FC.Wait part of any non-programming

8    communication requirement in DIM, who

9    would you go to to ask for an answer?

10       A.   I would ask our supplier.

11       Q.   And that supplier is operating

12   pursuant to Volvo specifications and

13   statements of work, correct?

14            MR. HUDNELL:   Objection to

15   form.

16       A.   Yes.   There are deviations

17   sometimes.

18       Q.   And is it fair to say that all

19   Volvo ECU's that communicate with more

20   than one network have to use the same

21   communication protocol?

22            MR. HUDNELL:   Objection to

23   form.

24       A.   Can you repeat the question?

25       Q.   Is it fair to say that all ECU's

1    that communicate -- I'm sorry.  Let me

2    start again.

3              Is it fair to say that all

4    ECU's that communicate with multiple

5    networks have to use the same

6    communication protocol in order to be

7    able to communicate with each other?

8              MR. HUDNELL:  Objection to

9    form.

10   A.   I don't know.

11             MR. HUDNELL:  George, it's

12   been about an hour and a half.  Are you

13   at a good spot for a break?

14             MR. PAZUNIAK:  Let me just

15   follow up on a couple of little things

16   and then we'll take a break, if it's

17   okay.  It should be very simple.

18   BY MR. PAZUNIAK:

19   Q.   Mr. Jakobsson, we have been

20   looking at page 337 and at the same

21   call-out or a similar call-out is found

22   on page 338 and it has the same

23   language as we looked at before or

24   essentially the same language.

25             Would your answers be the

1    same in this case as they were for the

2    call-out on page 337?

3      A.   Yes.

4      Q.   Okay.   Okay.

5            MR. PAZUNIAK:   It's 11:20

6    Eastern Time.   Can we take a break

7    until 11:30?

8            MR. HUDNELL:   Sure.

9            MR. PAZUNIAK:   Is that okay

10   with everyone?

11           THE COURT REPORTER:   Yes.

12           THE WITNESS:   Yes.

13           MR. MEAGHER:   Yes.

14           MR. PAZUNIAK:   Okay.   Let's

15   take a break.   See you at 11:30.

16           (A brief recess was taken.)

17   BY MR. PAZUNIAK:

18     Q.   Mr. Jakobsson, we were talking

19   about pages 337 and 338 and this is a

20   part of a section that starts with

21   7.1.2, the requirements start with

22   7.1.2, correct?

23     A.   Yes.   Let me see.   I'm trying to

24   catch up.

25     Q.   Yes.   If you go to page 335, you

1    will see that there is a section called

2    7.1.2.1.5, general allocation of buffer

3    requirements.

4                Do you see that?

5    A.   Yes.

6    Q.   And then if we want to go

7    further up and see what subsections

8    7.1.2 are referring to, we can go to

9    page 317, correct, or we can start at

10   page 317?

11               Are you there?

12   A.   Yes.

13   Q.   Okay.  And this entire section

14   is section 7, which is called DIM 519A

15   diagnostics.

16               Do you see that?

17   A.   Yes.

18   Q.   First of all, what does 519A

19   stand for?

20   A.   It is the project -- what do

21   they call it?  Project name maybe.

22   Q.   All right.  Does it have any

23   particular meaning other than a number?

24   A.   Yes.  There's a meaning to all

25   numbers.  Yeah.

Appx8147

1     Q.   So do you have any understanding

2   of what is the significance of the 5, 1

3   or 9 in 519A?

4     A.   Yeah.  5 is large car, 19 is

5   2019 and A is introduction date or at

6   least first offered.

7     Q.   Okay.  And then 7.1 refers to

8   Volvo Car Corporation diagnostic and

9   bootloader gateway specification,

10   correct?

11    A.   Yes.

12    Q.   Bootloader, is that another name

13   for programming?

14    A.   It's a car program that you need

15   to program.

16    Q.   What other technologies fall

17   under programming other than

18   bootloader?

19    A.   I can't recall off the top of my

20   head.

21    Q.   But programming is a broader

22   term than bootloader.  Is that correct?

23    A.   Yeah.  Bootloader is one of the

24   software parts.

25    Q.   In any event, section 7.1 refers

1    to Volvo Car Corporation diagnostic and

2    bootloader gateway specifications,

3    correct?

4      A.   Yes.

5      Q.   And then 7, if we go to page

6    318, the 7.1.2 sections refer to,

7    quote, gateway generic DIM 519A,

8    unquote, correct?

9      A.   Yes.

10     Q.   And so everything that, all of

11   the requirements that begin with 7.1.2

12   apply to gateways in DIM that involve

13   diagnostic and bootloader function,

14   correct?

15            MR. HUDNELL:   Objection to

16   form.

17     A.   No, I can't say that.

18     Q.   Okay.   Why is my statement

19   incorrect?

20     A.   Not everything under this will

21   be implemented.

22     Q.   Okay.   We'll return to that.

23            But you will agree with me

24   that the pages 337 and 338 that we

25   looked at were included in these

1    specifications under the gateway

2    generic designation, correct?

3    A.   Yes.

4    Q.   Still on page 318 under section

5    7.1.2, there's a reference LC 2515727.

6             Do you see that?

7    A.   Yes.

8    Q.   Do you have an understanding of

9    what that LC number is?

10   A.   Yes.

11   Q.   And what is that?

12   A.   That is logical component.

13   Q.   Electrical?

14   A.   Logical component.

15   Q.   And is there any meaning to the

16   numbers that follow the logical

17   component?

18   A.   No.  I don't know.

19   Q.   Okay.  So there's no particular,

20   nothing that can be gathered from the

21   number 2515727.  Is that correct?

22   A.   That's correct.

23   Q.   Let's turn back now to your

24   declaration, Exhibit 34, and turn to

25   paragraph 8.

1                    Do you see it now?  Are you
2       there?
3        A.   Yes.
4        Q.   I will also ask you to open, if
5       you can, the document that was marked
6       as Exhibit 36, which is the order.
7                    Let me know when you have
8       opened it.
9                    MR. PAZUNIAK:  For the
10      record, Exhibit 36 is an order of the
11      Court, document 92.
12                   (Deposition Exhibit No. 36
13      was marked for identification.)
14   BY MR. PAZUNIAK:
15       Q.   Have you opened it, Mr.
16      Jakobsson?
17       A.   I had trouble opening things.
18            Okay.
19       Q.   Take your time.
20       A.   Which one should I open?
21       Q.   Exhibit 36, the order.
22       A.   Which one is that?  36?
23       Q.   Yes.
24       A.   Okay.  I see it.  Yes.
25       Q.   Okay.  And looking at Exhibit

Appx8151

```
 1   36, the court order, in the first

 2   paragraph do you see that there's a

 3   statement that Defendant Volvo Car USA,

 4   LLC shall make you available for a

 5   remote deposition?

 6             Do you see that?

 7   A.   Yes.

 8   Q.   And then it continues, quote,

 9   "Produce documents to Plaintiff

10   Stragent, LLC that support

11   Mr. Jakobsson's assertions in his

12   declaration dated April 12, 2023,"

13   unquote.

14             Do you see that?

15   A.   Yes.

16   Q.   Now, did you make any effort to

17   identify documents that support your

18   assertions in the declaration that's

19   marked as Exhibit 34?

20   A.   You have to explain to me what

21   do you mean?

22   Q.   Well, I don't know what your

23   trouble is, so let me start again.

24             You prepared a declaration,

25   Exhibit 34, correct?
```

Appx8152

```
 1     A.    Yeah.   Yes.

 2     Q.    Okay.   Did you write Exhibit 34

 3   or did somebody else write this?

 4     A.    Somebody else write it.

 5     Q.    But you reviewed the declaration

 6   and then executed it, correct?

 7     A.    Yes.

 8     Q.    Did you read the declaration

 9   carefully?

10     A.    Yes.

11     Q.    And did you believe that the

12   statements in that declaration were

13   true?

14     A.    Yes.

15     Q.    And you make various statements

16   in the ten paragraphs of this

17   declaration, correct?

18     A.    Yes.

19     Q.    Now, let's go back to the court

20   order.

21           Did you attempt to find

22   documents that supported the statements

23   that you made in your declaration?

24     A.    Yes.

25     Q.    And did you find any such
```

1   documents?

2      A.   No.

3      Q.   Where did you search for

4   documents?

5      A.   I searched in my previous notes

6   and in what has been delivered by the

7   supplier.

8      Q.   And in searching your notes and

9   what has been delivered by the

10  supplier, did you find any documents

11  that supported your statements in this

12  declaration?

13     A.   Some of it, yes.  Some of it,

14  yes.

15     Q.   And did you give those documents

16  to Mr. Hudnell?

17     A.   No.

18     Q.   Is there any reason that you

19  did not provide those documents to

20  Mr. Hudnell?

21     A.   Yes.  Some are notes on paper.

22  Some I put in the declaration and

23  that's what I was supposed to do, I

24  think.  That was my interpretation of

25  this.

1    Q.   This was your what?

2    A.   This was my interpretation of

3    what I should do.

4    Q.   Okay.  I'm sorry.  Can you state

5    again what was your interpretation of

6    what you were supposed to do?

7    A.   To the best of my knowledge

8    state the declaration that I sent in

9    was correct.

10   Q.   And did anyone ask you to find

11   documents that would support the

12   statements that you made in this

13   declaration?

14              MR. HUDNELL:  You can answer

15   that yes or no.

16              Well, let me take that back.

17   I would caution you if answering that

18   question would require you to reveal

19   the substance of communications with an

20   attorney, I would instruct you not to

21   answer.

22              THE WITNESS:  Okay.

23   A.   I do not answer.

24   Q.   In any event, when did you

25   review your notes and documents

1    received from the supplier?

2      A.   I don't remember.

3      Q.   Well, has it been in the last

4    two months?

5      A.   No.

6      Q.   So would this have been around

7    April of this year?

8      A.   Yes.

9      Q.   And after your review of those

10   documents in April of this year, did

11   you again attempt to look at those

12   documents between then and now?

13            MR. HUDNELL:   Objection to

14   form.

15     A.   No.

16     Q.   Do you recall any of the

17   statements that you believe were made

18   in your notes or the documents you

19   received from the suppliers that relate

20   to the flow control WAIT function?

21            MR. HUDNELL:   Objection to

22   form.

23     A.   Can you say that again?

24     Q.   Can you tell us your best

25   recollection whether any of your notes

1    or the documents from the suppliers

2    that you reviewed in April of this year

3    included statements about the flow

4    control WAIT function?

5    A.    I have no recollection of that.

6    Q.    Do you have any recollection of

7    anything in your notes, specific to

8    your notes, that you believe that to

9    your present recollection support the

10   statements that you made in the

11   declaration?

12   A.    No.

13   Q.    As you sit here now to the best

14   of your recollection can you tell us if

15   there were any documents that you

16   received from the suppliers that

17   supported any of the statements that

18   you made in your declaration?

19   A.    No.

20   Q.    So as you sit here right now can

21   you identify in any way any documents

22   of which you are aware or which are

23   available to you that support any of

24   the statements that you made in your

25   declaration?

Appx8157

```
 1     A.   No.

 2     Q.   All right.  Let's turn back to

 3   your declaration.

 4          What information do you have

 5   that DIM does not include the flow

 6   control WAIT function?

 7          MR. HUDNELL:  Objection to

 8   form.

 9     A.   I don't have that in this.

10     Q.   I'm sorry?

11     A.   I don't declare FC.Wait in this

12   declaration.

13     Q.   Okay.  To your knowledge,

14   does -- I think I asked this, but let

15   me ask again.

16          To your knowledge, does DIM

17   include the FC.Wait function?

18          MR. HUDNELL:  Objection to

19   form.

20     A.   I don't know.

21     Q.   You say here that the DIM ECU

22   employs a, quote, fire and forget,

23   unquote, feature.

24          What documents are you aware

25   of, if any, that support the statement
```

1    that DIM employs a fire and forget

2    feature?

3       A.   Yeah.   We -- that comes

4    basically from signal database produced

5    by Volvo where you only have signals in

6    one direction and nothing to

7    acknowledge it the other way.

8       Q.   Well, if that refers to the

9    acknowledgment feature, it does not

10   refer to the flow control WAIT feature,

11   does it?

12               MR. HUDNELL:  Objection to

13   form.

14               Go ahead.

15      A.   The fire and forget in my

16   declaration is that the sender is

17   sending not expecting anything back.

18               The receiver is receiving

19   and has enough memory and CPU load to

20   handle the message.

21      Q.   Again, you're referring to what

22   is called the acknowledgment feature.

23   Is that correct?

24      A.   Yeah.

25      Q.   And there are specifications in

1    AUTOSAR that refer to the presence of

2    acknowledgment or the lack of

3    acknowledgment, correct?

4              MR. HUDNELL:   Objection to

5    form.

6    A.   I don't know.

7    Q.   Well, just in that case let's

8    break it down.  Can you tell us exactly

9    in as much detail as you can what you

10   mean by the acknowledgment feature?

11   A.   I mean that we don't have that.

12   Q.   Okay.  And what you mean is that

13   once a sender sends a signal the sender

14   does not expect an acknowledgment from

15   the receiver, correct?

16   A.   Yes.

17   Q.   But to your knowledge, is there

18   also a function in DIM that tells the

19   sender whether to send information or

20   not such as FC.Wait?

21   A.   I don't know.

22   Q.   All right.  Let's turn to the

23   third page of your declaration which is

24   paragraph 9.

25              You say "Before DIM 1 and

1    DIM 2, Volvo Car Corporation issued a

2    different DIM software requirement

3    specification for cars made between

4    2015 and week 7 of 2020."

5              Do you see that?

6    A.   Yes.

7    Q.   Do you have that earlier

8    specification available?

9    A.   I would say yes.

10   Q.   How different was that -- is

11   there a name that we can use to

12   identify that 3-2020 specification?

13   A.   What's it say?

14   Q.   I'm just looking for a name, DIM

15   zero or something, that we know what

16   we're talking about.

17   A.   I forget the name.  If you say

18   DIM zero it would be okay.

19   Q.   Okay.  So let's make sure.

20           DIM zero is the

21   specification that you referred to in

22   paragraph 9 of your declaration as

23   being the DIM software requirement

24   specification for cars made between

25   2015 and week 7 of 2020.  Is that

Appx8161

```
 1   correct?

 2     A.    Yes.

 3     Q.    Okay.  Now, do you have a copy

 4   of DIM zero?

 5     A.    Yes.

 6     Q.    Okay.  When is the last time

 7   that you reviewed DIM zero?

 8     A.    I don't remember.

 9     Q.    Has it been in the last year?

10     A.    No.

11     Q.    Is it fair to say that you did

12   not review DIM zero in preparation of

13   your declaration that's Exhibit 34?

14     A.    Yes.

15     Q.    When you prepared your

16   declaration, Exhibit 34, did you have

17   the DIM zero specification requirements

18   in your mind?

19     A.    I had it in mind, yes.

20     Q.    Do you recall any differences

21   between DIM zero and DIM 3?

22     A.    Yeah.  I didn't remember that

23   this was part of DIM zero.

24     Q.    Well, how different was DIM zero

25   compared to DIM 3?
```

1          MR. HUDNELL:   Objection to

2     form.

3     A.   In which way?

4     **Q.   Just tell us in any major ways**

5     **that you believe they differed.**

6     A.   The display element has a lower

7     resolution.   The CPU's were a different

8     kind, a different manufacturer.

9     **Q.   Did DIM zero include references**

10    **to AUTOSAR?**

11    A.   Yes.

12    **Q.   And did DIM zero include**

13    **references to flow control WAIT?**

14    A.   I don't know.

15    **Q.   You said, you mentioned the**

16    **different CPU's.   Just so we're clear**

17    **on what your testimony is, what are the**

18    **current CPU's that are used in DIM?**

19    A.   I don't remember.

20    **Q.   Do you recall what CPU's were**

21    **used in connection with DIM zero?**

22    A.   I don't remember.

23    **Q.   Well, you said that there were**

24    **differences in the CPU's associated**

25    **with DIM zero and DIM 3.**

Appx8163

1              What differences are you

2    aware of between them?

3    A.    The manufacturer of them.

4    Q.    Okay.  And who was the

5    manufacturer of the DIM zero CPU's?

6    A.    I don't know.  I don't remember

7    that.

8    Q.    Do you know who the manufacturer

9    is of the current production DIM's?

10   A.    I don't remember.

11   Q.    Do you recall who is the current

12   supplier of DIM to Volvo?

13   A.    If you refer to the DIM 1 and 2?

14   Q.    DIM 1, 2 and 3.

15   A.    3?  I didn't get.  Okay.  I can

16   list it.  DIM zero, if we talk about

17   that, was manufactured by Bosch and

18   Yazaki.

19   Q.    I'm sorry.  I'm sorry.  DIM zero

20   is Bosch and who?

21   A.    And Yazaki.

22   Q.    Can you spell that?

23   A.    Y-a-z-a-k-i.

24   Q.    Okay.  And who manufactured

25   DIM's 1 and 2?

1     A.    Bosch.

2     Q.    And who who manufactures DIM 3?

3     A.    What is DIM 3?

4     Q.    I'm sorry?

5     A.    I don't understand what DIM 3

6    is.

7     Q.    It's the same document that we

8    have been talking about.

9     A.    Oh, okay.  So yeah, that's Bosch

10    again.

11     Q.    Going back to Bosch, when Bosch

12    manufactured the DIM's for Volvo what

13    did Bosch receive from Volvo other

14    than a statement of work and the

15    specifications?

16     A.    Nothing else.

17     Q.    Okay.  And who prepared the

18    statements of work?

19     A.    The statement of work is issued

20    by the task leader.

21     Q.    Do you recall who was the task

22    leader for DIM versions 2015 through

23    2023?

24               I'm sorry.  Who was the task

25    leader that was associated with any of

1   the Bosch DIM manufacturers?

2     A.    There are many.  I don't

3   remember it by heart now.

4     Q.    Okay.  Did you report to the

5   task leaders?

6     A.    Yes.

7             Let me correct my answer.  I

8   report technically to the task leader

9   but he's not the manager of me so it's

10  not the manager reporting.

11    Q.    Let me make sure we got this

12  right.

13             You previously indicated

14  that you reported to a manager,

15  correct?

16    A.    Yes.

17    Q.    And when you say "manager,"

18  you're referring to the task leader.

19  Is that correct?

20    A.    No.

21    Q.    Oh, okay.  So the manager to

22  whom you reported and the task leaders

23  are different people.  Is that correct?

24    A.    Yes.

25    Q.    And, in any event, are you

1   saying that there were different task

2   leaders over the years?

3   A.   Yes.

4   Q.   About how many?

5   A.   10 to 15.

6   Q.   All associated with DIM?

7   A.   Yes.

8   Q.   And all of them communicated the

9   statements of work to Bosch?

10   A.   No.

11   Q.   How many of them provided the

12   statements of work to Bosch?

13   A.   It is usually only done once per

14   project, so maybe three, four times

15   maybe.

16   Q.   So do you have the statements of

17   work associated with the DIM's in your

18   possession?

19   A.   No.

20   Q.   Have you ever reviewed the

21   statements of work that Volvo provided

22   to Bosch for the DIM manufacturers?

23   A.   No.

24   Q.   Did you believe you could do

25   your function as software engineer or

1   system architect without having seen

2   the statements of work?

3    A.   Yeah.  Let me correct the

4   answer.  I have read parts of the

5   statement of work, the parts that I

6   work with because the statement of work

7   contains a lot more than what I do.

8    Q.   Okay.  Do you have in your

9   possession any parts of the statements

10   of work that had been provided to Bosch

11   in connection with DIM manufacturing?

12    A.   Yes.

13    Q.   And when is the last time that

14   you referred to those parts of the

15   statement of work?

16    A.   The document that you're looking

17   at, the SWRS, is one part of the

18   statement of work, so in this meeting I

19   would say.

20    Q.   I'm sorry.  I didn't quite

21   understand.

22          Are you saying that DIM 3 is

23   part of the statement of work?

24    A.   Yes.

25    Q.   Thank you.

1           And other than DIM 3 or DIM

2    zero, do you have any other parts of

3    the statement of work which Volvo

4    provided to Bosch in connection with

5    DIM manufacture?

6      A.   Yes.

7      Q.   And when is the last time that

8    you looked at those parts, you know,

9    the parts other than DIM zero or DIM's

10   1 through 3?

11     A.   I don't remember.

12     Q.   Did you review those parts of

13   the statement of work when you prepared

14   your declaration in April of this year?

15     A.   No.

16     Q.   Is there any reason you did not

17   refer to those parts of the statement

18   of work?

19     A.   Yes.  It's a different area.

20   It's for safety development.

21     Q.   Are you saying that as far as

22   you know the statements of work did not

23   include anything about the

24   specification of the communication

25   protocols that DIM would utilize in

1    communicating with other ECU's?

2              MR. HUDNELL:  Objection to

3    form.

4      A.   Yeah.  The only thing is this

5    DIM 3 document.

6      Q.   Okay.  So are you aware of any

7    document that Volvo provided to Bosch

8    in connection with the manufacture of

9    DIM's relating to the communication

10   protocols that DIM would use for

11   communicating with other ECU's other

12   than DIM's zero through 3?

13             MR. HUDNELL:  Objection to

14   form.

15     A.   No.

16     Q.   So as far as you know with

17   respect to communications that DIM

18   would have with other ECU's the only

19   specification that you are -- I'm

20   sorry.  I want to make sure I don't

21   have mistakes in my question.  Let me

22   start again.

23             Is it your testimony that

24   the only documents that you are aware

25   that Volvo provided to Bosch with

1    respect to communication protocols are

2    the DIM zero through 3 documents?

3              MR. HUDNELL:  Objection to

4    form.

5     A.   I don't know.

6     Q.   Are you aware personally sitting

7    here right now of any documents that

8    Volvo provided to Bosch relating to

9    communication protocols other than the

10   documents DIM zero through DIM 3?

11    A.   I'm not aware.  Yeah, I'm

12   aware -- I'm not aware of any other

13   documents beyond that.

14    Q.   So as far as you know when Bosch

15   was making their ECU's for Volvo the

16   only information they had from Volvo

17   were the DIM zero through 3 documents

18   with respect to communication

19   protocols.  Is that correct?

20    A.   Yes.

21              MR. PAZUNIAK:  Lewis, I

22   think I might be at the end, but it's

23   --

24    Q.   What time is it where you are,

25   Mr. Jakobsson, right now?

```
 1        A.   It's 17 minutes past 6:00 Friday

 2     evening.

 3              MR. PAZUNIAK:  I don't want

 4     to take any more time than I have to on

 5     a Friday evening with Mr. Jakobsson.

 6     So let me just, if I could, take let's

 7     say a fifteen-minute break and at that

 8     point I think I will have only one or

 9     two questions left or I will not have

10     any questions.

11   BY MR. PAZUNIAK:

12        Q.   Is that all right, Mr.

13     Jakobsson?  Can you bear with us?  So

14     it's 12:18 our time.  Let's make it

15     12:30 and 6:30 your time.

16              Okay?

17        A.   Okay.

18              (A brief recess was taken.)

19              MR. PAZUNIAK:  Kurt, I would

20     like an expedited copy of the

21     transcript.

22              THE COURT REPORTER:  When

23     would you like it delivered?

24              MR. PAZUNIAK:  Whenever you

25     can.  Sometime next week certainly.
```

Appx8172

```
 1      BY MR. PAZUNIAK:
 2         Q.    I just have a few follow-ups.
 3                First of all, Mr. Jakobsson,
 4      did you communicate with Mr. Hudnell
 5      between the time you started the
 6      deposition and right now?
 7         A.   Yes.
 8         Q.   What did you communicate about?
 9                MR. HUDNELL:  Objection.
10                I instruct you not to
11      answer.
12                MR. PAZUNIAK:  No, not
13      during the deposition it isn't
14      privileged.
15                MR. HUDNELL:  I mean of
16      course it's privileged, George.
17                MR. PAZUNIAK:  No, it isn't.
18                MR. HUDNELL:  Yes, it is.
19                MR. PAZUNIAK:  Are you
20      instructing Mr. Jakobsson --
21                MR. HUDNELL:  Yes.  Yes, I
22      just did.
23      BY MR. PAZUNIAK:
24         Q.   Mr. Jakobsson, are you refusing
25      to testify as to what communications
```

Appx8173

1   you had with Mr. Hudnell between the

2   time the deposition started and right

3   now?

4     A.   Yes.

5     Q.   Okay.  All right.  Let's go to

6   the buffers that are used in DIM.

7            To your knowledge, does DIM

8   utilize dynamic or static buffers or

9   both?

10           MR. HUDNELL:  Objection to

11   form.

12    A.   Can you make it one question?

13    Q.   Okay.

14           The currently manufactured

15   DIM's, do they utilize dynamic buffers?

16    A.   No.

17    Q.   Do the currently manufactured

18   DIM's utilize static buffers?

19    A.   Yes.

20    Q.   Are you testifying that for

21   neither programming, nor diagnostics,

22   nor other non-programming operations

23   are dynamic buffers used?

24    A.   Yes.

25    Q.   Okay.  Let's go back to DIM 3,

```
 1   Exhibit 35 and page 333 and section

 2   7.1.2.1.4.6.

 3               Are you there?

 4    A.   Yes.  I see it.

 5    Q.   Okay.  Again, 7.1.2.1.4.6 is

 6   part of the Volvo car specification

 7   that Volvo provided to Bosch to

 8   implement in the ECU's, correct?

 9    A.   Yes.

10    Q.   Okay.  And this section provided

11   that the ECU's will include flow

12   control mechanism for diagnostic

13   messages, correct?

14    A.   Yes.

15    Q.   And the requirement was that

16   the in-vehicle gateway shall support

17   flow control mechanism on the connected

18   networks both for upstream and

19   downstream functions, correct?

20    A.   Yes.

21    Q.   And the rationale for this flow

22   control mechanism was that no messages

23   or frames shall be lost and if the

24   receiver cannot receive the complete

25   message directly due to out of high
```

```
 1    level buffers it should be negotiated

 2    between sender and receiver when the

 3    remaining parts can be sent as provided

 4    in, among other things, the FC.Wait

 5    function.  Is that correct?

 6              MR. HUDNELL:  Objection to

 7    form.

 8       A.   I don't know.

 9       Q.   But this is what the rationale

10    says, correct?

11              MR. HUDNELL:  Objection to

12    form.

13       A.   Yes.

14       Q.   I'm sorry.  Your answer is yes?

15       A.   The answer is yes, yes.

16       Q.   And this is the only information

17    that you're aware of that Volvo

18    provided to the Bosch supplier,

19    correct?

20       A.   Yes.

21              MR. PAZUNIAK:  I have no

22    other questions.

23              MR. HUDNELL:  I have a few

24    questions.

25
```

```
 1    BY MR. HUDNELL:

 2        Q.    Mr. Jakobsson, can you look at

 3    page 329 of the document we were just

 4    looking at?

 5        A.    Yes.

 6        Q.    Do you see the heading 7.1.2.1.4

 7    general in-vehicle gateway

 8    requirements?

 9              Do you see that?

10        A.    Yes.

11        Q.    Do you see the bulleted list

12    under that heading on that page?

13        A.    Yes.

14        Q.    And each of those bullets begin

15    with the letters R-E-Q-P-R-O-D.

16              Do you see that?

17        A.    Yes.

18        Q.    What does R-E-Q-P-R-O-D stand

19    for?

20        A.    It stands for requirement,

21    requirement production, I think.

22        Q.    What's requirement production?

23        A.    That is -- how to explain?  It's

24    a requirement that we implement needs

25    to have a REQPROD and an ID like the
```

```
 1   first one, 74072, to be a valid

 2   requirement.

 3       Q.   What's the significance of a

 4   valid requirement?

 5       A.   It should say REQPROD.  It

 6   should have a number and then it has an

 7   explanation text under it what you

 8   should do.

 9       Q.   Go to page 337 of the document.

10       A.   Yes.

11       Q.   And earlier I believe that in

12   response to Mr. Pazuniak's questions I

13   believe you indicated that Volvo does

14   not implement what's shown on this

15   page.

16            Is that accurate?

17       A.   Yes.

18       Q.   Is there anything in the

19   document that tells you that Volvo does

20   not implement what's shown on page 337?

21       A.   Yeah.  As I said earlier, it has

22   not the REQPROD number related to this

23   diagram.

24       Q.   The same question about page

25   338:  Is there anything in the document
```

1      that tells you that Volvo does not

2      implement what's shown on the diagram

3      on page 338?

4        A.   It is the same answer.  It

5      doesn't have the REQPROD number in

6      connection with this one.

7        Q.   Mr. Pazuniak asked you some

8      questions about the statement of work

9      that Volvo had provided to Bosch.

10             Do you recall that?

11       A.   Yes.

12       Q.   Did you understand Mr.

13     Pazuniak's question to -- let me strike

14     that.

15             When you were answering

16     those questions what statement of work

17     were you referring to?

18             MR. PAZUNIAK:  Objection.

19     It's totally unclear.  I referred to

20     many different statements of work.

21             MR. HUDNELL:  Let me try to

22     rephrase that question then.

23     BY MR. HUDNELL:

24       Q.   I believe you indicated in

25     response to Mr. Pazuniak's questions

1    that the document that we're looking at

2    here is part of a statement of work

3    that's provided to Bosch.  Is that

4    right?

5      A.   Yes.

6      Q.   Does that statement of work that

7    includes the document that we're

8    looking at here, does that statement of

9    work only relate to the DIM ECU?

10     A.   Yes.

11     Q.   Do all of the documents in that

12   statement of work, that make up that

13   statement of work relate to the DIM

14   ECU?

15     A.   Yes.

16     Q.   Mr. Pazuniak I believe asked

17   you about information regarding

18   communication protocols that are

19   provided to Bosch.

20          Do you recall that?

21     A.   Yes.

22     Q.   So in terms of the statement of

23   work regarding the DIM ECU that's

24   provided to Bosch, what document

25   contains the information regarding

1   those communication protocols?

2     A.   It is only this one we look at,

3   DIM 3.

4           MR. HUDNELL:  Back to you,

5   George.

6           MR. PAZUNIAK:  All right.

7   BY MR. PAZUNIAK:

8     Q.   Mr. Jakobsson, first of all,

9   Mr. Hudnell pointed you -- well, do you

10  still have 337 in front of you, page

11  337 of DIM 3?

12    A.   Yes.  Now I have it, yes.

13    Q.   We have been talking about that

14  statement in the call-out that refers

15  to using flow control WAIT mechanism,

16  correct?

17    A.   Yes.

18    Q.   So let's now go to page 329 to

19  which Mr. Hudnell directed you.

20           And he pointed you to the

21  words REQPROD on that page, correct?

22    A.   Yes.

23    Q.   And is it correct that you

24  explained that these are the

25  requirements that Bosch was required to

 1   follow, correct?

 2      A.   No.

 3      Q.   Okay.  What are the

 4   requirements -- what is the function of

 5   the requirements listed here on page

 6   329 under section 7.1.2.1.4?

 7      A.   It's the first sending to Bosch,

 8   this list.  Then there might be things

 9   that can deviate after that, so it's

10   not a perfect match of what was 100

11   percent implemented.  That's what I

12   pointed out.

13      Q.   Okay.  But you're not aware of

14   any documents that show any deviation

15   from the requirements listed here,

16   correct?

17      A.   That's correct.

18      Q.   Okay.  So as far as you know all

19   of these requirements listed in

20   7.1.2.1.4 are implemented by Bosch,

21   correct?

22            MR. HUDNELL:   Objection to

23   form.

24      A.   I don't know.

25      Q.   But you have no information that

1   these requirements are not implemented,

2   correct?

3           MR. HUDNELL:   Objection to

4   form.

5    A.   No, I don't have that

6   information.

7    Q.   So one of the requirements

8   listed in this section on page 329 is

9   REQPROD 74082, correct?

10   A.   Can you magnify it?  I have

11   trouble seeing this.

12   Q.   Yes.

13   A.   I can see the number, yes.

14   Q.   Is it correct that one of the

15   requirements that Volvo sent to Bosch

16   is REQPROD 74082?

17   A.   Yes.

18   Q.   And if we turn to page 333 that

19   REQPROD 74082 is shown, correct?

20   A.   Yes.

21   Q.   And this is the requirement for

22   flow control mechanism for diagnostic

23   messages, correct?

24   A.   Yes.

25   Q.   And this is the requirement that

```
 1    refers to the flow control WAIT

 2    function, correct?

 3      A.   Yes.

 4            MR. HUDNELL:   I object to

 5    form.

 6      Q.   Okay.  Let's turn to page 337

 7    and 338.

 8            You said that in your

 9    opinion the provisions in the call-outs

10    were not implemented because they're

11    not statements in a requirement.  Is

12    that correct?

13      A.   Yes.

14      Q.   Now, Bosch has the opportunity

15    to implement these figures, 1 or 2 on

16    page 337 or 338, even if it's not a

17    requirement, correct?

18            MR. HUDNELL:   Objection to

19    form.

20      A.   Yes.

21      Q.   So if Bosch has the right to

22    implement these examples exactly as

23    they are, how do you know that Bosch

24    did not implement them?

25      A.   I don't know.  We had an
```

1    agreement that Bosch should not

2    implement anything other than

3    REQPROD's.

4       Q.   But this is a statement that is

5    an example of an REQPROD, correct?

6       A.   No.

7       Q.   Well, it's under a section

8    called -- okay.

9              So are you saying that there

10   is an agreement between Bosch and Volvo

11   that even if an example is in the

12   specification that Volvo provided to

13   Bosch, Bosch is not going to implement

14   them unless it's specifically stated in

15   an REQPROD?

16      A.   Yes.

17      Q.   That would also mean that Volvo

18   has to implement everything that's

19   REQPROD, correct?

20              MR. HUDNELL:   Objection to

21   form.

22      A.   I don't know.

23      Q.   Okay.  So you know that Volvo

24   does not require Bosch to implement

25   anything that's not an REQPROD.

```
 1                   I'm sorry.  Let me rephrase

 2      it.

 3                   Is it your testimony that to

 4      your knowledge Bosch does not have to

 5      implement everything that's a

 6      requirement but at the same time Bosch

 7      may not implement anything in DIM 3

 8      that's not specified as a requirement?

 9                   Is that your testimony?

10                   MR. HUDNELL:  Objection to

11      form.

12      A.   No.

13      Q.   Okay.  Where is my statement

14      wrong?

15      A.   Okay.  Like I said before, we

16      instructed Bosch to implement only

17      REQPROD's, not all other text that is

18      mentioned.

19      Q.   But do you know that Bosch did

20      not implement any of the examples in

21      the DIM 3 document that Volvo presented

22      to Bosch?

23      A.   I don't know.

24      Q.   Is there any written agreement

25      or statement between Bosch and Volvo
```

```
 1    that says Bosch shall not implement

 2    anything in the ECU that's not

 3    specifically identified as a

 4    requirement?

 5     A.   No.

 6              MR. PAZUNIAK:  I have no

 7    other questions.

 8              If there's nothing else --

 9              MR. HUDNELL:  Yes.  I have a

10    question.  I have a question.

11    BY MR. HUDNELL:

12     Q.   Can we go back to page 333 in

13    the same document, Mr. Jakobsson,

14    section 7.1.2.1.4.6?

15              Let me know when you're

16    there.

17     A.   I'm here.

18     Q.   Okay.  Mr. Pazuniak referred you

19    to the part here that says rationale.

20              Do you see that part of the

21    document?

22     A.   Yes.

23     Q.   Is the rationale listed here

24    part of the requirement?

25              MR. PAZUNIAK:  Objection.
```

1   No foundation that the witness actually

2   can answer that question since he

3   didn't write this.

4     A.   I don't know.

5     **Q.   Do you have any information --**

6   **let me back up a step.**

7             **I believe in response to**

8   **Mr. Pazuniak's questions you indicated**

9   **that Bosch is supposed to implement the**

10  **REQPROD's, correct?**

11    A.   Yes.

12    **Q.   But I also believe you also**

13  **stated that there are situations where**

14  **Bosch may deviate from the REQPROD's?**

15            MR. PAZUNIAK:  Objection to

16  form.  Leading and mischaracterizes.

17            MR. HUDNELL:  I'm just

18  trying to ask him if that's what he

19  said to make sure I understand what he

20  said.

21            MR. PAZUNIAK:  My objection

22  stands.

23  BY MR. HUDNELL:

24    **Q.   Is that correct?**

25    A.   Yes.

1    Q.   Okay.  Do you have any

2   information -- let me say it this way:

3   Do you have any knowledge that Bosch

4   deviated from the REQPROD here in

5   7.1.2.1.4.6?

6    A.   I don't know.

7            MR. HUDNELL:  No further

8   questions.

9            We're back to you I guess,

10   George.

11            MR. PAZUNIAK:  No further

12   questions.

13            Thank you very much,

14   Mr. Jakobsson, for giving us your

15   Friday evening.

16            MR. HUDNELL:  Before we go

17   off the record, let me just designate

18   the transcript highly confidential/

19   outside attorneys' eyes only under the

20   protective order and also request read

21   and sign.

22            THE COURT REPORTER:  Mr.

23   Hudnell, I have been asked to turn the

24   transcript around expedited for early

25   next week.  When would you like to have

Appx8189