IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STRAGENT, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**VOLVO CAR USA, LLC,**<br><br>　　　　**Defendant** | C.A. No. 22-293-JDW |

**REDACTED JOINT APPENDIX
ASSOCIATED WITH
SUPPLEMENTAL BRIEFING OCTOBER 27, 2023**

**TABLE OF CONTENTS**

| Document | Appx |
|---|---|
| DIM3 -Software Requirement Specification | 7006-7973<br>(Filed under seal pursuant to D.I. 114) |
| Michael Nranian 2nd Supplement To Rebuttal Expert Report | 8009-8032<br>(Filed under seal pursuant to D.I. 114) |
| Eileen Davidson Supplemental Expert Report | 8033-8059<br>(Filed under seal pursuant to D.I. 114) |
| Deposition of Magnus Jakobsson | 8060-8142<br>(Appx8076-8142 filed under seal pursuant to D.I. 114) |

Attorneys Eyes Only

STRAGENT, LLC. vs VOLVO CAR USA, LLC.
Magnus Jakobsson on 09/29/2023
22-293-JDW

```
 1       IN THE UNITED STATES DISTRICT COURT
 2          OF THE DISTRICT OF DELAWARE
 3
                  HIGHLY CONFIDENTIAL/
 4         OUTSIDE ATTORNEYS' EYES ONLY
 5
 6
     STRAGENT, LLC,             )
 7                              )
          Plaintiff,            )
 8                              )Civil Action No.
     v.                         )22-293-JDW
 9                              )
     VOLVO CAR USA, LLC,        )
10                              )
          Defendant.            )
11
12
13
14        Deposition of MAGNUS JAKOBSSON
15      taken pursuant to notice via remote
16      videoconferencing of all participants
17      beginning at 8:40 a.m., on Friday,
18      September 29, 2023, before Kurt A.
19      Fetzer, Registered Diplomate Reporter
20      and Notary Public.
21
22      [REDACTED]
23      [REDACTED]
24
              PUBLIC VERSION
25
```

Case 1:22-cv-00293-JDW   Document 117   Filed 11/21/23   Page 3 of 17 PageID #: 7692

| Attorneys Eyes Only | STRAGENT, LLC. vs VOLVO CAR USA, LLC.<br>Magnus Jakobsson on 09/29/2023 | 22-293-JDW<br>Page 2 |
|---|---|---|

```
 1    APPEARANCES:

 2        GEORGE PAZUNIAK, ESQ.
          O'KELLY & O'ROURKE, LLC
 3          824 North Market Street
            Suite 1001A
 4          Wilmington, Delaware  19801
            gp@del-iplaw.com
 5          207-359-8576
                 - and -
 6        THOMAS MEAGHER, ESQ.
          MEAGHER EMANUEL LAKS
 7        GOLDBERG & LIAO, LLP
            1 Palmer Square W
 8          Princeton, New Jersey 08546
            tmeagher@meagheremanuel.com
 9          609-454-3500
            For the Plaintiff
10
          LEWIS HUDNELL, ESQ.
11        HUDNELL LAW GROUP
            800 West El Camino No 180
12          Mountain View, California 94040
            lewis@hudnelllaw.com
13          650-564-3698
            For the Defendant
14
      ALSO PRESENT:
15        DEANE CARTESEN - MONITOR
          EILEEN DAVIDSON
16

17                  - - - - -

18

19

20

21

22

23

24

25
```

Case 1:22-cv-00293-JDW   Document 117   Filed 11/21/23   Page 4 of 17 PageID #: 7693

| Attorneys Eyes Only | STRAGENT, LLC. vs VOLVO CAR USA, LLC.<br>Magnus Jakobsson on 09/29/2023 | 22-293-JDW<br>Page 3 |
|---|---|---|

```
 1            THE COURT REPORTER:  Do counsel
 2   stipulate to the admissibility of my
 3   oath via remote video- conferencing?
 4            MR. PAZUNIAK:  Yes.
 5            MR. HUDNELL:  Yes.
 6
 7                    - - - - -
 8
 9            MAGNUS JAKOBSSON,
10     the deponent herein, having first
11     been duly sworn on oath, was
12     examined and testified as follows:
13                 EXAMINATION
14   BY MR. PAZUNIAK:
15     Q.   If we are all ready, good
16   afternoon, Mr. Jakobsson, because it's
17   afternoon where you are.  So I
18   apologize for the technical issues that
19   we have faced, but thankfully I think
20   we're all okay now.
21            And so please state your
22   name for the record and your address.
23     A.   My name is Magnus Jakobsson.
24   My address is Travarevaen 32 in
25   Gothenburg, Sweden.
```

```
 1    Q.   Please give us your educational
 2   background.
 3    A.   I am an electrical engineer with
 4   a degree of Master's of Science of
 5   electrical engineering from Chalmers
 6   University in Gothenburg.
 7    Q.   When did you get your Master's
 8   of Science in electrical engineering?
 9    A.   1998.
10    Q.   And can you give us briefly an
11   outline of your professional work
12   experience?
13    A.   Yes.  I got to do my master's
14   thesis work at Volvo and I started at
15   Volvo in 1997, the year before I
16   actually had my degree.
17            Then I worked for Volvo with
18   electrical parts for some years, then
19   went to a supplier, an automotive
20   business, also as an engineer for
21   electrical components.
22            And since 2004 I've been
23   working for Volvo again and with
24   different fields but still electrical.
25   I started with switches and then into
```

Case 1:22-cv-00293-JDW   Document 117   Filed 11/21/23   Page 6 of 17 PageID #: 7695

| | | |
|---|---|---|
| Attorneys Eyes Only | STRAGENT, LLC. vs VOLVO CAR USA, LLC.<br>Magnus Jakobsson on 09/29/2023 | 22-293-JDW<br>Page 5 |

```
 1   instrument clusters.
 2      Q.   And when did you start working
 3   with instrument clusters?
 4      A.   2002 to 2005.
 5      Q.   And what have been your job
 6   titles in instrument clusters since
 7   2005?
 8      A.   It has been test engineer,
 9   software engineer and system architect.
10      Q.   What were your job functions as
11   test engineer?
12      A.   It was to test the software
13   functions within the instrument
14   cluster.
15      Q.   And just very briefly, what kind
16   of tests did you conduct?
17      A.   It could be functional tests
18   like when an indication is showing,
19   when it should send a signal seeing
20   that something is malfunctioning.
21           It could also be testing
22   diagnostic functions that something is
23   wrong so it can read out the
24   diagnostics and see what is wrong with
25   the unit.
```

```
 1                And it could also be testing
 2   flashing possibilities of the unit.
 3       Q.   Then what was your second job
 4   function?
 5       A.   Software engineer.
 6       Q.   Okay.  As software engineer,
 7   again what kind of work did you do for
 8   that?
 9       A.   That was to get refinements of
10   the Volvo, what should be implemented
11   in the cluster, maybe refine them, may
12   be not, and then put them together in
13   packages to a supplier that will do all
14   of the development work.
15       Q.   Okay.  And during what years
16   were you software engineer?
17       A.   Sorry.  I didn't get the
18   question.
19       Q.   In what years were you in that
20   job function of software engineer?
21       A.   I started 2010.
22       Q.   And until when?
23       A.   I don't know.  There was a
24   switch.
25       Q.   Okay.  So somewhere between
```

```
 1    2010 and today you became a system
 2    architect.  Is that correct?
 3        A.   That is correct.
 4        Q.   Can you just give us an
 5    approximate time that you became a
 6    system architect?
 7        A.   Yeah.  It should be somewhere
 8    around 2019.
 9        Q.   And what are your functions as
10    the system architect?
11        A.   It is on the more architectural
12    level, design and discuss how the
13    instrument cluster functions, how they
14    should be realized in the car.
15        Q.   You have been referring to
16    instrument clusters.  Can you just
17    identify the different components that
18    fall within that category?
19        A.   Yeah.  When we talk about the
20    instrument clusters at Volvo, it is the
21    unit you see in front of you where you
22    display the speeds and maybe some text,
23    the indications of different systems
24    that's going wrong, so that unit
25    combines all information that the
```

```
 1   driver needs to see.
 2      Q.   Any other components that fall
 3   within that category of instrument
 4   cluster?
 5      A.   No.
 6      Q.   Did you work with any other
 7   electrical modules in the car other
 8   than instrument clusters in the period
 9   of 2004 through the present?
10           MR. HUDNELL:  Objection to
11   form.
12           Go ahead.
13      A.   I worked from 2004 to 2005, just
14   one year, I worked with switches.
15      Q.   Since 2005 have you worked with
16   any other modules or components other
17   than instrument clusters?
18           MR. HUDNELL:  The same
19   objection.
20      A.   No.
21           MR. PAZUNIAK: What was the
22   basis for your objection, Lewis?
23           MR. HUDNELL:  Vague.
24           MR. PAZUNIAK:  Okay.
25
```

```
 1   BY MR. PAZUNIAK:
 2       Q.   At what point in your job
 3   functions did you first encounter
 4   AUTOSAR?
 5            MR. HUDNELL:  Objection to
 6   form.
 7            Go ahead.
 8            THE WITNESS:  Okay.
 9       A.   I encountered it when I started
10   to work in 2010.
11       Q.   And are you an expert in
12   AUTOSAR?
13            MR. HUDNELL:  Objection to
14   form.
15       A.   No.
16       Q.   What kind of experience have you
17   had with AUTOSAR?
18       A.   My experience has been to, yeah,
19   to deliver some sort of specification
20   to suppliers from Volvo regarding
21   AUTOSAR.  That has been, yeah, more or
22   less that.
23            And then with different
24   parts of AUTOSAR I have come into more
25   detail over the years, things like
```

```
 1    troubleshooting things.
 2       Q.   As a system architect, do you
 3    have any persons reporting to you?
 4       A.   No.
 5       Q.   When you were a software
 6    engineer did you have any people
 7    reporting to you?
 8       A.   No.
 9       Q.   How many other software
10    engineers were there in Volvo around
11    the period of let's say 2019, if you
12    can estimate?
13       A.   I don't remember.
14       Q.   Are we talking about a number
15    that's in single digits or double
16    digits?
17       A.   It should be single digits.
18       Q.   And today how many other system
19    architects are there?
20       A.   I have to ask.  At Volvo?  It's
21    hard to answer that question like that.
22       Q.   Okay.  Let me ask you this:  How
23    many other system architects are there
24    at your location where you work?
25       A.   I would say around ten.
```

```
 1     Q.   And do all those system
 2   architects have their specialties such
 3   as you have a specialty in instrument
 4   clusters?
 5     A.   Yes.  Everyone has their
 6   specialty.
 7     Q.   And is there a specialist, for
 8   example, for the engine control module?
 9          MR. HUDNELL:  Objection to
10   form.
11     A.   I don't know.
12     Q.   Is there a system architect for
13   the central electronic module?
14          MR. HUDNELL:  Objection.
15     A.   I don't know.
16     Q.   Do you know what I'm referring
17   to when I refer to a central electronic
18   module?
19     A.   Yes.
20     Q.   And what is that?  I just want
21   to make sure we're talking about the
22   same thing, same component.
23     A.   Yes.  That is the central
24   computer in the car that combines
25   things, yes.
```

 1    Q.    And your instrument clusters
 2    that you work with have to connect with
 3    the central electronic module, correct?
 4    A.    Yes.
 5    Q.    And do you work with anyone
 6    associated with the central electronic
 7    module when you do your work in making
 8    sure that the instrument clusters
 9    connect with the central electronic
10    module?
11    A.    Can you clarify "work"?  Do you
12    mean today or in the past?
13    Q.    In the past or today.
14    A.    Yes.  In the past, yes.
15    Q.    And you no longer work with
16    anyone from central electronic modules
17    today?
18    A.    No.  No.
19    Q.    What changed between the past
20    and today?
21    A.    The electrical architecture.
22    There is no central electronic module.
23    Q.    Is it still found in Volvo cars?
24    A.    Yes.
25    Q.    So what replaced the central

```
 1   electronic module?
 2     A.   What to call it?  The vehicle
 3   computer unit.
 4     Q.   Is that a change in name or has
 5   the entire component been changed?
 6     A.   The entire component has
 7   changed.
 8     Q.   So what is the last model year
 9   that the central electronic module has
10   been used in Volvo cars?
11     A.   It is used in cars produced
12   today.
13     Q.   So in the future the central
14   electronic module will no longer be
15   used, correct?
16     A.   Yes.
17     Q.   And so when you say you're
18   working with the new component, that is
19   for future models.  Is that correct?
20     A.   Yes.
21     Q.   I have the same question
22   regarding the engine control module.
23          Did you ever have any
24   interaction with the engine control
25   module in your work with the instrument
```

```
 1   cluster?
 2     A.   Yes.
 3          MR. HUDNELL:  Objection to
 4   form.
 5     Q.   And what kind of work did you do
 6   associated with the engine control
 7   module?
 8     A.   It was the same work as with the
 9   central electronic module.
10     Q.   So that the instrument cluster
11   connected with the engine control
12   module, correct?
13     A.   Yes.
14     Q.   And has that been true for your
15   time as software engineer and system
16   architect?
17     A.   No.
18     Q.   When did your work with engine
19   control modules begin?
20     A.   It started in 2010 when I was a
21   software engineer.
22     Q.   When did your association with
23   engine control modules stop?
24     A.   By the time I became a system
25   architect.
```

```
 1    Q.   And why did your work with
 2   engine control modules stop at that
 3   point?
 4    A.   Because then I left this
 5   component and started to develop new
 6   ones.
 7    Q.   So as a system architect you're
 8   developing components for future model
 9   years.  Is that correct?
10    A.   No.
11    Q.   Okay.  In your current position
12   are you developing instrument clusters
13   for future model years?
14    A.   Both yes and no.  We don't call
15   it instrument cluster anymore.  That is
16   the problem.
17         So I will say no.
18    Q.   Okay.  Is there a new name for
19   the instrument cluster?
20    A.   Yes.
21    Q.   What is that?
22    A.   The DIM display.
23    Q.   And DIM stands for driver
24   information module.  Is that correct?
25    A.   Yes.
```

Case 1:22-cv-00293-JDW   Document 117   Filed 11/21/23   Page 17 of 17 PageID #: 7706

| Attorneys Eyes Only | STRAGENT, LLC. vs VOLVO CAR USA, LLC.<br>Magnus Jakobsson on 09/29/2023 | 22-293-JDW<br>Page 16 |
|---|---|---|

 1   Q.   Again, just to make sure we do
 2   not confuse ourselves, is there a time
 3   when nomenclature changed from
 4   information cluster to DIM display?
 5   A.   Yes.
 6   Q.   When was that?
 7   A.   As I also explained, those exist
 8   at this time.  The instrument cluster
 9   is referring to older cars, and the DIM
10   display is referring to the future
11   cars.  So at this point today those
12   exist.
13   Q.   Now, the instrument cluster has
14   been referred to as a driver
15   information module, has it not?
16   A.   Yes.
17   Q.   And I think we got off on a
18   little side note because we were
19   talking about the engine control
20   modules and I have to go back to that.
21        Today does any of your work
22   as system architect involve the
23   connections or interfacing between the
24   DIM display or instrument cluster on
25   the one side and an engine control