IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STRAGENT, LLC,**<br><br>  *Plaintiff,*<br><br>v.<br><br>**VOLVO CAR USA, LLC,**<br><br>  *Defendant.* | **Case No. 1:22-cv-00293-JDW** |

## ORDER

**AND NOW**, this 1st day of April, 2024, upon consideration of Defendant Volvo Car USA, LLC's Motion For Summary Judgment Of Noninfringement And No Willful Infringement (D.I. 53), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that VCUSA's Motion is **GRANTED**.

It is **FURTHER ORDERED** that Stragent, LLC's Motions For Partial Summary Judgment (D.I. 47 & 50) and its Motions In Limine 1 Through 4 (D.I. 52) are **DENIED** as moot.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.